UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA ARTHUR, Derivatively on Behalf of MERRILL LYNCH & CO., INC.,

    Plaintiff,

vs.

E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, JEFFREY N. EDWARDS, CAROL T. CHRIST, ARMANDO D. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI,

    Defendant(s).

– and –

MERRILL LYNCH & CO., INC.,

    Nominal Defendant(s).

Judge Pauley

07 CIV 9696

Civil Action No.

RULE 7.1 STATEMENT



RECEIVED
NOV 01 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Patricia Arthur, Derivatively on Behalf of Merrill Lynch & Co., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: October 31, 2007

                                                Signature of Attorney

                                                Attorney Bar Code: TGA-1515