UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA ARTHUR, Derivatively on Behalf of MERRILL LYNCH & CO., INC., <br><br>　　　　　　　　　Plaintiff, <br><br>vs. <br><br>E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, JEFFREY N. EDWARDS, CAROL T. CHRIST, ARMANDO D. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, <br><br>　　　　　　　　　Defendant(s). <br><br>　　　　　　　– and – <br><br>MERRILL LYNCH & CO., INC., <br><br>　　　　　　　Nominal Defendant(s). | Civil Action No. 07-CIV-9696 <br><br> NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Patricia Arthur, has moved its offices to:

　　　　　Law Offices of Thomas G. Amon
　　　　　250 West 57th Street
　　　　　Suite 1316
　　　　　New York, NY 10107

DATED: January 28, 2008　　　　　　By: /s/ Thomas G. Amon
New York, New York　　　　　　　　　　Thomas G. Amon (TGA-1515)

　　　　　　　　　　　　　　　LAW OFFICES OF THOMAS G. AMON
　　　　　　　　　　　　　　　250 West 57th Street, Suite 1316
　　　　　　　　　　　　　　　New York, NY 10107
　　　　　　　　　　　　　　　Tel: (212) 810-2430

　　　　　　　　　　　　　　　*Attorneys for Plaintiff Patricia Arthur*

Of Counsel: Harry H. Wise, Esq.