SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____          │
│ DATE FILED: 3-3-08           │
└─────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Patricia Arthur,                              Plaintiff,
Derivatively on Behalf of Merrill
Lynch & Co., Inc.

07 CV 9696          (WHP )

- against -

E. Stanley O'Neal, et al.          Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Thomas G. Amon      attorney for  Patricia Arthur

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

Applicant's Name:  Frank J. Johnson

Firm Name:        Johnson Bottini, LLP

Address:          655 West Broadway, Suite 1400

City/State/Zip:   San Diego, CA 92101

Telephone/Fax:    (619) 230-0063

Email Address:    frankb@johnsonbottini.com

is admitted to practice pro hac vice as counsel for   Patricia Arthur                    in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:  3/3/08
City, State:

_____
United States District/Magistrate Judge