# EXHIBIT P



**Merrill Lynch Stock Prices, September 1, 2006 - March 31, 2008\***

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/1/2006 | 73.99 | 73.25 | 73.79 | 1914000 |
| 9/5/2006 | 74.49 | 73.70 | 74.14 | 3002900 |
| 9/6/2006 | 74.31 | 73.61 | 73.94 | 3800900 |
| 9/7/2006 | 73.68 | 73.00 | 73.23 | 2805800 |
| 9/8/2006 | 73.42 | 71.96 | 72.71 | 4071000 |
| 9/11/2006 | 72.40 | 71.77 | 72.17 | 3924000 |
| 9/12/2006 | 73.86 | 72.51 | 73.68 | 5465000 |
| 9/13/2006 | 75.75 | 73.45 | 75.32 | 5725900 |
| 9/14/2006 | 76.40 | 75.15 | 76.39 | 6296900 |
| 9/15/2006 | 77.90 | 76.80 | 77.16 | 10316100 |
| 9/18/2006 | 77.68 | 76.60 | 77.02 | 4202700 |
| 9/19/2006 | 77.46 | 76.79 | 77.09 | 3302000 |
| 9/20/2006 | 77.98 | 77.29 | 77.66 | 4224600 |
| 9/21/2006 | 78.77 | 77.37 | 77.85 | 4630200 |
| 9/22/2006 | 78.45 | 77.35 | 78.12 | 4309300 |
| 9/25/2006 | 78.90 | 77.84 | 78.49 | 4101100 |
| 9/26/2006 | 79.09 | 78.11 | 79.03 | 3594700 |
| 9/27/2006 | 79.26 | 78.09 | 78.69 | 4764100 |
| 9/28/2006 | 79.25 | 77.86 | 79.09 | 3625700 |
| 9/29/2006 | 79.40 | 78.15 | 78.22 | 3689800 |
| 10/2/2006 | 78.60 | 77.90 | 78.44 | 2971100 |
| 10/3/2006 | 79.97 | 78.00 | 79.81 | 4163900 |
| 10/4/2006 | 81.33 | 79.27 | 81.30 | 6636600 |
| 10/5/2006 | 81.79 | 80.85 | 81.78 | 5537800 |
| 10/6/2006 | 81.66 | 81.18 | 81.46 | 3732700 |
| 10/9/2006 | 82.09 | 81.35 | 81.96 | 2765200 |
| 10/10/2006 | 83.34 | 81.97 | 82.98 | 6107700 |
| 10/11/2006 | 83.10 | 81.92 | 82.90 | 5923700 |
| 10/12/2006 | 83.65 | 83.04 | 83.53 | 3900600 |
| 10/13/2006 | 83.72 | 83.15 | 83.60 | 3332200 |
| 10/16/2006 | 84.33 | 83.39 | 84.11 | 5324000 |
| 10/17/2006 | 85.08 | 83.59 | 84.52 | 9776300 |
| 10/18/2006 | 85.23 | 83.87 | 84.38 | 5915400 |
| 10/19/2006 | 84.46 | 83.65 | 83.90 | 4761500 |
| 10/20/2006 | 84.35 | 83.80 | 84.18 | 5369600 |
| 10/23/2006 | 86.00 | 83.88 | 85.69 | 5210000 |
| 10/24/2006 | 86.32 | 85.32 | 86.08 | 4578400 |
| 10/25/2006 | 86.14 | 85.23 | 85.75 | 5235400 |
| 10/26/2006 | 87.57 | 85.84 | 87.30 | 6285200 |
| 10/27/2006 | 87.86 | 86.69 | 86.97 | 6781200 |
| 10/30/2006 | 87.72 | 86.42 | 87.45 | 4536700 |
| 10/31/2006 | 87.97 | 87.13 | 87.42 | 4763200 |
| 11/1/2006 | 88.00 | 85.86 | 85.87 | 7278300 |
| 11/2/2006 | 87.13 | 85.09 | 86.98 | 7050300 |
| 11/3/2006 | 87.30 | 85.92 | 86.72 | 4773600 |
| 11/6/2006 | 88.21 | 86.74 | 88.04 | 4390600 |
| 11/7/2006 | 89.04 | 87.91 | 88.33 | 6646500 |
| 11/8/2006 | 89.25 | 87.85 | 89.11 | 4472300 |
| 11/9/2006 | 88.99 | 87.42 | 87.48 | 5353500 |

