# EXHIBIT Q

GRAB  EquityGPO
Click here to see details

| BSC US EQUITY | Hide | GPO - Bar Chart | Page 1/29 |

Range: 09/01/06 – 03/31/08  Upper: Bar Chart  Mov. Avgs:  Currency: USD
Period: Daily  Lower: Volume  Mov. Avg:  ☐ Events

Day Session
Last                    10.49
High on 01/18/07   172.61
Average            126.7669
Low on 03/17/08      2.84

Volume 9.587m

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2008 Bloomberg Finance L.P.
H195-48-0 17-Jul-08 15:40:05

## Bear Stearns Stock Prices, September 1, 2006 - March 31, 2008*

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/1/2006 | 130.91 | 129.20 | 129.37 | 1556800 |
| 9/5/2006 | 132.25 | 130.00 | 131.24 | 1520600 |
| 9/6/2006 | 130.36 | 128.69 | 128.98 | 1417800 |
| 9/7/2006 | 129.50 | 127.27 | 128.07 | 1324800 |
| 9/8/2006 | 129.78 | 127.10 | 128.99 | 982700 |
| 9/11/2006 | 129.40 | 127.55 | 129.36 | 1286200 |
| 9/12/2006 | 133.70 | 130.46 | 133.15 | 1840300 |
| 9/13/2006 | 136.49 | 132.37 | 136.22 | 3304600 |
| 9/14/2006 | 139.85 | 134.09 | 139.68 | 4011700 |
| 9/15/2006 | 140.84 | 137.00 | 137.00 | 3643300 |
| 9/18/2006 | 137.95 | 135.60 | 135.60 | 2197500 |
| 9/19/2006 | 136.64 | 134.71 | 135.22 | 1524800 |
| 9/20/2006 | 140.29 | 136.25 | 139.50 | 2053300 |
| 9/21/2006 | 139.30 | 136.46 | 136.75 | 2120400 |
| 9/22/2006 | 137.57 | 135.94 | 137.24 | 907900 |
| 9/25/2006 | 139.84 | 137.85 | 139.37 | 1480600 |
| 9/26/2006 | 142.09 | 139.09 | 141.93 | 1760200 |
| 9/27/2006 | 141.75 | 139.17 | 139.75 | 1612000 |
| 9/28/2006 | 140.09 | 138.33 | 139.53 | 1077300 |
| 9/29/2006 | 140.99 | 139.51 | 140.10 | 1010300 |
| 10/2/2006 | 142.87 | 139.55 | 142.45 | 1339800 |
| 10/3/2006 | 147.02 | 141.37 | 146.26 | 2516100 |
| 10/4/2006 | 147.87 | 144.20 | 147.73 | 2060500 |
| 10/5/2006 | 148.12 | 146.00 | 147.95 | 1385400 |
| 10/6/2006 | 147.85 | 146.11 | 147.65 | 1160600 |
| 10/9/2006 | 148.40 | 146.56 | 147.87 | 1075200 |
| 10/10/2006 | 149.66 | 147.15 | 149.05 | 1296000 |
| 10/11/2006 | 148.05 | 145.72 | 147.31 | 1705000 |
| 10/12/2006 | 150.86 | 147.43 | 150.45 | 1605900 |
| 10/13/2006 | 151.80 | 149.35 | 151.40 | 1337500 |
| 10/16/2006 | 152.70 | 150.52 | 151.24 | 1029600 |
| 10/17/2006 | 151.99 | 149.55 | 150.24 | 1253100 |
| 10/18/2006 | 152.51 | 149.89 | 151.63 | 1450800 |
| 10/19/2006 | 150.96 | 149.38 | 150.43 | 1352200 |
| 10/20/2006 | 151.09 | 149.62 | 150.19 | 992800 |
| 10/23/2006 | 152.10 | 149.94 | 151.59 | 1149700 |
| 10/24/2006 | 154.13 | 150.97 | 153.80 | 1162400 |
| 10/25/2006 | 155.02 | 152.44 | 153.39 | 1317000 |
| 10/26/2006 | 154.38 | 152.54 | 153.30 | 1260500 |
