# EXHIBIT S



**Lehman Brothers Stock Prices, September 1 2006 - March 31, 2008***

| Date | High Price | Low Price | Closing Price | Volume |
| --- | --- | --- | --- | --- |
| 9/1/2006 | 64.27 | 63.04 | 63.55 | 3179500 |
| 9/5/2006 | 66.58 | 64.91 | 66.25 | 5868900 |
| 9/6/2006 | 65.98 | 65.45 | 65.98 | 4291200 |
| 9/7/2006 | 66.23 | 65.34 | 65.42 | 3194900 |
| 9/8/2006 | 66.80 | 64.85 | 66.13 | 2854000 |
| 9/11/2006 | 65.64 | 64.83 | 65.30 | 3003500 |
| 9/12/2006 | 68.22 | 66.28 | 68.02 | 6206400 |
| 9/13/2006 | 70.90 | 67.42 | 70.06 | 8049800 |
| 9/14/2006 | 72.06 | 69.35 | 72.04 | 6321700 |
| 9/15/2006 | 72.70 | 71.52 | 71.61 | 4923700 |
| 9/18/2006 | 72.24 | 71.03 | 71.09 | 3516800 |
| 9/19/2006 | 72.26 | 70.47 | 70.68 | 3968300 |
| 9/20/2006 | 72.42 | 71.10 | 71.79 | 3951100 |
| 9/21/2006 | 73.00 | 70.84 | 71.17 | 3387700 |
| 9/22/2006 | 71.35 | 70.30 | 70.87 | 2730900 |
| 9/25/2006 | 73.20 | 71.40 | 72.88 | 3944200 |
| 9/26/2006 | 74.65 | 72.40 | 74.55 | 5688000 |
| 9/27/2006 | 74.45 | 72.96 | 73.37 | 3674800 |
| 9/28/2006 | 73.88 | 72.74 | 73.35 | 2202700 |
| 9/29/2006 | 74.67 | 73.60 | 73.86 | 3062400 |
| 10/2/2006 | 74.92 | 72.48 | 74.48 | 3196200 |
| 10/3/2006 | 76.21 | 74.20 | 75.54 | 5023100 |
| 10/4/2006 | 76.04 | 74.26 | 76.00 | 4476000 |
| 10/5/2006 | 75.94 | 74.98 | 75.79 | 2661700 |
| 10/6/2006 | 75.36 | 74.53 | 74.66 | 2971900 |
| 10/9/2006 | 75.24 | 74.22 | 74.80 | 2607600 |
| 10/10/2006 | 76.29 | 74.80 | 75.55 | 3231500 |
| 10/11/2006 | 75.18 | 74.16 | 74.89 | 3253500 |
| 10/12/2006 | 76.97 | 75.02 | 76.66 | 3324500 |
| 10/13/2006 | 77.85 | 76.21 | 77.73 | 3489700 |
| 10/16/2006 | 78.70 | 77.00 | 78.55 | 3440500 |
| 10/17/2006 | 78.23 | 76.45 | 77.48 | 4554100 |
| 10/18/2006 | 78.89 | 77.55 | 78.09 | 4283300 |
| 10/19/2006 | 77.78 | 77.11 | 77.48 | 2933800 |
| 10/20/2006 | 77.68 | 76.59 | 77.07 | 2610400 |
| 10/23/2006 | 78.10 | 76.53 | 77.64 | 2660800 |
| 10/24/2006 | 78.50 | 77.39 | 78.34 | 2500200 |
| 10/25/2006 | 78.67 | 77.09 | 77.40 | 3055800 |
| 10/26/2006 | 78.80 | 77.50 | 78.41 | 2567000 |
| 10/27/2006 | 78.02 | 76.40 | 76.56 | 2651900 |
| 10/30/2006 | 77.91 | 76.05 | 77.67 | 2387200 |
| 10/31/2006 | 78.32 | 77.29 | 77.84 | 3152800 |
| 11/1/2006 | 78.22 | 74.55 | 74.66 | 4831600 |
| 11/2/2006 | 76.55 | 73.69 | 76.00 | 4722400 |
| 11/3/2006 | 76.79 | 74.09 | 74.43 | 3022600 |
| 11/6/2006 | 76.32 | 74.50 | 76.15 | 3441700 |
| 11/7/2006 | 76.38 | 75.25 | 75.50 | 2597400 |
