# EXHIBIT T



**Morgan Stanley Stock Prices, September 1, 2006 - March 31, 2008***

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/1/2006 | 55.48 | 54.67 | 55.48 | 2486700 |
| 9/5/2006 | 56.17 | 55.60 | 55.97 | 2990400 |
| 9/6/2006 | 55.69 | 54.83 | 54.87 | 3401300 |
| 9/7/2006 | 55.20 | 54.39 | 54.75 | 3582800 |
| 9/8/2006 | 55.44 | 54.17 | 55.36 | 3247900 |
| 9/11/2006 | 55.34 | 54.75 | 55.34 | 3240800 |
| 9/12/2006 | 56.99 | 55.49 | 56.74 | 5213100 |
| 9/13/2006 | 58.15 | 56.22 | 57.88 | 6152600 |
| 9/14/2006 | 58.47 | 57.52 | 58.37 | 4548600 |
| 9/15/2006 | 59.33 | 58.44 | 58.90 | 5655000 |
| 9/18/2006 | 59.24 | 58.48 | 58.82 | 4655900 |
| 9/19/2006 | 59.64 | 58.86 | 59.64 | 5792900 |
| 9/20/2006 | 61.14 | 59.36 | 60.06 | 11275000 |
| 9/21/2006 | 60.52 | 59.44 | 59.47 | 4747100 |
| 9/22/2006 | 59.77 | 58.48 | 59.59 | 6172600 |
| 9/25/2006 | 60.60 | 59.71 | 60.24 | 6229800 |
| 9/26/2006 | 60.97 | 59.98 | 60.81 | 5734200 |
| 9/27/2006 | 60.55 | 59.59 | 60.09 | 4433500 |
| 9/28/2006 | 60.67 | 60.03 | 60.51 | 3181700 |
| 9/29/2006 | 61.11 | 60.46 | 60.52 | 3290000 |
| 10/2/2006 | 60.89 | 59.98 | 60.63 | 2724800 |
| 10/3/2006 | 61.28 | 60.32 | 61.06 | 3826900 |
| 10/4/2006 | 61.99 | 60.44 | 61.88 | 4602200 |
| 10/5/2006 | 62.05 | 61.30 | 61.89 | 3957500 |
| 10/6/2006 | 61.84 | 61.29 | 61.77 | 2784100 |
| 10/9/2006 | 62.26 | 61.53 | 62.26 | 2936300 |
| 10/10/2006 | 62.89 | 61.88 | 62.26 | 5677600 |
| 10/11/2006 | 62.24 | 61.43 | 62.08 | 4380800 |
| 10/12/2006 | 63.49 | 62.18 | 63.38 | 5083900 |
| 10/13/2006 | 63.65 | 63.01 | 63.56 | 2947500 |
| 10/16/2006 | 63.98 | 63.26 | 63.76 | 2224500 |
| 10/17/2006 | 63.71 | 62.52 | 62.91 | 3563200 |
| 10/18/2006 | 63.67 | 62.84 | 63.34 | 3622900 |
| 10/19/2006 | 63.33 | 62.77 | 63.24 | 2686000 |
| 10/20/2006 | 63.68 | 63.08 | 63.42 | 3085500 |
| 10/23/2006 | 64.52 | 63.26 | 64.21 | 4349100 |
| 10/24/2006 | 64.90 | 63.79 | 64.88 | 3223900 |
| 10/25/2006 | 64.92 | 63.88 | 64.31 | 3252100 |
| 10/26/2006 | 64.52 | 63.69 | 64.43 | 3270500 |
| 10/27/2006 | 64.27 | 63.35 | 63.45 | 2869300 |
| 10/30/2006 | 63.79 | 62.93 | 63.57 | 3863900 |
| 10/31/2006 | 63.85 | 63.19 | 63.45 | 4047700 |
| 11/1/2006 | 64.04 | 61.19 | 61.24 | 5960000 |
| 11/2/2006 | 62.66 | 60.85 | 61.56 | 6119000 |
| 11/3/2006 | 62.13 | 61.19 | 61.66 | 3206200 |
| 11/6/2006 | 63.36 | 62.05 | 63.12 | 3856400 |
| 11/7/2006 | 63.89 | 62.96 | 63.01 | 4500300 |
| 11/8/2006 | 63.09 | 62.30 | 62.71 | 4462700 |