| Date | High Price | Low Price | Closing Price | Volume |
|------|-----------|-----------|---------------|--------|
| 11/10/2006 | 89.11 | 87.65 | 89.00 | 4085800 |
| 11/13/2006 | 90.00 | 88.77 | 89.41 | 4220300 |
| 11/14/2006 | 90.15 | 88.07 | 89.85 | 5122600 |
| 11/15/2006 | 91.01 | 89.25 | 90.48 | 5032300 |
| 11/16/2006 | 91.42 | 90.35 | 91.08 | 4724100 |
| 11/17/2006 | 91.33 | 90.49 | 90.87 | 4478500 |
| 11/20/2006 | 91.57 | 90.35 | 90.85 | 4458900 |
| 11/21/2006 | 92.19 | 90.87 | 91.83 | 7814600 |
| 11/22/2006 | 92.37 | 91.65 | 92.23 | 2593900 |
| 11/24/2006 | 92.83 | 91.66 | 92.59 | 1677100 |
| 11/27/2006 | 92.33 | 89.21 | 89.21 | 6694600 |
| 11/28/2006 | 89.84 | 88.12 | 89.59 | 7046500 |
| 11/29/2006 | 90.14 | 88.47 | 89.60 | 5024700 |
| 11/30/2006 | 89.80 | 87.33 | 87.43 | 7754400 |
| 12/1/2006 | 88.12 | 85.82 | 86.78 | 7122700 |
| 12/4/2006 | 89.16 | 87.11 | 89.06 | 4623800 |
| 12/5/2006 | 89.35 | 88.55 | 89.00 | 4276600 |
| 12/6/2006 | 89.64 | 88.48 | 89.37 | 3653600 |
| 12/7/2006 | 90.88 | 89.43 | 89.54 | 4678900 |
| 12/8/2006 | 90.83 | 89.10 | 90.56 | 3609300 |
| 12/11/2006 | 91.29 | 90.06 | 90.88 | 4048200 |
| 12/12/2006 | 91.83 | 89.94 | 90.34 | 6472700 |
| 12/13/2006 | 90.87 | 89.50 | 89.59 | 4115400 |
| 12/14/2006 | 90.99 | 88.70 | 90.64 | 4035900 |
| 12/15/2006 | 91.89 | 90.50 | 91.56 | 4498000 |
| 12/18/2006 | 92.40 | 91.39 | 91.52 | 3158900 |
| 12/19/2006 | 91.35 | 90.22 | 90.78 | 3898600 |
| 12/20/2006 | 91.88 | 90.70 | 91.36 | 2572700 |
| 12/21/2006 | 92.14 | 90.77 | 91.01 | 2907300 |
| 12/22/2006 | 91.17 | 90.14 | 90.88 | 2315600 |
| 12/26/2006 | 92.39 | 90.50 | 92.23 | 2254200 |
| 12/27/2006 | 93.61 | 92.04 | 93.52 | 2993400 |
| 12/28/2006 | 93.93 | 93.17 | 93.56 | 2375300 |
| 12/29/2006 | 93.90 | 93.03 | 93.10 | 2415000 |
| 1/3/2007 | 93.99 | 92.58 | 93.61 | 5669500 |
| 1/4/2007 | 93.25 | 91.27 | 92.04 | 6765400 |
| 1/5/2007 | 92.51 | 91.63 | 92.00 | 3944600 |
| 1/8/2007 | 93.99 | 91.67 | 93.81 | 4678900 |
| 1/9/2007 | 93.98 | 92.68 | 93.53 | 4890700 |
| 1/10/2007 | 94.90 | 92.63 | 94.44 | 6629100 |
| 1/11/2007 | 96.48 | 94.20 | 96.28 | 7839800 |
| 1/12/2007 | 97.22 | 95.71 | 97.02 | 4908600 |
| 1/16/2007 | 97.15 | 96.38 | 96.86 | 4601200 |
| 1/17/2007 | 97.50 | 96.31 | 96.81 | 5986600 |
| 1/18/2007 | 98.68 | 95.24 | 95.40 | 9999100 |
| 1/19/2007 | 97.05 | 95.00 | 95.87 | 6630900 |
| 1/22/2007 | 96.85 | 94.80 | 96.49 | 6918000 |
| 1/23/2007 | 95.83 | 94.47 | 95.45 | 6154600 |