| 10/27/2006 | 152.73 | 148.95 | 149.21 | 1828000 |
| 10/30/2006 | 153.18 | 148.33 | 152.48 | 1373500 |
| 10/31/2006 | 153.15 | 151.14 | 151.35 | 1172200 |
| 11/1/2006 | 152.70 | 147.76 | 148.02 | 1476300 |
| 11/2/2006 | 149.19 | 146.72 | 148.06 | 1513400 |
| 11/3/2006 | 149.25 | 145.74 | 146.69 | 1157700 |
| 11/6/2006 | 149.74 | 147.25 | 149.27 | 1186400 |
| 11/7/2006 | 150.44 | 147.52 | 148.23 | 1197600 |
| 11/8/2006 | 149.43 | 147.01 | 148.74 | 1246900 |
| 11/9/2006 | 149.24 | 144.16 | 144.41 | 1756600 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/10/2006 | 147.77 | 144.67 | 147.16 | 1587900 |
| 11/13/2006 | 150.55 | 147.16 | 150.19 | 1270800 |
| 11/14/2006 | 152.60 | 148.57 | 151.89 | 2054400 |
| 11/15/2006 | 154.26 | 151.21 | 153.81 | 1618600 |
| 11/16/2006 | 155.91 | 154.33 | 154.95 | 1255700 |
| 11/17/2006 | 155.18 | 153.75 | 154.63 | 757300 |
| 11/20/2006 | 155.93 | 153.87 | 154.76 | 909400 |
| 11/21/2006 | 156.72 | 154.45 | 156.16 | 754500 |
| 11/22/2006 | 158.55 | 155.90 | 158.42 | 917900 |
| 11/24/2006 | 158.98 | 155.51 | 158.60 | 582100 |
| 11/27/2006 | 158.26 | 150.95 | 151.00 | 1897900 |
| 11/28/2006 | 154.63 | 150.58 | 154.14 | 2227400 |
| 11/29/2006 | 155.73 | 151.13 | 153.16 | 2066200 |
| 11/30/2006 | 153.69 | 151.07 | 152.48 | 1213000 |
| 12/1/2006 | 153.33 | 149.73 | 151.49 | 1570500 |
| 12/4/2006 | 155.60 | 151.75 | 155.40 | 1074800 |
| 12/5/2006 | 157.73 | 154.67 | 157.65 | 1266700 |
| 12/6/2006 | 158.90 | 157.04 | 158.30 | 1084500 |
| 12/7/2006 | 160.53 | 156.96 | 157.00 | 1683700 |
| 12/8/2006 | 159.45 | 156.35 | 158.88 | 1451900 |
| 12/11/2006 | 160.11 | 158.10 | 159.01 | 1347400 |
| 12/12/2006 | 159.38 | 156.20 | 157.07 | 1792600 |
| 12/13/2006 | 157.60 | 155.65 | 155.89 | 1408000 |
| 12/14/2006 | 161.30 | 156.03 | 159.96 | 3214700 |
| 12/15/2006 | 164.61 | 160.60 | 163.68 | 2537700 |
| 12/18/2006 | 165.58 | 163.40 | 164.34 | 1484000 |
| 12/19/2006 | 165.08 | 162.59 | 164.59 | 1363200 |
| 12/20/2006 | 166.20 | 164.16 | 165.32 | 1135200 |
| 12/21/2006 | 165.28 | 162.76 | 163.30 | 1302800 |
| 12/22/2006 | 163.49 | 160.25 | 162.19 | 1116300 |
| 12/26/2006 | 163.80 | 162.00 | 162.80 | 518600 |
| 12/27/2006 | 164.79 | 163.06 | 164.56 | 646700 |
| 12/28/2006 | 164.60 | 162.88 | 163.35 | 590000 |
| 12/29/2006 | 164.37 | 162.61 | 162.78 | 840600 |
| 1/3/2007 | 163.70 | 161.00 | 162.83 | 1827600 |
| 1/4/2007 | 162.75 | 160.91 | 162.64 | 1002400 |
| 1/5/2007 | 162.68 | 161.55 | 162.32 | 1368800 |
| 1/8/2007 | 165.25 | 161.02 | 164.99 | 1245200 |
| 1/9/2007 | 166.09 | 163.99 | 165.25 | 1212100 |
| 1/10/2007 | 169.03 | 163.88 | 168.68 | 2089000 |