| 11/8/2006 | 75.79 | 74.22 | 74.30 | 4164400 |
| 11/9/2006 | 74.51 | 71.08 | 71.39 | 6841000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/10/2006 | 72.43 | 71.25 | 72.18 | 4388100 |
| 11/13/2006 | 73.81 | 72.00 | 73.37 | 3562100 |
| 11/14/2006 | 75.37 | 72.53 | 74.92 | 3841700 |
| 11/15/2006 | 75.99 | 74.50 | 75.40 | 3996500 |
| 11/16/2006 | 76.53 | 75.49 | 75.93 | 2605200 |
| 11/17/2006 | 76.28 | 75.40 | 76.13 | 1878700 |
| 11/20/2006 | 76.86 | 75.80 | 76.11 | 2152400 |
| 11/21/2006 | 77.19 | 75.77 | 77.13 | 3402700 |
| 11/22/2006 | 77.98 | 77.21 | 77.78 | 1764200 |
| 11/24/2006 | 77.08 | 75.90 | 76.58 | 1103500 |
| 11/27/2006 | 76.28 | 73.67 | 73.86 | 3668800 |
| 11/28/2006 | 75.52 | 73.50 | 75.29 | 3507500 |
| 11/29/2006 | 76.41 | 73.75 | 75.14 | 3791000 |
| 11/30/2006 | 74.94 | 73.34 | 73.67 | 4990200 |
| 12/1/2006 | 73.94 | 72.26 | 73.35 | 5544800 |
| 12/4/2006 | 75.70 | 73.35 | 75.64 | 3936600 |
| 12/5/2006 | 75.75 | 74.50 | 75.38 | 4016100 |
| 12/6/2006 | 76.47 | 74.82 | 76.33 | 3457800 |
| 12/7/2006 | 77.45 | 75.72 | 75.90 | 3818500 |
| 12/8/2006 | 77.31 | 75.71 | 77.03 | 3470000 |
| 12/11/2006 | 77.67 | 76.55 | 76.95 | 3021100 |
| 12/12/2006 | 77.20 | 75.00 | 76.67 | 4374200 |
| 12/13/2006 | 77.37 | 76.37 | 76.37 | 3352700 |
| 12/14/2006 | 77.17 | 75.11 | 76.08 | 5816800 |
| 12/15/2006 | 76.74 | 75.51 | 76.10 | 4957000 |
| 12/18/2006 | 77.68 | 76.27 | 77.09 | 3313100 |
| 12/19/2006 | 77.18 | 75.80 | 76.20 | 3409200 |
| 12/20/2006 | 78.19 | 76.46 | 77.99 | 3843200 |
| 12/21/2006 | 78.48 | 77.03 | 77.31 | 2830200 |
| 12/22/2006 | 77.33 | 76.11 | 76.86 | 2065100 |
| 12/26/2006 | 77.60 | 76.72 | 77.49 | 1236100 |
| 12/27/2006 | 78.75 | 77.65 | 78.65 | 2100400 |
| 12/28/2006 | 78.66 | 77.70 | 78.00 | 1871500 |
| 12/29/2006 | 78.88 | 77.60 | 78.12 | 2426300 |
| 1/3/2007 | 79.59 | 77.98 | 78.63 | 5422600 |
| 1/4/2007 | 79.62 | 76.57 | 76.84 | 5994500 |
| 1/5/2007 | 77.42 | 76.20 | 76.74 | 5568300 |
| 1/8/2007 | 78.40 | 76.40 | 78.18 | 4393600 |
| 1/9/2007 | 78.65 | 77.68 | 78.24 | 4004600 |
| 1/10/2007 | 79.85 | 77.36 | 79.55 | 4393300 |
| 1/11/2007 | 81.13 | 79.25 | 81.11 | 5854000 |
| 1/12/2007 | 82.74 | 80.84 | 82.74 | 5642400 |
| 1/16/2007 | 83.35 | 82.36 | 82.53 | 3833800 |
| 1/17/2007 | 83.90 | 81.92 | 83.32 | 4357700 |
| 1/18/2007 | 83.58 | 81.97 | 82.30 | 4078100 |
| 1/19/2007 | 83.56 | 82.30 | 83.15 | 3645400 |
| 1/22/2007 | 83.75 | 82.04 | 82.12 | 4634600 |
| 1/23/2007 | 82.58 | 81.45 | 82.50 | 4311600 |