| 11/9/2006 | 62.99 | 61.93 | 62.13 | 4431300 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/10/2006 | 63.69 | 62.37 | 63.65 | 3667400 |
| 11/13/2006 | 64.92 | 63.60 | 64.19 | 3801700 |
| 11/14/2006 | 65.16 | 63.62 | 64.94 | 4075300 |
| 11/15/2006 | 65.58 | 64.94 | 65.30 | 4525400 |
| 11/16/2006 | 65.99 | 64.89 | 65.31 | 4137400 |
| 11/17/2006 | 65.82 | 64.99 | 65.68 | 3436600 |
| 11/20/2006 | 66.41 | 64.96 | 65.84 | 4449000 |
| 11/21/2006 | 66.20 | 65.66 | 65.77 | 2627100 |
| 11/22/2006 | 66.41 | 65.39 | 65.75 | 2970400 |
| 11/24/2006 | 65.79 | 64.87 | 65.54 | 1120500 |
| 11/27/2006 | 65.44 | 63.16 | 63.30 | 4469200 |
| 11/28/2006 | 64.02 | 62.92 | 63.85 | 3881200 |
| 11/29/2006 | 64.70 | 63.48 | 64.26 | 4036600 |
| 11/30/2006 | 64.25 | 62.92 | 63.22 | 4164000 |
| 12/1/2006 | 63.55 | 61.85 | 62.48 | 5333700 |
| 12/4/2006 | 64.33 | 62.78 | 64.13 | 3951400 |
| 12/5/2006 | 64.88 | 63.98 | 64.73 | 3567800 |
| 12/6/2006 | 65.51 | 64.82 | 65.26 | 3222600 |
| 12/7/2006 | 66.08 | 64.75 | 64.90 | 3416800 |
| 12/8/2006 | 65.71 | 64.64 | 65.26 | 2481200 |
| 12/11/2006 | 65.82 | 64.72 | 65.39 | 3220000 |
| 12/12/2006 | 65.68 | 64.06 | 65.08 | 4237700 |
| 12/13/2006 | 65.98 | 65.28 | 65.55 | 2927300 |
| 12/14/2006 | 66.37 | 65.01 | 66.08 | 5176900 |
| 12/15/2006 | 66.52 | 65.75 | 65.79 | 5869300 |
| 12/18/2006 | 67.08 | 65.79 | 66.72 | 4419300 |
| 12/19/2006 | 69.23 | 66.56 | 67.82 | 9711000 |
| 12/20/2006 | 68.63 | 67.26 | 67.47 | 5757900 |
| 12/21/2006 | 68.04 | 67.02 | 67.07 | 3297600 |
| 12/22/2006 | 67.36 | 65.31 | 66.16 | 3581500 |
| 12/26/2006 | 67.13 | 66.08 | 67.02 | 1848800 |
| 12/27/2006 | 68.08 | 66.82 | 68.07 | 2655800 |
| 12/28/2006 | 68.06 | 67.16 | 67.73 | 2079500 |
| 12/29/2006 | 68.07 | 67.45 | 67.60 | 2394300 |
| 1/3/2007 | 68.34 | 67.09 | 67.75 | 4816400 |
| 1/4/2007 | 68.40 | 66.82 | 67.99 | 5038100 |
| 1/5/2007 | 67.73 | 66.71 | 67.12 | 4674400 |
| 1/8/2007 | 67.75 | 66.44 | 67.53 | 4852800 |
| 1/9/2007 | 67.94 | 67.01 | 67.37 | 5058600 |
| 1/10/2007 | 67.92 | 66.08 | 67.71 | 5970500 |
| 1/11/2007 | 68.64 | 67.41 | 68.38 | 5240400 |
| 1/12/2007 | 69.11 | 67.88 | 68.78 | 4374100 |
| 1/16/2007 | 69.22 | 68.18 | 68.58 | 4309000 |
| 1/17/2007 | 68.90 | 68.03 | 68.38 | 3226300 |
| 1/18/2007 | 69.13 | 67.26 | 67.41 | 4150800 |
| 1/19/2007 | 68.41 | 67.49 | 67.65 | 3554500 |
| 1/22/2007 | 70.11 | 67.65 | 69.16 | 6322900 |
| 1/23/2007 | 69.07 | 68.08 | 68.58 | 3702900 |
| 1/24/2007 | 70.28 | 68.69 | 70.27 | 4471100 |