| 1/24/2007 | 97.69 | 95.68 | 97.53 | 5313200 |
| 1/25/2007 | 97.21 | 94.41 | 95.22 | 5353500 |
| 1/26/2007 | 95.77 | 93.27 | 94.53 | 6267600 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 1/29/2007 | 94.25 | 92.39 | 92.39 | 7094900 |
| 1/30/2007 | 93.39 | 92.20 | 92.76 | 5012000 |
| 1/31/2007 | 93.74 | 91.46 | 93.56 | 6058400 |
| 2/1/2007 | 94.93 | 93.74 | 94.78 | 4798700 |
| 2/2/2007 | 95.18 | 94.05 | 95.01 | 4090600 |
| 2/5/2007 | 94.79 | 94.05 | 94.45 | 4115500 |
| 2/6/2007 | 94.36 | 93.24 | 93.99 | 5248600 |
| 2/7/2007 | 94.57 | 93.59 | 94.53 | 3883400 |
| 2/8/2007 | 94.43 | 92.73 | 94.36 | 4752400 |
| 2/9/2007 | 94.98 | 91.84 | 92.62 | 6476800 |
| 2/12/2007 | 92.99 | 90.82 | 91.36 | 5215983 |
| 2/13/2007 | 92.44 | 90.86 | 92.30 | 5231932 |
| 2/14/2007 | 94.35 | 92.05 | 93.80 | 5465375 |
| 2/15/2007 | 94.39 | 93.18 | 93.60 | 4413800 |
| 2/16/2007 | 93.46 | 92.01 | 92.79 | 4347800 |
| 2/20/2007 | 93.13 | 91.91 | 92.73 | 4739500 |
| 2/21/2007 | 92.56 | 91.76 | 92.26 | 5336900 |
| 2/22/2007 | 92.74 | 90.92 | 91.50 | 6011200 |
| 2/23/2007 | 91.63 | 88.77 | 89.04 | 10209100 |
| 2/26/2007 | 89.76 | 86.57 | 86.66 | 11345230 |
| 2/27/2007 | 86.01 | 82.50 | 83.43 | 14312000 |
| 2/28/2007 | 84.28 | 82.90 | 83.68 | 13800200 |
| 3/1/2007 | 84.85 | 81.31 | 83.74 | 12215100 |
| 3/2/2007 | 83.71 | 82.04 | 82.16 | 9898100 |
| 3/5/2007 | 82.71 | 79.73 | 79.97 | 14649500 |
| 3/6/2007 | 82.66 | 80.73 | 82.10 | 10825100 |
| 3/7/2007 | 83.30 | 81.91 | 82.21 | 8108600 |
| 3/8/2007 | 84.90 | 83.00 | 83.25 | 7538500 |
| 3/9/2007 | 84.03 | 82.02 | 82.95 | 6708800 |
| 3/12/2007 | 83.62 | 81.59 | 83.49 | 6216200 |
| 3/13/2007 | 83.15 | 79.53 | 79.74 | 10897500 |
| 3/14/2007 | 80.45 | 76.85 | 79.22 | 20130500 |
| 3/15/2007 | 80.65 | 78.79 | 80.15 | 10030975 |
| 3/16/2007 | 81.22 | 79.70 | 79.90 | 8553575 |
| 3/19/2007 | 81.69 | 80.48 | 81.40 | 5465925 |
| 3/20/2007 | 82.60 | 81.21 | 82.14 | 7266800 |
| 3/21/2007 | 85.70 | 82.24 | 85.40 | 10699296 |
| 3/22/2007 | 86.30 | 84.32 | 85.04 | 7620902 |
| 3/23/2007 | 85.82 | 84.66 | 85.68 | 5057400 |
| 3/26/2007 | 86.07 | 83.95 | 85.65 | 5667588 |
| 3/27/2007 | 85.64 | 83.94 | 83.94 | 5314800 |
| 3/28/2007 | 83.14 | 81.67 | 82.28 | 10779874 |
| 3/29/2007 | 83.35 | 80.55 | 81.51 | 8914553 |
| 3/30/2007 | 82.49 | 80.61 | 81.67 | 5813854 |
| 4/2/2007 | 82.99 | 81.18 | 82.78 | 7017900 |
| 4/3/2007 | 85.74 | 83.58 | 85.41 | 8011500 |
| 4/4/2007 | 86.11 | 85.00 | 85.34 | 4630979 |
| 4/5/2007 | 86.39 | 85.13 | 86.08 | 3483300 |