| 1/11/2007 | 171.08 | 167.17 | 170.65 | 1660500 |
| 1/12/2007 | 171.66 | 169.23 | 171.51 | 1506200 |
| 1/16/2007 | 171.50 | 169.75 | 170.62 | 1167200 |
| 1/17/2007 | 172.30 | 169.64 | 171.22 | 1202300 |
| 1/18/2007 | 172.61 | 168.61 | 169.23 | 1347900 |
| 1/19/2007 | 170.75 | 169.00 | 169.91 | 955200 |
| 1/22/2007 | 171.00 | 168.23 | 169.21 | 1256200 |
| 1/23/2007 | 169.35 | 166.04 | 166.50 | 1800900 |
| 1/24/2007 | 170.00 | 166.70 | 169.85 | 1021100 |
| 1/25/2007 | 169.93 | 163.90 | 164.72 | 1889300 |
| 1/26/2007 | 165.39 | 162.10 | 164.07 | 1451000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 1/29/2007 | 164.77 | 161.76 | 162.05 | 1545000 |
| 1/30/2007 | 164.20 | 161.34 | 162.80 | 1230900 |
| 1/31/2007 | 165.47 | 161.60 | 164.85 | 1308800 |
| 2/1/2007 | 166.64 | 164.20 | 165.28 | 1408800 |
| 2/2/2007 | 166.45 | 164.17 | 166.35 | 905200 |
| 2/5/2007 | 166.04 | 164.55 | 165.06 | 992800 |
| 2/6/2007 | 167.03 | 164.90 | 166.15 | 1270200 |
| 2/7/2007 | 167.49 | 166.00 | 166.44 | 623400 |
| 2/8/2007 | 165.00 | 162.69 | 163.75 | 1766100 |
| 2/9/2007 | 165.81 | 157.75 | 159.73 | 2850300 |
| 2/12/2007 | 159.03 | 156.10 | 157.30 | 2339352 |
| 2/13/2007 | 160.47 | 157.75 | 160.10 | 1932337 |
| 2/14/2007 | 165.81 | 161.24 | 165.81 | 2568086 |
| 2/15/2007 | 168.03 | 165.02 | 167.10 | 1860200 |
| 2/16/2007 | 167.31 | 165.68 | 167.19 | 1264300 |
| 2/20/2007 | 169.83 | 166.87 | 169.43 | 1537200 |
| 2/21/2007 | 169.30 | 166.49 | 168.12 | 1396800 |
| 2/22/2007 | 170.23 | 165.10 | 166.08 | 2255500 |
| 2/23/2007 | 166.39 | 160.31 | 161.29 | 3071300 |
| 2/26/2007 | 162.79 | 157.85 | 158.23 | 2921947 |
| 2/27/2007 | 155.26 | 149.10 | 152.31 | 4445400 |
| 2/28/2007 | 153.96 | 149.37 | 152.24 | 5114600 |
| 3/1/2007 | 153.93 | 145.92 | 151.72 | 4625639 |
| 3/2/2007 | 151.78 | 147.18 | 147.49 | 3584300 |
| 3/5/2007 | 149.67 | 144.08 | 144.50 | 4896600 |
| 3/6/2007 | 150.66 | 146.77 | 149.00 | 4705450 |
| 3/7/2007 | 151.62 | 148.80 | 149.37 | 3277200 |
| 3/8/2007 | 154.29 | 150.86 | 152.06 | 3026800 |
| 3/9/2007 | 153.93 | 150.55 | 151.98 | 2573200 |
| 3/12/2007 | 153.42 | 148.11 | 153.15 | 3109300 |
| 3/13/2007 | 151.75 | 142.48 | 142.97 | 7722700 |
| 3/14/2007 | 146.05 | 138.57 | 145.29 | 10282300 |
| 3/15/2007 | 149.64 | 144.51 | 148.50 | 6060040 |
| 3/16/2007 | 148.99 | 144.85 | 145.48 | 3865699 |
| 3/19/2007 | 148.00 | 145.84 | 147.12 | 2115000 |
| 3/20/2007 | 148.20 | 146.10 | 147.32 | 2225200 |
| 3/21/2007 | 153.12 | 147.03 | 152.49 | 4190817 |
| 3/22/2007 | 153.93 | 150.00 | 150.57 | 2904668 |
| 3/23/2007 | 153.26 | 150.59 | 152.97 | 2084100 |
| 3/26/2007 | 153.73 | 149.44 | 151.17 | 3002500 |