| 1/24/2007 | 84.13 | 82.50 | 84.00 | 3597300 |
| 1/25/2007 | 84.00 | 80.88 | 80.96 | 5682600 |
| 1/26/2007 | 81.83 | 79.89 | 81.07 | 3757700 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 1/29/2007 | 81.93 | 80.41 | 80.68 | 3192000 |
| 1/30/2007 | 81.50 | 80.55 | 80.94 | 3084500 |
| 1/31/2007 | 82.50 | 80.20 | 82.24 | 3506500 |
| 2/1/2007 | 85.53 | 84.11 | 84.97 | 8175200 |
| 2/2/2007 | 86.00 | 84.20 | 85.80 | 4674900 |
| 2/5/2007 | 85.75 | 84.62 | 85.30 | 2500600 |
| 2/6/2007 | 86.12 | 85.06 | 85.61 | 2526600 |
| 2/7/2007 | 86.18 | 85.20 | 85.70 | 2584500 |
| 2/8/2007 | 85.50 | 83.07 | 84.42 | 3986300 |
| 2/9/2007 | 85.74 | 81.84 | 83.30 | 5350900 |
| 2/12/2007 | 83.77 | 81.47 | 82.22 | 3746891 |
| 2/13/2007 | 83.04 | 81.82 | 82.83 | 3504414 |
| 2/14/2007 | 84.36 | 82.77 | 83.65 | 4559245 |
| 2/15/2007 | 83.81 | 83.10 | 83.29 | 3800500 |
| 2/16/2007 | 83.13 | 82.20 | 82.61 | 2819100 |
| 2/20/2007 | 83.40 | 81.40 | 83.12 | 2857500 |
| 2/21/2007 | 82.97 | 81.90 | 82.64 | 2800400 |
| 2/22/2007 | 83.56 | 81.85 | 82.03 | 3873700 |
| 2/23/2007 | 82.03 | 78.99 | 79.04 | 6568600 |
| 2/26/2007 | 79.74 | 77.42 | 77.83 | 7124975 |
| 2/27/2007 | 76.78 | 72.80 | 74.19 | 11330300 |
| 2/28/2007 | 75.00 | 73.10 | 73.31 | 11036200 |
| 3/1/2007 | 74.43 | 70.46 | 73.24 | 10616020 |
| 3/2/2007 | 73.56 | 71.87 | 72.10 | 8058400 |
| 3/5/2007 | 72.86 | 70.88 | 71.12 | 8588278 |
| 3/6/2007 | 74.53 | 72.52 | 74.23 | 9181600 |
| 3/7/2007 | 74.93 | 73.48 | 73.90 | 5904200 |
| 3/8/2007 | 76.49 | 74.89 | 75.75 | 6808700 |
| 3/9/2007 | 76.55 | 74.75 | 75.83 | 6320800 |
| 3/12/2007 | 76.63 | 74.60 | 76.55 | 5898500 |
| 3/13/2007 | 75.90 | 71.85 | 72.00 | 12652400 |
| 3/14/2007 | 72.36 | 68.07 | 71.72 | 22950300 |
| 3/15/2007 | 73.77 | 71.72 | 73.03 | 9658347 |
| 3/16/2007 | 73.29 | 70.98 | 71.19 | 7924400 |
| 3/19/2007 | 72.89 | 71.91 | 72.30 | 4903085 |
| 3/20/2007 | 73.00 | 71.86 | 72.33 | 5029896 |
| 3/21/2007 | 75.22 | 71.54 | 74.20 | 11367032 |
| 3/22/2007 | 74.81 | 72.81 | 73.17 | 6796996 |
| 3/23/2007 | 73.71 | 72.25 | 73.50 | 4070143 |
| 3/26/2007 | 73.82 | 71.96 | 72.73 | 4304284 |
| 3/27/2007 | 72.30 | 71.25 | 71.76 | 4661996 |
| 3/28/2007 | 71.49 | 70.01 | 70.02 | 7542100 |
| 3/29/2007 | 71.38 | 69.62 | 70.31 | 4955115 |
| 3/30/2007 | 70.99 | 69.59 | 70.07 | 3725000 |
| 4/2/2007 | 70.25 | 68.60 | 69.16 | 4865400 |
| 4/3/2007 | 70.91 | 69.13 | 70.91 | 6557782 |
| 4/4/2007 | 71.40 | 70.02 | 71.11 | 4173000 |
| 4/5/2007 | 71.81 | 70.91 | 71.44 | 2794600 |