| 1/25/2007 | 70.20 | 67.84 | 68.25 | 4132500 |
| 1/26/2007 | 68.48 | 67.04 | 68.17 | 4228400 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 1/29/2007 | 68.65 | 67.11 | 67.34 | 4217900 |
| 1/30/2007 | 68.16 | 67.24 | 67.84 | 3912100 |
| 1/31/2007 | 68.87 | 67.01 | 68.73 | 5835300 |
| 2/1/2007 | 70.05 | 68.98 | 69.61 | 5210000 |
| 2/2/2007 | 69.95 | 68.99 | 69.76 | 3887900 |
| 2/5/2007 | 69.65 | 68.91 | 69.12 | 3342900 |
| 2/6/2007 | 69.62 | 68.87 | 69.01 | 3835100 |
| 2/7/2007 | 69.48 | 68.83 | 69.10 | 3291100 |
| 2/8/2007 | 69.10 | 67.65 | 68.75 | 3714700 |
| 2/9/2007 | 69.80 | 67.10 | 67.89 | 7112700 |
| 2/12/2007 | 68.00 | 66.33 | 66.64 | 4951478 |
| 2/13/2007 | 67.79 | 66.64 | 67.45 | 3921936 |
| 2/14/2007 | 68.85 | 67.48 | 68.37 | 4230861 |
| 2/15/2007 | 69.09 | 68.09 | 68.75 | 3013800 |
| 2/16/2007 | 68.78 | 67.67 | 68.37 | 4449800 |
| 2/20/2007 | 69.40 | 67.69 | 69.16 | 4612400 |
| 2/21/2007 | 69.47 | 68.28 | 69.06 | 4406300 |
| 2/22/2007 | 69.52 | 68.23 | 68.69 | 4159400 |
| 2/23/2007 | 68.64 | 66.92 | 67.21 | 5406900 |
| 2/26/2007 | 67.64 | 64.87 | 65.18 | 7992408 |
| 2/27/2007 | 63.79 | 60.63 | 61.54 | 13318400 |
| 2/28/2007 | 62.91 | 60.78 | 62.19 | 10751300 |
| 3/1/2007 | 62.77 | 59.93 | 62.33 | 10630364 |
| 3/2/2007 | 62.50 | 60.93 | 60.93 | 7822900 |
| 3/5/2007 | 60.94 | 58.36 | 59.47 | 11023000 |
| 3/6/2007 | 61.57 | 60.18 | 61.06 | 10801600 |
| 3/7/2007 | 62.27 | 60.90 | 61.34 | 8245400 |
| 3/8/2007 | 63.60 | 61.89 | 62.60 | 7356600 |
| 3/9/2007 | 63.38 | 61.84 | 63.09 | 8619100 |
| 3/12/2007 | 63.35 | 61.93 | 63.14 | 7317600 |
| 3/13/2007 | 62.71 | 59.62 | 59.83 | 11909300 |
| 3/14/2007 | 61.46 | 58.88 | 61.27 | 13037700 |
| 3/15/2007 | 62.72 | 60.89 | 62.17 | 6363100 |
| 3/16/2007 | 62.67 | 61.63 | 61.77 | 7474700 |
| 3/19/2007 | 63.21 | 62.21 | 62.28 | 6141300 |
| 3/20/2007 | 63.64 | 62.11 | 63.18 | 5750580 |
| 3/21/2007 | 68.02 | 64.61 | 67.51 | 17643789 |
| 3/22/2007 | 68.07 | 66.90 | 67.35 | 8325988 |
| 3/23/2007 | 67.51 | 66.54 | 67.32 | 6089479 |
| 3/26/2007 | 67.65 | 66.19 | 66.72 | 9222045 |
| 3/27/2007 | 66.77 | 65.50 | 65.97 | 6341700 |
| 3/28/2007 | 66.62 | 64.78 | 65.02 | 6971900 |
| 3/29/2007 | 66.32 | 64.25 | 65.11 | 7361625 |
| 3/30/2007 | 65.97 | 64.47 | 65.38 | 6030812 |
| 4/2/2007 | 65.58 | 64.13 | 65.32 | 5492410 |
| 4/3/2007 | 66.69 | 65.57 | 66.56 | 6306959 |
| 4/4/2007 | 66.76 | 66.00 | 66.25 | 4448500 |
| 4/5/2007 | 66.88 | 65.91 | 66.66 | 4052308 |