| 4/9/2007 | 87.00 | 85.35 | 86.78 | 3820624 |
| 4/10/2007 | 87.55 | 85.88 | 86.67 | 3554100 |
| 4/11/2007 | 86.67 | 85.19 | 85.89 | 6681066 |

| Date | High Price | Low Price | Closing Price | Volume |
|------|-----------|-----------|---------------|--------|
| 4/12/2007 | 86.33 | 84.90 | 85.85 | 5596665 |
| 4/13/2007 | 86.75 | 85.56 | 86.28 | 4305729 |
| 4/16/2007 | 89.33 | 87.15 | 89.02 | 7532249 |
| 4/17/2007 | 90.69 | 88.52 | 89.74 | 7417500 |
| 4/18/2007 | 91.47 | 89.00 | 90.66 | 8286277 |
| 4/19/2007 | 91.50 | 89.29 | 90.11 | 11074654 |
| 4/20/2007 | 92.10 | 90.73 | 92.02 | 10127045 |
| 4/23/2007 | 92.84 | 91.38 | 91.48 | 5303644 |
| 4/24/2007 | 91.37 | 89.83 | 90.90 | 5670424 |
| 4/25/2007 | 91.81 | 89.69 | 91.65 | 9560275 |
| 4/26/2007 | 91.82 | 90.65 | 91.00 | 4762092 |
| 4/27/2007 | 90.70 | 89.59 | 90.11 | 5345681 |
| 4/30/2007 | 91.31 | 90.00 | 90.23 | 5687116 |
| 5/1/2007 | 90.81 | 88.53 | 90.56 | 5924600 |
| 5/2/2007 | 91.79 | 90.43 | 91.19 | 4502600 |
| 5/3/2007 | 92.28 | 90.73 | 92.28 | 4847319 |
| 5/4/2007 | 92.93 | 92.02 | 92.70 | 4463600 |
| 5/7/2007 | 93.23 | 92.01 | 92.41 | 4008925 |
| 5/8/2007 | 92.00 | 90.47 | 91.30 | 4447210 |
| 5/9/2007 | 92.79 | 90.71 | 92.52 | 5500700 |
| 5/10/2007 | 92.19 | 90.76 | 91.02 | 4766803 |
| 5/11/2007 | 93.63 | 91.22 | 93.51 | 6285019 |
| 5/14/2007 | 93.49 | 91.91 | 92.37 | 4622800 |
| 5/15/2007 | 93.59 | 91.45 | 91.58 | 6001041 |
| 5/16/2007 | 92.50 | 91.24 | 92.48 | 4535600 |
| 5/17/2007 | 92.90 | 91.77 | 92.20 | 3260085 |
| 5/18/2007 | 94.27 | 92.15 | 94.17 | 5322625 |
| 5/21/2007 | 94.65 | 93.02 | 93.83 | 5115217 |
| 5/22/2007 | 94.58 | 93.31 | 94.01 | 3293050 |
| 5/23/2007 | 95.00 | 93.81 | 93.82 | 3906952 |
| 5/24/2007 | 94.76 | 92.47 | 92.61 | 5855900 |
| 5/25/2007 | 93.19 | 91.48 | 91.85 | 4851218 |
| 5/29/2007 | 93.23 | 91.56 | 93.14 | 3467500 |
| 5/30/2007 | 93.10 | 91.48 | 92.96 | 6881400 |
| 5/31/2007 | 95.00 | 92.72 | 92.73 | 5961520 |
| 6/1/2007 | 94.00 | 92.57 | 93.30 | 4656900 |
| 6/4/2007 | 92.93 | 90.89 | 91.93 | 6373772 |
| 6/5/2007 | 92.43 | 91.14 | 91.76 | 4993994 |
| 6/6/2007 | 91.30 | 89.59 | 90.33 | 6526436 |
| 6/7/2007 | 90.33 | 87.21 | 87.26 | 8631700 |
| 6/8/2007 | 88.90 | 87.07 | 88.78 | 5710210 |
| 6/11/2007 | 89.67 | 88.23 | 88.90 | 4142330 |
| 6/12/2007 | 89.44 | 87.30 | 87.30 | 6225566 |
| 6/13/2007 | 89.79 | 87.99 | 89.79 | 5958100 |
| 6/14/2007 | 90.89 | 88.78 | 90.13 | 5589566 |
| 6/15/2007 | 91.95 | 90.04 | 90.23 | 5527200 |
| 6/18/2007 | 90.85 | 89.38 | 90.00 | 3552450 |