| 3/27/2007 | 150.29 | 148.40 | 148.86 | 2704200 |
| 3/28/2007 | 148.50 | 146.60 | 147.57 | 2832600 |
| 3/29/2007 | 151.99 | 149.02 | 151.08 | 4461500 |
| 3/30/2007 | 153.00 | 149.19 | 150.35 | 2187006 |
| 4/2/2007 | 151.19 | 147.01 | 148.44 | 2071400 |
| 4/3/2007 | 151.28 | 149.02 | 150.88 | 1826380 |
| 4/4/2007 | 151.17 | 150.11 | 150.95 | 1397088 |
| 4/5/2007 | 151.05 | 149.79 | 150.40 | 951500 |
| 4/9/2007 | 150.50 | 148.21 | 149.00 | 1946401 |
| 4/10/2007 | 149.10 | 146.55 | 147.45 | 2166700 |
| 4/11/2007 | 148.45 | 145.64 | 147.78 | 2313200 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 4/12/2007 | 148.94 | 146.54 | 148.26 | 1847700 |
| 4/13/2007 | 149.14 | 147.33 | 147.44 | 1579864 |
| 4/16/2007 | 153.95 | 148.82 | 153.83 | 2915900 |
| 4/17/2007 | 155.45 | 151.90 | 153.77 | 2724370 |
| 4/18/2007 | 158.28 | 152.94 | 157.02 | 3006700 |
| 4/19/2007 | 158.57 | 154.64 | 157.37 | 2641515 |
| 4/20/2007 | 159.20 | 156.22 | 156.60 | 2661104 |
| 4/23/2007 | 159.32 | 157.00 | 157.30 | 1874371 |
| 4/24/2007 | 158.35 | 155.35 | 157.59 | 1746400 |
| 4/25/2007 | 159.36 | 156.31 | 158.39 | 2018082 |
| 4/26/2007 | 158.79 | 156.54 | 157.74 | 1779624 |
| 4/27/2007 | 158.53 | 155.60 | 157.58 | 1273030 |
| 4/30/2007 | 158.20 | 155.52 | 155.70 | 1169845 |
| 5/1/2007 | 157.29 | 153.74 | 155.82 | 1567588 |
| 5/2/2007 | 157.40 | 155.75 | 155.96 | 1202857 |
| 5/3/2007 | 157.00 | 153.33 | 156.25 | 1916104 |
| 5/4/2007 | 158.16 | 155.41 | 157.77 | 1395200 |
| 5/7/2007 | 158.22 | 155.33 | 155.85 | 1489275 |
| 5/8/2007 | 155.44 | 152.50 | 153.39 | 1732200 |
| 5/9/2007 | 156.08 | 152.94 | 155.56 | 1363100 |
| 5/10/2007 | 155.61 | 152.99 | 153.53 | 1396600 |
| 5/11/2007 | 156.55 | 153.50 | 156.40 | 1411594 |
| 5/14/2007 | 156.68 | 152.81 | 153.85 | 1335500 |
| 5/15/2007 | 155.78 | 150.16 | 150.55 | 2733317 |
| 5/16/2007 | 150.61 | 147.66 | 149.58 | 2691717 |
| 5/17/2007 | 150.25 | 147.32 | 148.51 | 2152300 |
| 5/18/2007 | 150.89 | 148.58 | 149.57 | 1816600 |
| 5/21/2007 | 152.00 | 148.30 | 151.07 | 2978900 |
| 5/22/2007 | 152.42 | 150.28 | 151.66 | 1394254 |
| 5/23/2007 | 154.17 | 152.08 | 152.35 | 1580158 |
| 5/24/2007 | 153.10 | 147.46 | 147.55 | 3391854 |
| 5/25/2007 | 148.30 | 145.55 | 146.86 | 2814044 |
| 5/29/2007 | 149.67 | 146.86 | 148.89 | 1582840 |
| 5/30/2007 | 150.24 | 147.14 | 150.00 | 1496212 |
| 5/31/2007 | 153.68 | 149.96 | 149.96 | 1698036 |
| 6/1/2007 | 153.95 | 149.38 | 153.50 | 2769111 |
| 6/4/2007 | 153.50 | 150.83 | 152.16 | 1941048 |
| 6/5/2007 | 152.00 | 149.21 | 149.66 | 2133020 |
| 6/6/2007 | 149.00 | 147.30 | 148.71 | 1583910 |