| 4/9/2007 | 72.39 | 71.17 | 72.29 | 4214100 |
| 4/10/2007 | 72.82 | 71.93 | 72.24 | 3867200 |
| 4/11/2007 | 72.48 | 70.95 | 71.34 | 5944507 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 4/12/2007 | 72.24 | 70.75 | 72.07 | 3898556 |
| 4/13/2007 | 72.74 | 71.82 | 72.22 | 3200899 |
| 4/16/2007 | 76.50 | 73.05 | 75.89 | 9617729 |
| 4/17/2007 | 76.40 | 75.40 | 75.84 | 5921467 |
| 4/18/2007 | 78.15 | 75.25 | 77.58 | 7243614 |
| 4/19/2007 | 78.40 | 76.34 | 77.35 | 5488956 |
| 4/20/2007 | 78.98 | 77.22 | 78.14 | 6884564 |
| 4/23/2007 | 79.21 | 77.58 | 77.82 | 4504601 |
| 4/24/2007 | 77.99 | 75.89 | 76.43 | 5579828 |
| 4/25/2007 | 77.52 | 75.59 | 77.18 | 5200871 |
| 4/26/2007 | 77.94 | 76.36 | 76.68 | 3714266 |
| 4/27/2007 | 76.57 | 75.72 | 76.13 | 2835496 |
| 4/30/2007 | 76.48 | 75.18 | 75.28 | 4270390 |
| 5/1/2007 | 75.56 | 73.59 | 74.83 | 6162402 |
| 5/2/2007 | 76.18 | 74.65 | 75.49 | 4176739 |
| 5/3/2007 | 75.90 | 74.92 | 75.65 | 3215671 |
| 5/4/2007 | 77.45 | 75.65 | 77.30 | 4281277 |
| 5/7/2007 | 78.17 | 76.57 | 76.85 | 2627700 |
| 5/8/2007 | 76.85 | 75.15 | 75.99 | 3764552 |
| 5/9/2007 | 76.84 | 75.68 | 76.60 | 3048325 |
| 5/10/2007 | 76.60 | 74.99 | 75.03 | 3399791 |
| 5/11/2007 | 75.95 | 74.99 | 75.35 | 3938252 |
| 5/14/2007 | 75.75 | 73.90 | 74.40 | 4097320 |
| 5/15/2007 | 75.43 | 73.56 | 73.87 | 5919150 |
| 5/16/2007 | 74.98 | 72.73 | 73.35 | 8758753 |
| 5/17/2007 | 73.59 | 72.51 | 72.94 | 5092600 |
| 5/18/2007 | 73.20 | 71.70 | 72.40 | 15684548 |
| 5/21/2007 | 76.45 | 72.52 | 73.31 | 13068954 |
| 5/22/2007 | 74.40 | 73.31 | 74.08 | 5279870 |
| 5/23/2007 | 74.92 | 73.94 | 74.14 | 6239020 |
| 5/24/2007 | 75.53 | 72.86 | 73.28 | 5228310 |
| 5/25/2007 | 73.69 | 72.20 | 72.76 | 3685000 |
| 5/29/2007 | 73.45 | 72.40 | 72.91 | 3084760 |
| 5/30/2007 | 73.47 | 71.91 | 73.20 | 5922263 |
| 5/31/2007 | 74.54 | 73.16 | 73.38 | 4770451 |
| 6/1/2007 | 75.45 | 73.50 | 75.23 | 5118900 |
| 6/4/2007 | 75.52 | 74.50 | 74.97 | 3668953 |
| 6/5/2007 | 75.84 | 74.25 | 75.05 | 4811400 |
| 6/6/2007 | 74.68 | 73.90 | 74.22 | 4321945 |
| 6/7/2007 | 75.04 | 72.71 | 73.29 | 8065526 |
| 6/8/2007 | 74.31 | 72.65 | 74.19 | 5132300 |
| 6/11/2007 | 76.02 | 74.00 | 75.68 | 6215419 |
| 6/12/2007 | 78.19 | 76.02 | 76.06 | 13709413 |
| 6/13/2007 | 77.90 | 76.80 | 77.87 | 7905957 |
| 6/14/2007 | 78.98 | 77.02 | 78.80 | 5461767 |
| 6/15/2007 | 80.71 | 78.62 | 79.07 | 7328706 |
| 6/18/2007 | 80.87 | 79.23 | 80.58 | 5460119 |