| 4/9/2007 | 66.87 | 66.03 | 66.66 | 3448400 |
| 4/10/2007 | 67.52 | 66.45 | 66.64 | 5596679 |
| 4/11/2007 | 66.51 | 65.37 | 65.91 | 5812265 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 4/12/2007 | 66.52 | 65.20 | 66.47 | 4149300 |
| 4/13/2007 | 67.67 | 66.05 | 66.40 | 4505200 |
| 4/16/2007 | 68.38 | 66.86 | 68.13 | 5986870 |
| 4/17/2007 | 68.49 | 67.54 | 67.73 | 5515767 |
| 4/18/2007 | 69.70 | 67.65 | 67.92 | 9406733 |
| 4/19/2007 | 68.88 | 66.45 | 68.56 | 7015927 |
| 4/20/2007 | 69.58 | 68.19 | 68.82 | 8289908 |
| 4/23/2007 | 70.11 | 69.07 | 69.36 | 4634700 |
| 4/24/2007 | 69.90 | 68.64 | 69.32 | 4404056 |
| 4/25/2007 | 70.29 | 69.06 | 70.16 | 5498512 |
| 4/26/2007 | 70.42 | 69.35 | 70.05 | 5287524 |
| 4/27/2007 | 70.64 | 69.07 | 70.57 | 4466196 |
| 4/30/2007 | 70.70 | 69.48 | 69.74 | 5419554 |
| 5/1/2007 | 70.23 | 68.49 | 69.82 | 4432920 |
| 5/2/2007 | 70.90 | 69.49 | 70.03 | 4543560 |
| 5/3/2007 | 70.81 | 69.63 | 70.79 | 2995704 |
| 5/4/2007 | 72.07 | 70.73 | 71.86 | 4738068 |
| 5/7/2007 | 72.59 | 71.08 | 71.37 | 3315722 |
| 5/8/2007 | 71.20 | 70.11 | 71.10 | 3241647 |
| 5/9/2007 | 71.65 | 70.72 | 71.43 | 3328371 |
| 5/10/2007 | 71.39 | 70.05 | 70.05 | 3853323 |
| 5/11/2007 | 70.94 | 70.05 | 70.68 | 4216592 |
| 5/14/2007 | 71.07 | 70.00 | 70.48 | 3531800 |
| 5/15/2007 | 71.39 | 69.19 | 69.30 | 6423500 |
| 5/16/2007 | 69.91 | 68.84 | 69.80 | 5008099 |
| 5/17/2007 | 70.39 | 69.46 | 69.87 | 3834896 |
| 5/18/2007 | 71.04 | 69.87 | 70.60 | 4453200 |
| 5/21/2007 | 71.39 | 70.14 | 71.07 | 5416510 |
| 5/22/2007 | 71.44 | 70.64 | 71.08 | 3260800 |
| 5/23/2007 | 72.22 | 70.97 | 71.18 | 3629133 |
| 5/24/2007 | 72.11 | 69.77 | 70.11 | 4387700 |
| 5/25/2007 | 70.32 | 68.94 | 69.95 | 3694300 |
| 5/29/2007 | 71.05 | 69.75 | 70.80 | 3248300 |
| 5/30/2007 | 71.24 | 69.90 | 71.24 | 3518300 |
| 5/31/2007 | 72.35 | 70.48 | 70.59 | 4896900 |
| 6/1/2007 | 71.58 | 70.44 | 71.45 | 5350200 |
| 6/4/2007 | 71.80 | 70.71 | 71.27 | 3702919 |
| 6/5/2007 | 71.31 | 70.58 | 71.10 | 4645128 |
| 6/6/2007 | 71.68 | 70.14 | 71.36 | 7643800 |
| 6/7/2007 | 73.44 | 70.34 | 70.34 | 10804200 |
| 6/8/2007 | 72.44 | 70.28 | 72.30 | 6499654 |
| 6/11/2007 | 73.96 | 72.17 | 73.50 | 5706938 |
| 6/12/2007 | 74.15 | 71.96 | 71.97 | 9085200 |
| 6/13/2007 | 74.06 | 72.45 | 74.02 | 7704400 |
| 6/14/2007 | 75.15 | 73.32 | 74.13 | 9578400 |
| 6/15/2007 | 75.50 | 73.27 | 73.45 | 10336100 |
| 6/18/2007 | 74.99 | 73.18 | 73.47 | 11239236 |