| 6/19/2007 | 90.20 | 89.22 | 90.04 | 3947200 |
| 6/20/2007 | 91.00 | 87.42 | 87.68 | 7117753 |
| 6/21/2007 | 87.74 | 85.54 | 87.30 | 10482270 |
| 6/22/2007 | 86.86 | 84.20 | 84.48 | 11558775 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 6/25/2007 | 85.83 | 83.10 | 83.98 | 10308200 |
| 6/26/2007 | 85.52 | 84.00 | 84.48 | 8718313 |
| 6/27/2007 | 86.31 | 83.38 | 86.26 | 9939468 |
| 6/28/2007 | 86.75 | 85.08 | 86.02 | 5217520 |
| 6/29/2007 | 86.50 | 82.30 | 83.58 | 11332655 |
| 7/2/2007 | 84.58 | 82.96 | 83.51 | 8052220 |
| 7/3/2007 | 85.10 | 83.48 | 84.81 | 3331700 |
| 7/5/2007 | 84.56 | 83.65 | 83.90 | 6453754 |
| 7/6/2007 | 84.75 | 83.51 | 84.68 | 5403344 |
| 7/9/2007 | 86.62 | 84.73 | 85.38 | 7627300 |
| 7/10/2007 | 85.05 | 82.36 | 82.36 | 10148972 |
| 7/11/2007 | 83.51 | 81.32 | 83.05 | 10367200 |
| 7/12/2007 | 85.57 | 83.05 | 85.52 | 7562299 |
| 7/13/2007 | 86.98 | 85.31 | 86.54 | 6907200 |
| 7/16/2007 | 87.57 | 85.80 | 87.39 | 8304455 |
| 7/17/2007 | 89.23 | 86.00 | 86.20 | 15795338 |
| 7/18/2007 | 85.40 | 82.40 | 83.40 | 19772694 |
| 7/19/2007 | 84.55 | 82.05 | 82.70 | 11457699 |
| 7/20/2007 | 83.30 | 79.41 | 80.04 | 18167251 |
| 7/23/2007 | 80.99 | 79.07 | 80.05 | 13414577 |
| 7/24/2007 | 79.20 | 76.21 | 77.11 | 18334690 |
| 7/25/2007 | 78.99 | 75.95 | 78.10 | 18925355 |
| 7/26/2007 | 75.92 | 73.16 | 75.88 | 30877650 |
| 7/27/2007 | 77.31 | 74.50 | 75.26 | 19923451 |
| 7/30/2007 | 77.37 | 74.69 | 76.71 | 13905760 |
| 7/31/2007 | 79.00 | 73.70 | 74.20 | 19291935 |
| 8/1/2007 | 74.16 | 70.86 | 73.05 | 21919073 |
| 8/2/2007 | 75.20 | 71.93 | 72.55 | 16094991 |
| 8/3/2007 | 72.45 | 69.14 | 70.05 | 23671622 |
| 8/6/2007 | 74.65 | 69.05 | 74.55 | 21177528 |
| 8/7/2007 | 77.30 | 72.76 | 75.19 | 23640716 |
| 8/8/2007 | 79.72 | 75.30 | 78.17 | 22757478 |
| 8/9/2007 | 76.25 | 73.80 | 74.68 | 21880866 |
| 8/10/2007 | 75.60 | 72.25 | 74.12 | 19243533 |
| 8/13/2007 | 76.27 | 73.09 | 73.53 | 12551600 |
| 8/14/2007 | 74.85 | 71.05 | 71.34 | 14782463 |
| 8/15/2007 | 72.92 | 68.55 | 68.94 | 21039667 |
| 8/16/2007 | 71.93 | 66.94 | 71.13 | 27922543 |
| 8/17/2007 | 76.66 | 73.11 | 76.04 | 26763900 |
| 8/20/2007 | 76.72 | 73.55 | 74.90 | 12464300 |
| 8/21/2007 | 76.49 | 74.07 | 76.11 | 10368500 |
| 8/22/2007 | 77.65 | 75.07 | 76.44 | 11943100 |
| 8/23/2007 | 77.48 | 75.57 | 75.89 | 8379700 |
| 8/24/2007 | 76.50 | 74.72 | 76.17 | 10311900 |
| 8/27/2007 | 75.94 | 74.63 | 74.89 | 7557133 |
| 8/28/2007 | 74.28 | 72.00 | 72.00 | 11960800 |