| 6/7/2007 | 149.50 | 144.22 | 144.40 | 2821393 |
| 6/8/2007 | 147.90 | 144.00 | 147.81 | 2017289 |
| 6/11/2007 | 149.40 | 146.66 | 148.39 | 1828042 |
| 6/12/2007 | 149.28 | 145.60 | 146.00 | 4051000 |
| 6/13/2007 | 149.58 | 146.16 | 149.49 | 3007311 |
| 6/14/2007 | 150.40 | 146.07 | 149.60 | 6309200 |
| 6/15/2007 | 152.95 | 148.47 | 150.09 | 3979800 |
| 6/18/2007 | 150.59 | 145.81 | 147.95 | 3339042 |
| 6/19/2007 | 148.09 | 145.85 | 146.79 | 3096945 |
| 6/20/2007 | 146.73 | 142.89 | 143.20 | 4492000 |
| 6/21/2007 | 146.28 | 140.44 | 145.81 | 5599900 |
| 6/22/2007 | 145.58 | 142.40 | 143.75 | 8288801 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 6/25/2007 | 143.25 | 136.13 | 139.10 | 10520478 |
| 6/26/2007 | 140.88 | 137.00 | 139.35 | 7405367 |
| 6/27/2007 | 144.15 | 138.15 | 143.31 | 5830663 |
| 6/28/2007 | 145.79 | 142.00 | 144.00 | 3437661 |
| 6/29/2007 | 144.51 | 138.09 | 140.00 | 6077594 |
| 7/2/2007 | 143.24 | 139.05 | 143.16 | 3237792 |
| 7/3/2007 | 145.14 | 141.31 | 143.89 | 2160300 |
| 7/5/2007 | 145.06 | 142.66 | 144.66 | 2533900 |
| 7/6/2007 | 145.30 | 143.25 | 144.80 | 1611329 |
| 7/9/2007 | 145.48 | 143.65 | 143.89 | 1881500 |
| 7/10/2007 | 142.75 | 137.82 | 137.96 | 4508974 |
| 7/11/2007 | 140.50 | 135.34 | 138.03 | 6085000 |
| 7/12/2007 | 142.35 | 138.03 | 142.12 | 3374576 |
| 7/13/2007 | 143.45 | 140.67 | 142.89 | 2555410 |
| 7/16/2007 | 142.80 | 139.80 | 140.31 | 2582326 |
| 7/17/2007 | 141.50 | 139.00 | 139.91 | 3606100 |
| 7/18/2007 | 140.45 | 136.26 | 139.34 | 7989600 |
| 7/19/2007 | 143.25 | 138.17 | 138.93 | 4176749 |
| 7/20/2007 | 139.49 | 134.12 | 134.72 | 6193212 |
| 7/23/2007 | 136.11 | 133.82 | 134.25 | 3207058 |
| 7/24/2007 | 134.50 | 128.90 | 129.85 | 5121167 |
| 7/25/2007 | 132.27 | 128.04 | 129.28 | 6650637 |
| 7/26/2007 | 127.02 | 119.55 | 124.25 | 9131077 |
| 7/27/2007 | 128.38 | 121.00 | 123.18 | 7799612 |
| 7/30/2007 | 128.29 | 123.18 | 127.25 | 6246741 |
| 7/31/2007 | 130.16 | 120.91 | 121.22 | 8727639 |
| 8/1/2007 | 122.13 | 113.98 | 118.30 | 12591755 |
| 8/2/2007 | 121.19 | 113.98 | 115.63 | 8151811 |
| 8/3/2007 | 116.55 | 106.55 | 108.35 | 27845792 |
| 8/6/2007 | 113.81 | 99.75 | 113.81 | 28288319 |
| 8/7/2007 | 120.77 | 110.30 | 116.89 | 24823069 |
| 8/8/2007 | 124.55 | 117.00 | 121.12 | 18271113 |
| 8/9/2007 | 120.00 | 112.75 | 114.05 | 16067124 |
| 8/10/2007 | 113.75 | 107.50 | 110.20 | 14705213 |
| 8/13/2007 | 116.71 | 108.67 | 109.60 | 10088400 |
| 8/14/2007 | 110.45 | 105.50 | 106.00 | 11251396 |
| 8/15/2007 | 109.30 | 101.33 | 103.15 | 15484428 |
| 8/16/2007 | 119.44 | 101.23 | 116.44 | 19893201 |