| 6/19/2007 | 81.52 | 80.00 | 81.30 | 6047566 |
| 6/20/2007 | 82.05 | 79.78 | 79.84 | 8313328 |
| 6/21/2007 | 79.84 | 77.46 | 79.24 | 8488223 |
| 6/22/2007 | 78.86 | 76.27 | 76.62 | 9301229 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 6/25/2007 | 77.58 | 74.41 | 75.05 | 8941300 |
| 6/26/2007 | 75.90 | 74.06 | 74.22 | 7578000 |
| 6/27/2007 | 76.26 | 73.04 | 76.19 | 9481219 |
| 6/28/2007 | 76.80 | 75.19 | 75.92 | 6871696 |
| 6/29/2007 | 76.26 | 73.19 | 74.52 | 8066758 |
| 7/2/2007 | 76.99 | 73.64 | 74.17 | 5846246 |
| 7/3/2007 | 75.10 | 73.81 | 74.60 | 3776400 |
| 7/5/2007 | 75.12 | 73.95 | 74.62 | 4259772 |
| 7/6/2007 | 74.93 | 73.74 | 74.80 | 3626493 |
| 7/9/2007 | 75.39 | 74.37 | 74.86 | 3843800 |
| 7/10/2007 | 73.88 | 70.93 | 71.10 | 9985161 |
| 7/11/2007 | 71.39 | 70.05 | 71.39 | 12108800 |
| 7/12/2007 | 73.34 | 71.45 | 73.24 | 9463443 |
| 7/13/2007 | 74.00 | 72.75 | 73.50 | 5351700 |
| 7/16/2007 | 74.00 | 72.53 | 72.80 | 4691758 |
| 7/17/2007 | 74.09 | 72.47 | 73.06 | 5832943 |
| 7/18/2007 | 72.38 | 70.29 | 71.65 | 13458462 |
| 7/19/2007 | 72.50 | 69.60 | 70.43 | 9389973 |
| 7/20/2007 | 70.88 | 67.27 | 68.29 | 13237670 |
| 7/23/2007 | 69.86 | 68.25 | 68.85 | 6566457 |
| 7/24/2007 | 68.38 | 65.41 | 66.34 | 14902092 |
| 7/25/2007 | 68.44 | 65.40 | 67.66 | 13293159 |
| 7/26/2007 | 66.39 | 62.05 | 64.50 | 18316845 |
| 7/27/2007 | 66.30 | 63.28 | 64.22 | 14850913 |
| 7/30/2007 | 65.42 | 62.50 | 64.80 | 11139179 |
| 7/31/2007 | 66.94 | 61.73 | 62.00 | 12293036 |
| 8/1/2007 | 62.28 | 58.85 | 60.82 | 19855891 |
| 8/2/2007 | 62.69 | 59.46 | 60.45 | 16861059 |
| 8/3/2007 | 60.27 | 55.46 | 55.78 | 27369891 |
| 8/6/2007 | 58.50 | 52.63 | 58.27 | 25960719 |
| 8/7/2007 | 62.50 | 57.38 | 60.71 | 26138742 |
| 8/8/2007 | 66.08 | 62.04 | 64.78 | 26752756 |
| 8/9/2007 | 63.80 | 60.01 | 60.15 | 22693285 |
| 8/10/2007 | 60.89 | 56.54 | 59.07 | 17901245 |
| 8/13/2007 | 61.82 | 56.89 | 57.30 | 14846000 |
| 8/14/2007 | 57.87 | 53.59 | 53.67 | 23557505 |
| 8/15/2007 | 55.25 | 50.96 | 51.57 | 26801760 |
| 8/16/2007 | 55.30 | 49.06 | 54.75 | 30325519 |
| 8/17/2007 | 60.10 | 56.42 | 58.11 | 27040900 |
| 8/20/2007 | 59.27 | 55.38 | 57.07 | 12949686 |
| 8/21/2007 | 58.72 | 55.33 | 57.54 | 13335100 |
| 8/22/2007 | 59.70 | 56.10 | 58.54 | 17006800 |
| 8/23/2007 | 59.89 | 57.41 | 58.18 | 12790600 |
| 8/24/2007 | 60.60 | 57.18 | 60.37 | 14473800 |
| 8/27/2007 | 59.75 | 57.53 | 57.75 | 8904190 |
| 8/28/2007 | 56.20 | 53.77 | 54.28 | 15996500 |