| 6/19/2007 | 73.80 | 72.34 | 72.88 | 9275846 |
| 6/20/2007 | 74.98 | 72.30 | 72.49 | 15282197 |
| 6/21/2007 | 72.93 | 71.06 | 72.46 | 11540809 |
| 6/22/2007 | 72.39 | 69.99 | 70.23 | 12712740 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 6/25/2007 | 72.20 | 69.31 | 70.18 | 13038958 |
| 6/26/2007 | 71.15 | 69.75 | 69.82 | 9155700 |
| 6/27/2007 | 71.02 | 68.90 | 70.83 | 10644700 |
| 6/28/2007 | 71.35 | 70.40 | 70.46 | 7096200 |
| 6/29/2007 | 71.31 | 68.68 | 69.63 | 9031591 |
| 7/2/2007 | 72.15 | 70.52 | 71.33 | 9116237 |
| 7/3/2007 | 73.34 | 71.75 | 73.22 | 5964951 |
| 7/5/2007 | 73.58 | 72.17 | 72.94 | 9145889 |
| 7/6/2007 | 73.60 | 72.37 | 73.09 | 6144700 |
| 7/9/2007 | 73.25 | 72.22 | 72.66 | 6078119 |
| 7/10/2007 | 72.03 | 70.03 | 70.46 | 10785680 |
| 7/11/2007 | 71.36 | 69.59 | 70.65 | 9486584 |
| 7/12/2007 | 72.43 | 70.65 | 72.40 | 8427910 |
| 7/13/2007 | 73.64 | 71.58 | 73.26 | 7478129 |
| 7/16/2007 | 73.55 | 72.15 | 72.30 | 7023378 |
| 7/17/2007 | 73.22 | 72.16 | 72.85 | 6357528 |
| 7/18/2007 | 72.21 | 69.70 | 70.85 | 12564600 |
| 7/19/2007 | 71.50 | 69.16 | 69.88 | 9928004 |
| 7/20/2007 | 70.24 | 66.78 | 67.57 | 15623327 |
| 7/23/2007 | 68.45 | 67.17 | 67.71 | 9878154 |
| 7/24/2007 | 67.14 | 65.01 | 65.55 | 15270351 |
| 7/25/2007 | 66.60 | 64.99 | 65.86 | 14737414 |
| 7/26/2007 | 64.95 | 61.50 | 64.50 | 21940585 |
| 7/27/2007 | 65.91 | 63.26 | 64.37 | 18614935 |
| 7/30/2007 | 65.28 | 62.45 | 64.61 | 18479694 |
| 7/31/2007 | 67.31 | 63.60 | 63.87 | 17312285 |
| 8/1/2007 | 65.00 | 61.84 | 64.38 | 16650950 |
| 8/2/2007 | 65.30 | 62.74 | 63.88 | 12057775 |
| 8/3/2007 | 64.15 | 60.49 | 60.62 | 17756799 |
| 8/6/2007 | 64.16 | 58.75 | 64.03 | 17222167 |
| 8/7/2007 | 65.86 | 62.39 | 64.33 | 15863119 |
| 8/8/2007 | 66.80 | 63.85 | 65.39 | 20804743 |
| 8/9/2007 | 64.15 | 61.39 | 61.81 | 23865744 |
| 8/10/2007 | 62.39 | 59.12 | 60.03 | 23334273 |
| 8/13/2007 | 63.13 | 59.53 | 59.64 | 15439700 |
| 8/14/2007 | 60.35 | 56.90 | 57.58 | 19214690 |
| 8/15/2007 | 59.40 | 56.38 | 56.63 | 14949836 |
| 8/16/2007 | 59.79 | 54.90 | 58.97 | 22913991 |
| 8/17/2007 | 63.20 | 61.13 | 62.23 | 23743900 |
| 8/20/2007 | 63.22 | 61.07 | 62.66 | 14072600 |
| 8/21/2007 | 63.90 | 61.80 | 62.89 | 10226200 |
| 8/22/2007 | 64.50 | 62.59 | 64.09 | 10784600 |
| 8/23/2007 | 64.92 | 62.88 | 64.31 | 11323400 |
| 8/24/2007 | 64.75 | 63.10 | 64.54 | 7126700 |
| 8/27/2007 | 64.41 | 63.45 | 63.73 | 8576096 |
| 8/28/2007 | 62.85 | 60.66 | 60.77 | 10481755 |