| 8/29/2007 | 73.30 | 71.14 | 73.11 | 12015200 |
| 8/30/2007 | 73.00 | 71.08 | 72.18 | 9518600 |
| 8/31/2007 | 74.46 | 73.26 | 73.70 | 8679500 |
| 9/4/2007 | 76.78 | 68.25 | 75.42 | 9866000 |
| 9/5/2007 | 74.80 | 73.58 | 74.00 | 8472000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/6/2007 | 74.42 | 73.12 | 73.72 | 7484400 |
| 9/7/2007 | 74.09 | 72.07 | 73.18 | 11521703 |
| 9/10/2007 | 74.13 | 71.70 | 72.61 | 9843600 |
| 9/11/2007 | 74.00 | 72.64 | 73.09 | 9793600 |
| 9/12/2007 | 73.68 | 72.38 | 72.96 | 8238921 |
| 9/13/2007 | 75.79 | 73.13 | 75.14 | 14815456 |
| 9/14/2007 | 75.06 | 72.52 | 74.65 | 13312900 |
| 9/17/2007 | 74.13 | 72.45 | 72.85 | 11492400 |
| 9/18/2007 | 76.20 | 72.06 | 75.83 | 19591764 |
| 9/19/2007 | 78.66 | 76.40 | 76.45 | 15755297 |
| 9/20/2007 | 77.19 | 75.23 | 75.30 | 13690952 |
| 9/21/2007 | 76.00 | 74.68 | 74.73 | 11888165 |
| 9/24/2007 | 75.13 | 73.50 | 73.68 | 9241645 |
| 9/25/2007 | 73.33 | 71.89 | 72.12 | 11683500 |
| 9/26/2007 | 72.85 | 69.91 | 71.75 | 26643970 |
| 9/27/2007 | 72.28 | 70.05 | 71.54 | 15069585 |
| 9/28/2007 | 71.96 | 71.07 | 71.28 | 7763050 |
| 10/1/2007 | 75.33 | 70.94 | 73.87 | 14494144 |
| 10/2/2007 | 75.88 | 73.80 | 75.62 | 11374000 |
| 10/3/2007 | 77.75 | 75.21 | 76.00 | 12026613 |
| 10/4/2007 | 76.55 | 74.15 | 74.78 | 8216685 |
| 10/5/2007 | 77.89 | 74.95 | 76.67 | 16371541 |
| 10/8/2007 | 76.17 | 73.88 | 74.12 | 10117249 |
| 10/9/2007 | 74.80 | 72.72 | 74.35 | 15454100 |
| 10/10/2007 | 75.76 | 74.00 | 74.94 | 14523854 |
| 10/11/2007 | 76.31 | 74.53 | 75.38 | 13470746 |
| 10/12/2007 | 75.92 | 74.67 | 75.19 | 7921146 |
| 10/15/2007 | 75.54 | 72.53 | 73.60 | 11957700 |
| 10/16/2007 | 73.10 | 70.74 | 71.79 | 14139880 |
| 10/17/2007 | 73.00 | 69.87 | 71.63 | 14765472 |
| 10/18/2007 | 71.19 | 69.95 | 70.07 | 12255217 |
| 10/19/2007 | 69.96 | 65.49 | 66.26 | 25438975 |
| 10/22/2007 | 67.83 | 65.45 | 66.47 | 16069804 |
| 10/23/2007 | 67.12 | 64.65 | 67.12 | 28679159 |
| 10/24/2007 | 66.85 | 61.40 | 63.22 | 52181174 |
| 10/25/2007 | 63.68 | 59.14 | 60.90 | 41847653 |
| 10/26/2007 | 66.31 | 62.85 | 66.09 | 47492041 |
| 10/29/2007 | 68.18 | 65.17 | 67.42 | 26561525 |
| 10/30/2007 | 66.56 | 64.33 | 65.56 | 21203158 |
| 10/31/2007 | 66.88 | 64.52 | 66.02 | 18404546 |
| 11/1/2007 | 64.27 | 62.07 | 62.19 | 20899338 |
| 11/2/2007 | 59.71 | 54.00 | 57.28 | 77989898 |
| 11/5/2007 | 57.22 | 53.86 | 55.88 | 39421269 |
| 11/6/2007 | 57.17 | 55.26 | 56.37 | 22586546 |
| 11/7/2007 | 55.60 | 53.64 | 53.99 | 22299399 |