| 8/17/2007 | 125.47 | 114.57 | 118.20 | 19007137 |
| 8/20/2007 | 118.80 | 112.57 | 116.30 | 8026491 |
| 8/21/2007 | 118.25 | 114.60 | 117.20 | 6679107 |
| 8/22/2007 | 119.93 | 113.40 | 114.75 | 7387700 |
| 8/23/2007 | 117.50 | 114.92 | 116.61 | 6484400 |
| 8/24/2007 | 117.51 | 114.63 | 117.10 | 3464100 |
| 8/27/2007 | 116.25 | 111.60 | 112.20 | 4595750 |
| 8/28/2007 | 111.09 | 108.02 | 108.42 | 8464500 |
| 8/29/2007 | 110.01 | 105.96 | 107.10 | 7494100 |
| 8/30/2007 | 108.16 | 104.31 | 106.70 | 4856300 |
| 8/31/2007 | 110.59 | 107.72 | 108.66 | 5143600 |
| 9/4/2007 | 115.71 | 108.00 | 114.13 | 5668257 |
| 9/5/2007 | 112.64 | 108.70 | 108.95 | 4810000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/6/2007 | 110.26 | 106.46 | 107.67 | 5675480 |
| 9/7/2007 | 106.92 | 102.92 | 105.37 | 9439345 |
| 9/10/2007 | 109.56 | 104.83 | 107.50 | 7334000 |
| 9/11/2007 | 110.00 | 107.23 | 107.64 | 4061300 |
| 9/12/2007 | 110.90 | 106.29 | 110.05 | 4908268 |
| 9/13/2007 | 115.41 | 110.81 | 114.83 | 5732150 |
| 9/14/2007 | 117.64 | 112.70 | 117.19 | 5582446 |
| 9/17/2007 | 116.25 | 114.28 | 115.38 | 3696800 |
| 9/18/2007 | 120.00 | 113.09 | 119.20 | 9459850 |
| 9/19/2007 | 122.00 | 114.00 | 115.64 | 12037650 |
| 9/20/2007 | 119.50 | 113.88 | 115.46 | 14410621 |
| 9/21/2007 | 117.90 | 115.23 | 117.32 | 5914401 |
| 9/24/2007 | 117.86 | 112.99 | 112.99 | 7304904 |
| 9/25/2007 | 114.40 | 111.63 | 114.24 | 3696600 |
| 9/26/2007 | 128.00 | 113.85 | 123.00 | 19288200 |
| 9/27/2007 | 124.45 | 119.60 | 121.15 | 12730843 |
| 9/28/2007 | 123.19 | 119.70 | 122.81 | 4278600 |
| 10/1/2007 | 127.19 | 122.03 | 125.50 | 4155800 |
| 10/2/2007 | 129.14 | 125.97 | 128.57 | 3761800 |
| 10/3/2007 | 129.23 | 126.29 | 128.28 | 3692300 |
| 10/4/2007 | 128.76 | 126.10 | 127.61 | 3475700 |
| 10/5/2007 | 133.20 | 125.73 | 131.58 | 6721600 |
| 10/8/2007 | 129.40 | 125.83 | 126.64 | 3879981 |
| 10/9/2007 | 128.43 | 124.64 | 127.46 | 3509400 |
| 10/10/2007 | 127.42 | 124.16 | 125.81 | 3300000 |
| 10/11/2007 | 126.87 | 121.51 | 124.14 | 5704000 |
| 10/12/2007 | 125.38 | 121.87 | 123.16 | 2891800 |
| 10/15/2007 | 123.16 | 119.20 | 120.69 | 3538100 |
| 10/16/2007 | 126.44 | 120.20 | 123.05 | 6698683 |
| 10/17/2007 | 123.87 | 117.80 | 120.41 | 5480124 |
| 10/18/2007 | 120.53 | 117.06 | 119.34 | 3506189 |
| 10/19/2007 | 121.18 | 116.09 | 116.41 | 7497103 |
| 10/22/2007 | 118.88 | 114.58 | 117.85 | 4797900 |
| 10/23/2007 | 119.50 | 115.03 | 116.16 | 3571100 |
| 10/24/2007 | 116.45 | 110.02 | 113.54 | 6943700 |
| 10/25/2007 | 114.93 | 109.60 | 111.05 | 4816527 |
| 10/26/2007 | 117.00 | 111.69 | 116.21 | 3576500 |