| 8/29/2007 | 54.96 | 53.15 | 54.43 | 12218500 |
| 8/30/2007 | 55.00 | 52.43 | 53.77 | 11939200 |
| 8/31/2007 | 55.78 | 54.51 | 54.83 | 14859000 |
| 9/4/2007 | 57.29 | 54.15 | 56.46 | 10835400 |
| 9/5/2007 | 55.67 | 54.03 | 54.35 | 10457000 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/6/2007 | 54.88 | 53.19 | 53.83 | 11641600 |
| 9/7/2007 | 53.84 | 51.59 | 52.95 | 14033000 |
| 9/10/2007 | 54.95 | 52.28 | 53.85 | 12005200 |
| 9/11/2007 | 55.70 | 54.27 | 55.18 | 13808450 |
| 9/12/2007 | 58.12 | 54.12 | 57.08 | 15340400 |
| 9/13/2007 | 60.46 | 57.44 | 59.68 | 16578502 |
| 9/14/2007 | 59.60 | 57.06 | 59.50 | 13940831 |
| 9/17/2007 | 59.19 | 57.90 | 58.62 | 13095300 |
| 9/18/2007 | 64.65 | 58.50 | 64.49 | 44602886 |
| 9/19/2007 | 66.98 | 63.06 | 64.11 | 23411921 |
| 9/20/2007 | 64.94 | 61.70 | 62.31 | 15253465 |
| 9/21/2007 | 63.37 | 61.64 | 62.70 | 10775300 |
| 9/24/2007 | 63.11 | 60.91 | 61.13 | 15641444 |
| 9/25/2007 | 60.78 | 59.66 | 60.02 | 10897850 |
| 9/26/2007 | 62.72 | 59.37 | 61.11 | 18630400 |
| 9/27/2007 | 62.90 | 60.51 | 62.53 | 12682356 |
| 9/28/2007 | 62.82 | 61.50 | 61.73 | 5788100 |
| 10/1/2007 | 64.18 | 61.23 | 63.65 | 7806000 |
| 10/2/2007 | 65.15 | 63.21 | 64.72 | 9445371 |
| 10/3/2007 | 65.22 | 63.50 | 64.06 | 7765450 |
| 10/4/2007 | 64.52 | 62.44 | 63.22 | 6672300 |
| 10/5/2007 | 64.90 | 63.70 | 63.98 | 9349332 |
| 10/8/2007 | 64.50 | 62.62 | 62.78 | 6634305 |
| 10/9/2007 | 64.97 | 62.05 | 64.59 | 9030800 |
| 10/10/2007 | 64.85 | 63.75 | 64.49 | 7428916 |
| 10/11/2007 | 66.08 | 63.15 | 64.14 | 13385100 |
| 10/12/2007 | 64.84 | 63.27 | 64.63 | 6596745 |
| 10/15/2007 | 64.59 | 61.77 | 62.33 | 10091500 |
| 10/16/2007 | 62.00 | 59.78 | 60.67 | 9593337 |
| 10/17/2007 | 61.82 | 58.75 | 60.08 | 11537300 |
| 10/18/2007 | 59.96 | 58.47 | 59.45 | 7555800 |
| 10/19/2007 | 59.78 | 56.16 | 57.22 | 18556300 |
| 10/22/2007 | 58.84 | 56.00 | 57.55 | 11206500 |
| 10/23/2007 | 58.96 | 56.52 | 58.27 | 8607497 |
| 10/24/2007 | 58.54 | 54.07 | 57.42 | 20386178 |
| 10/25/2007 | 58.11 | 55.21 | 56.92 | 18751800 |
| 10/26/2007 | 60.63 | 57.65 | 60.42 | 13996526 |
| 10/29/2007 | 63.28 | 60.01 | 62.76 | 14730900 |
| 10/30/2007 | 63.19 | 60.66 | 61.36 | 9218100 |
| 10/31/2007 | 64.29 | 61.10 | 63.34 | 16008300 |
| 11/1/2007 | 62.39 | 59.64 | 60.50 | 14878505 |
| 11/2/2007 | 60.67 | 57.16 | 60.12 | 21371968 |
| 11/5/2007 | 60.14 | 56.95 | 58.54 | 19347557 |
| 11/6/2007 | 60.39 | 57.00 | 59.37 | 13213851 |