| 8/29/2007 | 61.46 | 59.86 | 61.21 | 9787400 |
| 8/30/2007 | 60.91 | 59.55 | 60.16 | 8662400 |
| 8/31/2007 | 62.87 | 61.13 | 62.37 | 10375700 |
| 9/4/2007 | 65.05 | 62.07 | 63.93 | 8798000 |
| 9/5/2007 | 63.44 | 61.92 | 62.56 | 8051200 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/6/2007 | 62.92 | 61.13 | 62.50 | 7139400 |
| 9/7/2007 | 63.54 | 60.54 | 62.50 | 11879891 |
| 9/10/2007 | 64.05 | 61.70 | 63.08 | 7936400 |
| 9/11/2007 | 64.24 | 63.10 | 63.54 | 6765400 |
| 9/12/2007 | 63.90 | 62.76 | 63.46 | 7379200 |
| 9/13/2007 | 67.18 | 64.01 | 66.79 | 12243900 |
| 9/14/2007 | 66.32 | 64.92 | 66.11 | 7644400 |
| 9/17/2007 | 65.66 | 63.98 | 64.91 | 7660881 |
| 9/18/2007 | 69.28 | 64.81 | 68.51 | 17098631 |
| 9/19/2007 | 69.87 | 66.44 | 67.03 | 17643895 |
| 9/20/2007 | 67.59 | 63.36 | 64.63 | 17066894 |
| 9/21/2007 | 65.07 | 63.15 | 64.44 | 13310400 |
| 9/24/2007 | 65.00 | 62.11 | 62.29 | 8229950 |
| 9/25/2007 | 61.95 | 60.50 | 61.37 | 10411047 |
| 9/26/2007 | 64.28 | 60.80 | 62.97 | 14916100 |
| 9/27/2007 | 64.98 | 62.72 | 64.55 | 10031199 |
| 9/28/2007 | 64.55 | 62.40 | 63.00 | 13313800 |
| 10/1/2007 | 64.49 | 62.60 | 64.01 | 9375848 |
| 10/2/2007 | 66.68 | 64.22 | 66.10 | 10851700 |
| 10/3/2007 | 67.55 | 65.75 | 67.00 | 9141500 |
| 10/4/2007 | 67.60 | 66.32 | 67.11 | 7590450 |
| 10/5/2007 | 68.90 | 67.01 | 68.90 | 8313800 |
| 10/8/2007 | 68.80 | 67.77 | 67.94 | 5034000 |
| 10/9/2007 | 69.23 | 66.67 | 69.09 | 7970100 |
| 10/10/2007 | 69.02 | 67.02 | 67.53 | 7604300 |
| 10/11/2007 | 68.39 | 66.17 | 67.06 | 8420963 |
| 10/12/2007 | 67.73 | 66.59 | 67.25 | 4498750 |
| 10/15/2007 | 67.35 | 65.21 | 66.10 | 6855800 |
| 10/16/2007 | 65.92 | 64.71 | 65.30 | 8264700 |
| 10/17/2007 | 66.53 | 64.12 | 65.81 | 9583600 |
| 10/18/2007 | 66.08 | 63.88 | 65.40 | 8384100 |
| 10/19/2007 | 65.49 | 61.45 | 61.95 | 16036402 |
| 10/22/2007 | 63.39 | 61.38 | 62.59 | 10225500 |
| 10/23/2007 | 63.92 | 61.51 | 63.62 | 9077300 |
| 10/24/2007 | 63.50 | 60.00 | 62.89 | 12739000 |
| 10/25/2007 | 63.43 | 60.50 | 62.00 | 16626000 |
| 10/26/2007 | 65.00 | 62.93 | 64.78 | 11332695 |
| 10/29/2007 | 66.48 | 64.63 | 66.27 | 8606800 |
| 10/30/2007 | 66.95 | 64.82 | 65.49 | 9055300 |
| 10/31/2007 | 67.60 | 64.27 | 67.26 | 16783819 |
| 11/1/2007 | 65.02 | 62.06 | 62.42 | 15660618 |
| 11/2/2007 | 62.37 | 56.88 | 58.90 | 28807099 |
| 11/5/2007 | 58.09 | 54.20 | 55.59 | 26713517 |
| 11/6/2007 | 56.33 | 52.82 | 54.51 | 27875918 |