| 11/8/2007 | 55.22 | 51.02 | 53.79 | 38103293 |
| 11/9/2007 | 54.88 | 50.82 | 53.27 | 32066823 |
| 11/12/2007 | 56.15 | 53.00 | 53.19 | 22424486 |
| 11/13/2007 | 57.42 | 53.89 | 56.95 | 23172255 |
| 11/14/2007 | 61.18 | 57.01 | 57.98 | 45957621 |
| 11/15/2007 | 59.49 | 55.26 | 57.30 | 33755478 |

| Date | High Price | Low Price | Closing Price | Volume |
|------|-----------|-----------|---------------|--------|
| 11/16/2007 | 57.85 | 55.36 | 56.11 | 19567100 |
| 11/19/2007 | 55.67 | 53.12 | 53.87 | 18812649 |
| 11/20/2007 | 55.05 | 51.89 | 53.66 | 26827198 |
| 11/21/2007 | 53.00 | 50.50 | 51.81 | 22776644 |
| 11/23/2007 | 53.75 | 52.55 | 53.54 | 8209021 |
| 11/26/2007 | 53.85 | 51.10 | 51.23 | 14731605 |
| 11/27/2007 | 54.72 | 51.57 | 53.07 | 23339387 |
| 11/28/2007 | 58.00 | 54.14 | 57.79 | 35612553 |
| 11/29/2007 | 57.62 | 55.58 | 57.41 | 18367265 |
| 11/30/2007 | 61.90 | 58.96 | 59.94 | 29857247 |
| 12/3/2007 | 59.92 | 57.96 | 59.06 | 13557514 |
| 12/4/2007 | 58.00 | 56.73 | 57.13 | 17138624 |
| 12/5/2007 | 58.35 | 56.64 | 57.75 | 16204735 |
| 12/6/2007 | 61.87 | 57.20 | 61.33 | 19086680 |
| 12/7/2007 | 62.49 | 60.70 | 61.42 | 14906324 |
| 12/10/2007 | 63.11 | 61.53 | 62.20 | 11828332 |
| 12/11/2007 | 62.56 | 58.27 | 58.61 | 21720572 |
| 12/12/2007 | 60.98 | 57.50 | 58.81 | 19150412 |
| 12/13/2007 | 58.43 | 55.45 | 57.83 | 22706270 |
| 12/14/2007 | 58.75 | 56.62 | 56.84 | 14435902 |
| 12/17/2007 | 57.68 | 55.66 | 56.27 | 11173057 |
| 12/18/2007 | 56.68 | 54.26 | 55.51 | 19447126 |
| 12/19/2007 | 56.45 | 52.63 | 54.73 | 24714466 |
| 12/20/2007 | 55.33 | 52.46 | 54.50 | 17996428 |
| 12/21/2007 | 56.50 | 54.89 | 55.54 | 19916912 |
| 12/24/2007 | 58.37 | 53.56 | 53.90 | 22072128 |
| 12/26/2007 | 54.79 | 52.62 | 54.54 | 13758313 |
| 12/27/2007 | 54.31 | 53.08 | 53.20 | 13878371 |
| 12/28/2007 | 53.52 | 52.51 | 52.97 | 9971326 |
| 12/31/2007 | 54.20 | 52.08 | 53.68 | 12886879 |
| 1/2/2008 | 53.71 | 52.27 | 52.76 | 14833041 |
| 1/3/2008 | 53.25 | 51.77 | 51.99 | 11603546 |
| 1/4/2008 | 51.53 | 49.19 | 50.29 | 30352790 |
| 1/7/2008 | 50.92 | 49.41 | 50.05 | 16692049 |
| 1/8/2008 | 51.34 | 47.76 | 48.17 | 26908714 |
| 1/9/2008 | 50.58 | 47.50 | 50.48 | 29779162 |
| 1/10/2008 | 52.92 | 48.61 | 52.03 | 25306543 |
| 1/11/2008 | 55.21 | 51.34 | 54.69 | 31445479 |
| 1/14/2008 | 56.15 | 53.77 | 55.97 | 20070325 |
| 1/15/2008 | 55.15 | 52.94 | 53.01 | 25169867 |
| 1/16/2008 | 56.00 | 53.14 | 55.09 | 26049326 |
| 1/17/2008 | 54.23 | 49.05 | 49.45 | 73051903 |