| 10/29/2007 | 115.90 | 113.46 | 114.54 | 2332400 |
| 10/30/2007 | 114.92 | 112.11 | 112.77 | 2811400 |
| 10/31/2007 | 115.58 | 111.15 | 113.60 | 5173300 |
| 11/1/2007 | 111.22 | 107.81 | 107.94 | 5357300 |
| 11/2/2007 | 108.00 | 101.75 | 102.16 | 9547467 |
| 11/5/2007 | 101.71 | 97.63 | 99.91 | 7501789 |
| 11/6/2007 | 102.15 | 98.54 | 102.00 | 4480610 |
| 11/7/2007 | 101.50 | 96.11 | 96.57 | 6602400 |
| 11/8/2007 | 99.50 | 93.50 | 97.49 | 7875383 |
| 11/9/2007 | 99.69 | 93.50 | 96.91 | 7345317 |
| 11/12/2007 | 99.39 | 95.12 | 95.57 | 5829570 |
| 11/13/2007 | 102.18 | 96.66 | 100.87 | 5979800 |
| 11/14/2007 | 111.01 | 101.84 | 103.27 | 12600634 |
| 11/15/2007 | 105.37 | 97.63 | 99.94 | 6024000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/16/2007 | 100.83 | 96.51 | 99.07 | 5821670 |
| 11/19/2007 | 98.30 | 93.05 | 94.05 | 5504636 |
| 11/20/2007 | 97.08 | 91.14 | 93.87 | 6424935 |
| 11/21/2007 | 94.43 | 89.55 | 91.28 | 8184134 |
| 11/23/2007 | 94.53 | 92.07 | 94.23 | 1819110 |
| 11/26/2007 | 95.25 | 91.04 | 91.04 | 3730466 |
| 11/27/2007 | 95.62 | 91.40 | 95.43 | 5516117 |
| 11/28/2007 | 100.68 | 97.28 | 99.50 | 6386428 |
| 11/29/2007 | 99.25 | 96.55 | 98.64 | 3570022 |
| 11/30/2007 | 104.50 | 98.75 | 99.70 | 5930886 |
| 12/3/2007 | 99.67 | 97.53 | 98.40 | 3017240 |
| 12/4/2007 | 96.00 | 93.30 | 93.61 | 4943435 |
| 12/5/2007 | 95.22 | 91.95 | 92.60 | 5304006 |
| 12/6/2007 | 98.58 | 91.86 | 98.21 | 5739790 |
| 12/7/2007 | 102.90 | 97.49 | 100.94 | 5551214 |
| 12/10/2007 | 106.18 | 101.16 | 105.75 | 5049840 |
| 12/11/2007 | 106.00 | 99.16 | 100.30 | 7254661 |
| 12/12/2007 | 104.05 | 98.00 | 100.84 | 5321183 |
| 12/13/2007 | 99.86 | 95.00 | 98.39 | 5885177 |
| 12/14/2007 | 98.40 | 95.08 | 95.29 | 4906245 |
| 12/17/2007 | 96.25 | 94.07 | 94.07 | 3463797 |
| 12/18/2007 | 95.00 | 90.23 | 92.59 | 6708457 |
| 12/19/2007 | 93.83 | 89.86 | 90.60 | 6009033 |
| 12/20/2007 | 93.25 | 88.00 | 91.42 | 12428623 |
| 12/21/2007 | 92.31 | 87.63 | 89.95 | 10725454 |
| 12/24/2007 | 90.56 | 88.06 | 88.80 | 2421447 |
| 12/26/2007 | 89.51 | 86.71 | 89.29 | 3541344 |
| 12/27/2007 | 90.29 | 87.68 | 87.71 | 3848499 |
| 12/28/2007 | 88.76 | 86.33 | 87.35 | 3083033 |
| 12/31/2007 | 88.86 | 85.60 | 88.25 | 2589229 |
| 1/2/2008 | 88.60 | 84.40 | 85.30 | 6842628 |
| 1/3/2008 | 85.90 | 83.61 | 83.83 | 4621953 |
| 1/4/2008 | 83.13 | 78.13 | 78.87 | 11143793 |
| 1/7/2008 | 79.83 | 75.00 | 76.25 | 10779313 |
| 1/8/2008 | 78.04 | 70.60 | 71.17 | 15459025 |
| 1/9/2008 | 76.54 | 70.10 | 74.82 | 14260382 |
| 1/10/2008 | 79.30 | 73.00 | 77.75 | 13262149 |
| 1/11/2008 | 82.78 | 78.26 | 79.90 | 10515143 |