| 11/7/2007 | 58.82 | 55.55 | 55.96 | 17374805 |
| 11/8/2007 | 57.22 | 52.70 | 56.11 | 19997440 |
| 11/9/2007 | 59.35 | 53.75 | 58.07 | 23876005 |
| 11/12/2007 | 60.78 | 57.76 | 58.30 | 15814248 |
| 11/13/2007 | 63.74 | 59.24 | 63.49 | 20015753 |
| 11/14/2007 | 67.73 | 64.10 | 65.45 | 25561681 |
| 11/15/2007 | 65.65 | 61.90 | 62.97 | 14589527 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/16/2007 | 63.59 | 60.89 | 62.38 | 12672110 |
| 11/19/2007 | 62.05 | 59.09 | 60.55 | 12623594 |
| 11/20/2007 | 63.41 | 58.38 | 60.77 | 17115603 |
| 11/21/2007 | 59.85 | 56.15 | 57.75 | 18573168 |
| 11/23/2007 | 61.14 | 58.29 | 60.86 | 5648471 |
| 11/26/2007 | 61.04 | 57.33 | 57.46 | 10931190 |
| 11/27/2007 | 60.63 | 57.27 | 59.90 | 14354302 |
| 11/28/2007 | 65.00 | 60.70 | 64.85 | 20877698 |
| 11/29/2007 | 63.95 | 61.59 | 61.69 | 18907872 |
| 11/30/2007 | 66.00 | 62.08 | 62.63 | 20808776 |
| 12/3/2007 | 62.53 | 60.75 | 61.38 | 9308980 |
| 12/4/2007 | 60.21 | 58.42 | 59.61 | 14177970 |
| 12/5/2007 | 61.99 | 59.09 | 60.01 | 12245793 |
| 12/6/2007 | 63.53 | 58.80 | 63.14 | 10323034 |
| 12/7/2007 | 64.85 | 62.20 | 63.47 | 11088530 |
| 12/10/2007 | 66.25 | 63.65 | 65.65 | 13949043 |
| 12/11/2007 | 66.25 | 61.05 | 61.14 | 17853800 |
| 12/12/2007 | 65.00 | 59.44 | 61.82 | 26469760 |
| 12/13/2007 | 62.88 | 58.50 | 61.37 | 28487839 |
| 12/14/2007 | 64.00 | 60.15 | 62.24 | 15391803 |
| 12/17/2007 | 62.87 | 61.05 | 61.53 | 10345490 |
| 12/18/2007 | 62.16 | 59.60 | 60.90 | 15646698 |
| 12/19/2007 | 63.04 | 60.70 | 61.89 | 10778528 |
| 12/20/2007 | 62.91 | 60.31 | 62.33 | 9751872 |
| 12/21/2007 | 64.73 | 62.74 | 64.57 | 10856043 |
| 12/24/2007 | 65.79 | 64.38 | 65.65 | 4156688 |
| 12/26/2007 | 65.49 | 64.06 | 65.28 | 5742555 |
| 12/27/2007 | 65.45 | 63.92 | 64.13 | 7429734 |
| 12/28/2007 | 64.95 | 63.27 | 64.66 | 6206121 |
| 12/31/2007 | 66.03 | 63.72 | 65.44 | 6925388 |
| 1/2/2008 | 65.33 | 62.18 | 62.19 | 11124766 |
| 1/3/2008 | 62.51 | 60.80 | 61.00 | 8438871 |
| 1/4/2008 | 60.38 | 57.80 | 58.35 | 13166236 |
| 1/7/2008 | 59.40 | 56.92 | 58.05 | 14362585 |
| 1/8/2008 | 59.31 | 55.40 | 55.65 | 14651590 |
| 1/9/2008 | 55.75 | 52.67 | 54.99 | 23267854 |
| 1/10/2008 | 59.08 | 53.53 | 57.82 | 21488064 |
| 1/11/2008 | 60.12 | 56.45 | 58.15 | 16756107 |
| 1/14/2008 | 59.36 | 57.57 | 59.20 | 9529292 |
| 1/15/2008 | 58.45 | 55.29 | 55.71 | 13964636 |
| 1/16/2008 | 59.68 | 55.36 | 58.06 | 17001556 |
| 1/17/2008 | 58.88 | 54.36 | 54.66 | 23158114 |