| 11/7/2007 | 53.39 | 50.08 | 51.19 | 30047308 |
| 11/8/2007 | 54.02 | 50.84 | 53.68 | 32757299 |
| 11/9/2007 | 56.11 | 51.75 | 54.20 | 21374837 |
| 11/12/2007 | 55.71 | 53.10 | 53.77 | 14061572 |
| 11/13/2007 | 56.04 | 52.76 | 55.86 | 17707642 |
| 11/14/2007 | 58.10 | 55.02 | 55.61 | 15193729 |
| 11/15/2007 | 55.92 | 52.13 | 53.27 | 19456447 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/16/2007 | 53.73 | 51.83 | 52.90 | 11804044 |
| 11/19/2007 | 52.49 | 50.50 | 51.13 | 11741264 |
| 11/20/2007 | 51.56 | 48.72 | 50.43 | 19281877 |
| 11/21/2007 | 49.69 | 47.56 | 48.51 | 19768576 |
| 11/23/2007 | 50.25 | 48.90 | 49.89 | 5986200 |
| 11/26/2007 | 49.99 | 47.93 | 47.95 | 10140097 |
| 11/27/2007 | 50.30 | 48.20 | 49.80 | 15862004 |
| 11/28/2007 | 53.62 | 50.20 | 53.50 | 19738589 |
| 11/29/2007 | 53.43 | 51.83 | 52.34 | 10439651 |
| 11/30/2007 | 55.20 | 52.21 | 52.72 | 17838050 |
| 12/3/2007 | 52.76 | 51.28 | 52.28 | 9360284 |
| 12/4/2007 | 50.99 | 49.11 | 50.01 | 17126077 |
| 12/5/2007 | 51.26 | 49.27 | 50.11 | 10378196 |
| 12/6/2007 | 51.65 | 49.22 | 51.58 | 11062618 |
| 12/7/2007 | 53.10 | 51.49 | 51.69 | 10274634 |
| 12/10/2007 | 54.51 | 51.78 | 54.37 | 16518293 |
| 12/11/2007 | 54.89 | 49.95 | 49.95 | 23337812 |
| 12/12/2007 | 52.44 | 48.85 | 50.37 | 22486141 |
| 12/13/2007 | 50.45 | 47.49 | 50.20 | 20174700 |
| 12/14/2007 | 51.14 | 48.95 | 50.30 | 13465316 |
| 12/17/2007 | 50.80 | 48.72 | 49.53 | 13994121 |
| 12/18/2007 | 49.89 | 47.25 | 48.07 | 24015047 |
| 12/19/2007 | 51.37 | 47.90 | 50.08 | 36270421 |
| 12/20/2007 | 52.52 | 49.49 | 51.37 | 29684019 |
| 12/21/2007 | 54.90 | 52.08 | 54.37 | 31189943 |
| 12/24/2007 | 55.39 | 53.67 | 54.97 | 5522340 |
| 12/26/2007 | 55.14 | 53.90 | 55.00 | 6960627 |
| 12/27/2007 | 54.80 | 53.01 | 53.32 | 10935138 |
| 12/28/2007 | 53.96 | 51.94 | 53.22 | 9010428 |
| 12/31/2007 | 53.85 | 51.91 | 53.11 | 8019197 |
| 1/2/2008 | 53.40 | 50.31 | 50.95 | 17625056 |
| 1/3/2008 | 51.89 | 50.58 | 50.94 | 11422184 |
| 1/4/2008 | 50.69 | 48.86 | 49.30 | 14449204 |
| 1/7/2008 | 49.84 | 47.95 | 48.31 | 18767492 |
| 1/8/2008 | 48.97 | 45.88 | 46.40 | 22468353 |
| 1/9/2008 | 48.01 | 44.94 | 47.73 | 20061885 |
| 1/10/2008 | 49.13 | 45.92 | 48.41 | 20271238 |
| 1/11/2008 | 49.79 | 47.58 | 48.39 | 15874527 |
| 1/14/2008 | 49.49 | 48.59 | 48.90 | 10954287 |
| 1/15/2008 | 48.58 | 46.65 | 47.13 | 12449051 |
| 1/16/2008 | 48.79 | 46.81 | 47.39 | 15582697 |
| 1/17/2008 | 47.98 | 45.00 | 45.25 | 18516254 |