| 1/18/2008 | 52.15 | 48.56 | 51.87 | 46734732 |
| 1/22/2008 | 55.44 | 49.23 | 54.43 | 55477642 |
| 1/23/2008 | 58.75 | 52.80 | 58.05 | 46459506 |
| 1/24/2008 | 58.82 | 56.93 | 57.45 | 21857992 |
| 1/25/2008 | 58.86 | 54.58 | 54.96 | 25498284 |
| 1/28/2008 | 57.52 | 53.67 | 57.33 | 21043899 |
| 1/29/2008 | 58.85 | 55.84 | 57.47 | 17346658 |
| 1/30/2008 | 59.22 | 55.75 | 56.09 | 31396563 |
| 1/31/2008 | 57.75 | 53.55 | 56.36 | 32999621 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 2/1/2008 | 58.75 | 55.55 | 58.40 | 26820818 |
| 2/4/2008 | 59.60 | 56.95 | 57.73 | 22947879 |
| 2/5/2008 | 56.45 | 54.38 | 54.50 | 21962014 |
| 2/6/2008 | 55.15 | 52.59 | 52.78 | 22753738 |
| 2/7/2008 | 54.99 | 52.25 | 53.65 | 26381823 |
| 2/8/2008 | 53.64 | 51.52 | 52.19 | 19959450 |
| 2/11/2008 | 53.03 | 51.26 | 51.92 | 16570167 |
| 2/12/2008 | 53.48 | 50.78 | 51.48 | 20657219 |
| 2/13/2008 | 52.93 | 50.52 | 52.18 | 22818578 |
| 2/14/2008 | 52.54 | 50.65 | 50.72 | 18985051 |
| 2/15/2008 | 51.83 | 49.83 | 51.64 | 19943153 |
| 2/19/2008 | 52.47 | 49.74 | 50.13 | 21457538 |
| 2/20/2008 | 52.00 | 49.06 | 51.84 | 18992774 |
| 2/21/2008 | 52.70 | 50.76 | 50.90 | 14505164 |
| 2/22/2008 | 53.33 | 50.46 | 53.05 | 19240769 |
| 2/25/2008 | 54.83 | 51.78 | 54.42 | 21394805 |
| 2/26/2008 | 55.24 | 52.92 | 54.30 | 23051866 |
| 2/27/2008 | 55.64 | 53.43 | 54.21 | 16208443 |
| 2/28/2008 | 53.77 | 51.64 | 51.66 | 18668084 |
| 2/29/2008 | 51.26 | 49.43 | 49.56 | 24038333 |
| 3/3/2008 | 49.50 | 48.05 | 48.64 | 24809804 |
| 3/4/2008 | 50.06 | 47.98 | 49.83 | 29664899 |
| 3/5/2008 | 50.90 | 48.87 | 49.32 | 23214124 |
| 3/6/2008 | 47.40 | 45.70 | 45.86 | 52799242 |
| 3/7/2008 | 46.47 | 44.30 | 45.19 | 29107840 |
| 3/10/2008 | 45.52 | 42.58 | 42.84 | 37101442 |
| 3/11/2008 | 45.71 | 43.44 | 45.60 | 34270830 |
| 3/12/2008 | 47.22 | 44.78 | 44.92 | 23894419 |
| 3/13/2008 | 46.46 | 43.60 | 46.26 | 35180862 |
| 3/14/2008 | 47.16 | 42.84 | 43.51 | 49729912 |
| 3/17/2008 | 42.42 | 37.25 | 41.18 | 68759488 |
| 3/18/2008 | 46.73 | 42.51 | 46.63 | 58080058 |
| 3/19/2008 | 48.13 | 41.42 | 41.45 | 66080777 |
| 3/20/2008 | 47.03 | 41.31 | 46.85 | 59981824 |
| 3/24/2008 | 49.95 | 46.08 | 48.38 | 34916574 |
| 3/25/2008 | 48.65 | 46.55 | 47.85 | 26134710 |
| 3/26/2008 | 47.48 | 44.16 | 44.42 | 34173307 |
| 3/27/2008 | 44.81 | 41.50 | 41.90 | 46219742 |
| 3/28/2008 | 42.20 | 39.65 | 39.93 | 53422335 |
| 3/31/2008 | 41.44 | 38.80 | 40.74 | 32175461 |

**\* source:  Bloomberg**