| 1/14/2008 | 82.13 | 79.03 | 81.80 | 6822325 |
| 1/15/2008 | 80.76 | 76.84 | 77.57 | 7126661 |
| 1/16/2008 | 80.93 | 76.86 | 79.05 | 7512636 |
| 1/17/2008 | 80.57 | 73.50 | 74.44 | 9413978 |
| 1/18/2008 | 75.43 | 71.56 | 72.39 | 9485933 |
| 1/22/2008 | 79.21 | 68.18 | 77.84 | 17866899 |
| 1/23/2008 | 87.04 | 75.31 | 87.00 | 15245545 |
| 1/24/2008 | 89.45 | 85.67 | 87.74 | 9447241 |
| 1/25/2008 | 92.15 | 85.30 | 87.03 | 7474246 |
| 1/28/2008 | 91.73 | 85.81 | 91.10 | 6859348 |
| 1/29/2008 | 92.44 | 89.16 | 91.58 | 5227733 |
| 1/30/2008 | 92.40 | 87.94 | 88.26 | 8166053 |
| 1/31/2008 | 91.37 | 85.88 | 89.65 | 6383377 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 2/1/2008 | 93.09 | 89.16 | 92.89 | 4936790 |
| 2/4/2008 | 93.19 | 89.90 | 91.00 | 3713701 |
| 2/5/2008 | 89.47 | 85.54 | 86.11 | 5723778 |
| 2/6/2008 | 86.82 | 81.83 | 82.25 | 7425340 |
| 2/7/2008 | 84.30 | 80.21 | 83.03 | 6507605 |
| 2/8/2008 | 82.96 | 80.02 | 80.67 | 6093644 |
| 2/11/2008 | 81.28 | 79.17 | 79.76 | 4281422 |
| 2/12/2008 | 81.96 | 77.75 | 78.93 | 5703524 |
| 2/13/2008 | 80.97 | 76.81 | 80.53 | 6495020 |
| 2/14/2008 | 80.15 | 77.53 | 78.47 | 5542760 |
| 2/15/2008 | 84.03 | 77.57 | 82.79 | 20091047 |
| 2/19/2008 | 83.50 | 78.90 | 80.02 | 7214755 |
| 2/20/2008 | 83.39 | 78.06 | 83.05 | 7336449 |
| 2/21/2008 | 85.29 | 82.02 | 82.23 | 5892273 |
| 2/22/2008 | 85.27 | 80.21 | 85.16 | 7266415 |
| 2/25/2008 | 87.44 | 82.94 | 86.72 | 6845720 |
| 2/26/2008 | 87.82 | 85.37 | 86.48 | 4789458 |
| 2/27/2008 | 89.62 | 84.80 | 87.30 | 5245633 |
| 2/28/2008 | 86.80 | 83.85 | 84.22 | 4188824 |
| 2/29/2008 | 83.56 | 78.80 | 79.86 | 5544260 |
| 3/3/2008 | 79.89 | 76.62 | 77.32 | 5409421 |
| 3/4/2008 | 78.03 | 74.69 | 77.17 | 5282016 |
| 3/5/2008 | 79.31 | 75.03 | 75.78 | 6814472 |
| 3/6/2008 | 76.59 | 69.88 | 69.90 | 9757934 |
| 3/7/2008 | 73.00 | 68.30 | 70.08 | 8034812 |
| 3/10/2008 | 70.59 | 60.26 | 62.30 | 32470867 |
| 3/11/2008 | 68.24 | 55.42 | 62.97 | 55014343 |
| 3/12/2008 | 67.82 | 61.35 | 61.58 | 26806066 |
| 3/13/2008 | 58.60 | 50.48 | 57.00 | 70741056 |
| 3/14/2008 | 54.79 | 26.85 | 30.00 | 186986843 |
| 3/17/2008 | 5.50 | 2.84 | 4.81 | 166719539 |
| 3/18/2008 | 8.50 | 5.01 | 5.91 | 166729805 |
| 3/19/2008 | 7.10 | 4.90 | 5.33 | 76895155 |
| 3/20/2008 | 6.39 | 5.01 | 5.96 | 48512076 |
| 3/24/2008 | 13.85 | 9.38 | 11.25 | 136163217 |
| 3/25/2008 | 11.47 | 10.51 | 10.94 | 48930886 |
| 3/26/2008 | 12.00 | 10.55 | 11.21 | 25574598 |
| 3/27/2008 | 11.65 | 10.94 | 11.23 | 11345732 |
| 3/28/2008 | 10.90 | 10.62 | 10.78 | 10924599 |
| 3/31/2008 | 10.68 | 10.29 | 10.49 | 9587268 |

* source:  Bloomberg