| 1/18/2008 | 55.55 | 51.54 | 53.25 | 25016875 |
| 1/22/2008 | 56.80 | 49.75 | 54.93 | 24831263 |
| 1/23/2008 | 59.93 | 51.83 | 58.96 | 29083809 |
| 1/24/2008 | 60.50 | 58.37 | 59.56 | 17541130 |
| 1/25/2008 | 61.00 | 56.90 | 57.87 | 14005532 |
| 1/28/2008 | 60.84 | 56.91 | 60.63 | 12174817 |
| 1/29/2008 | 62.68 | 59.75 | 62.53 | 12074075 |
| 1/30/2008 | 65.00 | 61.88 | 62.59 | 23821773 |
| 1/31/2008 | 65.73 | 60.20 | 64.05 | 21189977 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 2/1/2008 | 66.58 | 62.57 | 66.00 | 17823293 |
| 2/4/2008 | 66.55 | 62.86 | 63.82 | 10370565 |
| 2/5/2008 | 62.91 | 59.75 | 59.82 | 15263896 |
| 2/6/2008 | 60.10 | 57.37 | 58.18 | 15526232 |
| 2/7/2008 | 61.58 | 57.56 | 60.48 | 15845336 |
| 2/8/2008 | 61.12 | 58.53 | 60.04 | 11347522 |
| 2/11/2008 | 60.88 | 58.04 | 58.25 | 13050811 |
| 2/12/2008 | 58.66 | 55.40 | 56.26 | 20995494 |
| 2/13/2008 | 56.50 | 54.33 | 55.31 | 18068799 |
| 2/14/2008 | 55.63 | 53.75 | 54.39 | 15377721 |
| 2/15/2008 | 54.87 | 53.09 | 54.77 | 12827342 |
| 2/19/2008 | 55.90 | 53.04 | 53.57 | 15219621 |
| 2/20/2008 | 56.18 | 52.01 | 55.39 | 19754346 |
| 2/21/2008 | 55.96 | 53.93 | 54.14 | 13586419 |
| 2/22/2008 | 54.60 | 52.40 | 54.22 | 14981345 |
| 2/25/2008 | 55.94 | 53.25 | 55.57 | 16626102 |
| 2/26/2008 | 58.01 | 54.69 | 56.84 | 17729301 |
| 2/27/2008 | 58.39 | 55.72 | 57.46 | 12561767 |
| 2/28/2008 | 57.15 | 54.25 | 54.68 | 14228551 |
| 2/29/2008 | 54.37 | 50.70 | 50.99 | 19654414 |
| 3/3/2008 | 50.30 | 48.09 | 48.61 | 23572366 |
| 3/4/2008 | 49.14 | 46.52 | 48.35 | 28333861 |
| 3/5/2008 | 49.80 | 47.32 | 48.06 | 18956649 |
| 3/6/2008 | 46.58 | 45.20 | 46.03 | 26727441 |
| 3/7/2008 | 48.31 | 45.19 | 46.36 | 21634360 |
| 3/10/2008 | 46.74 | 42.77 | 42.98 | 30881043 |
| 3/11/2008 | 47.02 | 43.28 | 46.31 | 41652831 |
| 3/12/2008 | 48.40 | 44.64 | 44.95 | 24379510 |
| 3/13/2008 | 46.78 | 41.61 | 45.99 | 35223318 |
| 3/14/2008 | 46.82 | 38.88 | 39.26 | 79455241 |
| 3/17/2008 | 34.91 | 20.25 | 31.75 | 224596085 |
| 3/18/2008 | 46.49 | 35.67 | 46.49 | 143046897 |
| 3/19/2008 | 47.15 | 41.75 | 42.23 | 51979280 |
| 3/20/2008 | 49.64 | 41.99 | 48.65 | 40607666 |
| 3/24/2008 | 49.49 | 46.10 | 46.64 | 33438417 |
| 3/25/2008 | 46.50 | 44.14 | 45.21 | 21400104 |
| 3/26/2008 | 44.56 | 42.00 | 42.49 | 23791858 |
| 3/27/2008 | 43.15 | 37.10 | 38.71 | 69168695 |
| 3/28/2008 | 40.27 | 37.43 | 37.87 | 49101725 |
| 3/31/2008 | 39.49 | 35.30 | 37.64 | 38331145 |

\* source:  Bloomberg