| 1/18/2008 | 46.55 | 43.57 | 45.11 | 19736217 |
| 1/22/2008 | 50.13 | 42.57 | 48.53 | 36858360 |
| 1/23/2008 | 52.09 | 46.50 | 51.70 | 27599347 |
| 1/24/2008 | 52.09 | 50.30 | 51.23 | 16341295 |
| 1/25/2008 | 52.39 | 48.07 | 48.89 | 19071432 |
| 1/28/2008 | 49.68 | 48.01 | 49.59 | 12982267 |
| 1/29/2008 | 50.21 | 48.60 | 49.46 | 12291132 |
| 1/30/2008 | 51.12 | 48.44 | 48.63 | 16021284 |
| 1/31/2008 | 50.03 | 46.45 | 49.34 | 22825498 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 2/1/2008 | 49.45 | 47.69 | 48.25 | 26821698 |
| 2/4/2008 | 48.36 | 47.47 | 48.03 | 10749723 |
| 2/5/2008 | 47.20 | 45.45 | 45.56 | 13172601 |
| 2/6/2008 | 46.31 | 44.41 | 44.95 | 12475710 |
| 2/7/2008 | 46.19 | 44.38 | 44.88 | 17074805 |
| 2/8/2008 | 44.88 | 42.86 | 43.19 | 17177430 |
| 2/11/2008 | 43.70 | 42.15 | 42.53 | 14942713 |
| 2/12/2008 | 43.59 | 42.26 | 42.71 | 18699233 |
| 2/13/2008 | 43.37 | 41.90 | 43.23 | 19851230 |
| 2/14/2008 | 43.74 | 42.13 | 42.62 | 20166900 |
| 2/15/2008 | 42.98 | 41.85 | 42.32 | 23016112 |
| 2/19/2008 | 43.08 | 41.37 | 41.49 | 17433860 |
| 2/20/2008 | 43.67 | 40.76 | 43.55 | 19134320 |
| 2/21/2008 | 44.28 | 42.98 | 43.17 | 13388457 |
| 2/22/2008 | 44.28 | 42.28 | 44.19 | 12847936 |
| 2/25/2008 | 45.45 | 43.49 | 45.28 | 14734890 |
| 2/26/2008 | 45.71 | 44.25 | 44.93 | 15693336 |
| 2/27/2008 | 46.42 | 44.31 | 45.88 | 12172479 |
| 2/28/2008 | 45.58 | 44.03 | 44.40 | 10734060 |
| 2/29/2008 | 44.00 | 41.93 | 42.12 | 15564433 |
| 3/3/2008 | 42.21 | 41.06 | 41.58 | 16895471 |
| 3/4/2008 | 41.71 | 40.33 | 41.35 | 13559113 |
| 3/5/2008 | 42.46 | 40.89 | 41.47 | 13111457 |
| 3/6/2008 | 41.44 | 39.56 | 39.67 | 16193423 |
| 3/7/2008 | 41.03 | 38.61 | 39.86 | 17082752 |
| 3/10/2008 | 40.70 | 38.18 | 38.30 | 21098278 |
| 3/11/2008 | 42.68 | 39.65 | 42.49 | 29297545 |
| 3/12/2008 | 43.36 | 40.84 | 41.01 | 16002089 |
| 3/13/2008 | 42.02 | 39.22 | 41.60 | 19445531 |
| 3/14/2008 | 42.65 | 38.51 | 39.55 | 30911394 |
| 3/17/2008 | 37.87 | 33.56 | 36.38 | 49439839 |
| 3/18/2008 | 43.41 | 38.44 | 42.86 | 42966882 |
| 3/19/2008 | 47.07 | 43.08 | 43.45 | 40284123 |
| 3/20/2008 | 50.05 | 43.08 | 49.67 | 44450200 |
| 3/24/2008 | 51.80 | 48.50 | 48.75 | 29520583 |
| 3/25/2008 | 50.28 | 48.28 | 49.45 | 16657001 |
| 3/26/2008 | 48.90 | 47.05 | 47.79 | 15984339 |
| 3/27/2008 | 48.82 | 45.23 | 45.69 | 25482516 |
| 3/28/2008 | 46.51 | 44.24 | 44.74 | 15430173 |
| 3/31/2008 | 46.75 | 44.29 | 45.70 | 15427671 |

\* source: Bloomberg