# EXHIBIT U



## UBS Stock Prices, September 1, 2006 - March 31, 2008*

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/1/2006 | 50.97 | 50.59 | 50.96 | 1608835 |
| 9/5/2006 | 51.55 | 50.99 | 51.47 | 908090 |
| 9/6/2006 | 50.95 | 50.27 | 50.69 | 1027280 |
| 9/7/2006 | 50.51 | 49.89 | 50.12 | 537590 |
| 9/8/2006 | 50.30 | 49.75 | 50.19 | 403558 |
| 9/11/2006 | 50.19 | 49.65 | 50.14 | 1193246 |
| 9/12/2006 | 50.83 | 50.15 | 50.78 | 1591744 |
| 9/13/2006 | 51.08 | 50.48 | 51.08 | 1030316 |
| 9/14/2006 | 50.67 | 50.26 | 50.49 | 670835 |
| 9/15/2006 | 50.99 | 50.35 | 50.80 | 683429 |
| 9/18/2006 | 51.39 | 50.79 | 51.35 | 509255 |
| 9/19/2006 | 51.00 | 50.52 | 50.84 | 1093621 |
| 9/20/2006 | 51.88 | 51.55 | 51.78 | 1018284 |
| 9/21/2006 | 52.46 | 51.99 | 52.35 | 1129828 |
| 9/22/2006 | 52.63 | 52.24 | 52.43 | 1037737 |
| 9/25/2006 | 52.84 | 52.08 | 52.66 | 730205 |
| 9/26/2006 | 52.98 | 52.43 | 52.91 | 925631 |
| 9/27/2006 | 52.73 | 52.36 | 52.59 | 1156139 |
| 9/28/2006 | 52.60 | 52.15 | 52.47 | 966898 |
| 9/29/2006 | 53.16 | 52.35 | 52.75 | 1114536 |
| 10/2/2006 | 52.88 | 52.43 | 52.52 | 760115 |
| 10/3/2006 | 52.80 | 52.03 | 52.60 | 1191896 |
| 10/4/2006 | 53.50 | 52.61 | 53.48 | 717049 |
| 10/5/2006 | 54.22 | 53.44 | 54.22 | 1579488 |
| 10/6/2006 | 54.13 | 53.56 | 54.00 | 879530 |
| 10/9/2006 | 54.55 | 54.07 | 54.50 | 885377 |
| 10/10/2006 | 55.31 | 54.65 | 55.23 | 2101336 |
| 10/11/2006 | 55.09 | 54.53 | 54.98 | 1767268 |
| 10/12/2006 | 55.72 | 54.77 | 55.58 | 1906360 |
| 10/13/2006 | 55.82 | 54.98 | 55.70 | 1127017 |
| 10/16/2006 | 55.33 | 54.85 | 55.13 | 714126 |
| 10/17/2006 | 54.29 | 53.89 | 54.11 | 748871 |
| 10/18/2006 | 54.78 | 54.31 | 54.68 | 1262061 |
| 10/19/2006 | 55.33 | 54.93 | 55.20 | 875819 |
| 10/20/2006 | 55.58 | 55.00 | 55.41 | 1100143 |
| 10/23/2006 | 55.62 | 54.60 | 55.49 | 1121844 |
| 10/24/2006 | 55.09 | 54.62 | 54.90 | 1389234 |
| 10/25/2006 | 55.29 | 54.77 | 55.25 | 1076080 |
| 10/26/2006 | 56.27 | 55.49 | 56.21 | 1400141 |
| 10/27/2006 | 56.38 | 55.64 | 55.90 | 874807 |
| 10/30/2006 | 55.77 | 55.31 | 55.31 | 1505500 |
| 10/31/2006 | 53.56 | 52.44 | 53.22 | 3725576 |
| 11/1/2006 | 53.96 | 53.01 | 53.08 | 1346056 |
| 11/2/2006 | 53.23 | 52.68 | 53.12 | 1756136 |
| 11/3/2006 | 53.22 | 52.75 | 52.93 | 735715 |
| 11/6/2006 | 53.85 | 53.23 | 53.74 | 877506 |
| 11/7/2006 | 54.68 | 54.18 | 54.24 | 1040773 |
| 11/8/2006 | 54.13 | 53.71 | 53.91 | 1073044 |
| 11/9/2006 | 54.23 | 53.81 | 53.92 | 1432862 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/10/2006 | 54.33 | 54.05 | 54.30 | 990848 |
| 11/13/2006 | 54.07 | 53.74 | 53.84 | 1408237 |
| 11/14/2006 | 54.05 | 53.32 | 54.05 | 798008 |
| 11/15/2006 | 53.95 | 53.56 | 53.73 | 767761 |
| 11/16/2006 | 54.37 | 53.93 | 54.37 | 705918 |
| 11/17/2006 | 54.09 | 53.64 | 53.89 | 719186 |
| 11/20/2006 | 53.89 | 53.60 | 53.81 | 771809 |
| 11/21/2006 | 54.21 | 53.80 | 53.95 | 730880 |
| 11/22/2006 | 54.74 | 54.48 | 54.64 | 597522 |
| 11/24/2006 | 54.81 | 54.36 | 54.47 | 332269 |
| 11/27/2006 | 54.13 | 53.15 | 53.20 | 1090585 |
| 11/28/2006 | 53.60 | 53.09 | 53.55 | 962513 |
| 11/29/2006 | 53.80 | 53.24 | 53.70 | 927430 |
| 11/30/2006 | 53.90 | 53.26 | 53.56 | 1529338 |
| 12/1/2006 | 53.65 | 52.57 | 52.89 | 1569705 |
| 12/4/2006 | 53.66 | 53.00 | 53.58 | 618774 |
| 12/5/2006 | 54.20 | 53.61 | 53.68 | 1141747 |
| 12/6/2006 | 54.05 | 53.66 | 53.66 | 1108014 |
| 12/7/2006 | 54.38 | 53.76 | 53.84 | 2012168 |
| 12/8/2006 | 53.89 | 53.16 | 53.35 | 895272 |
| 12/11/2006 | 53.65 | 53.23 | 53.58 | 1036163 |
| 12/12/2006 | 54.86 | 53.71 | 54.14 | 2310030 |
| 12/13/2006 | 55.03 | 54.41 | 54.51 | 1184588 |
| 12/14/2006 | 55.09 | 54.44 | 54.97 | 1733647 |
| 12/15/2006 | 54.69 | 53.93 | 54.06 | 1161987 |
| 12/18/2006 | 54.12 | 53.60 | 53.65 | 853780 |
| 12/19/2006 | 53.90 | 53.36 | 53.67 | 2149574 |
| 12/20/2006 | 53.81 | 53.02 | 53.02 | 1208426 |
| 12/21/2006 | 53.51 | 53.18 | 53.44 | 1792792 |
| 12/22/2006 | 53.46 | 52.55 | 52.56 | 1381925 |
| 12/26/2006 | 53.05 | 52.51 | 53.00 | 961501 |
| 12/27/2006 | 53.58 | 53.22 | 53.52 | 1059551 |
| 12/28/2006 | 54.11 | 53.69 | 53.73 | 687927 |
| 12/29/2006 | 54.11 | 53.65 | 53.65 | 672409 |
| 1/3/2007 | 55.37 | 54.35 | 54.60 | 3965642 |
| 1/4/2007 | 54.69 | 54.21 | 54.32 | 2032296 |
| 1/5/2007 | 54.13 | 53.76 | 53.83 | 920122 |
| 1/8/2007 | 53.72 | 53.24 | 53.53 | 968922 |
| 1/9/2007 | 53.97 | 53.32 | 53.48 | 1157039 |
| 1/10/2007 | 53.39 | 52.78 | 53.27 | 1267008 |
| 1/11/2007 | 54.19 | 53.63 | 54.02 | 2830192 |
| 1/12/2007 | 54.37 | 54.13 | 54.35 | 1516632 |
| 1/16/2007 | 54.72 | 54.35 | 54.65 | 1195944 |
| 1/17/2007 | 54.94 | 54.49 | 54.65 | 1568918 |
| 1/18/2007 | 54.55 | 54.12 | 54.30 | 1999350 |
| 1/19/2007 | 54.44 | 53.95 | 54.24 | 1603326 |
| 1/22/2007 | 54.59 | 53.76 | 54.00 | 2064455 |
| 1/23/2007 | 55.25 | 54.80 | 54.87 | 4107095 |
| 1/24/2007 | 55.74 | 55.01 | 55.73 | 3346418 |
| 1/25/2007 | 56.32 | 55.25 | 55.41 | 2504557 |
| 1/26/2007 | 55.04 | 54.59 | 54.86 | 1008389 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 1/29/2007 | 55.17 | 54.63 | 54.82 | 891111 |
| 1/30/2007 | 55.36 | 54.98 | 55.25 | 1139610 |
| 1/31/2007 | 56.10 | 54.81 | 56.04 | 1521917 |
| 2/1/2007 | 56.70 | 56.26 | 56.46 | 1142871 |
| 2/2/2007 | 56.66 | 56.29 | 56.54 | 555918 |
| 2/5/2007 | 56.17 | 55.86 | 56.16 | 549284 |
| 2/6/2007 | 56.56 | 56.15 | 56.38 | 1067647 |
| 2/7/2007 | 56.85 | 56.30 | 56.59 | 1049206 |
| 2/8/2007 | 57.19 | 56.59 | 56.94 | 1394631 |
| 2/9/2007 | 56.93 | 56.27 | 56.48 | 902918 |
| 2/12/2007 | 56.51 | 55.94 | 56.31 | 1100168 |
| 2/13/2007 | 56.14 | 55.29 | 56.06 | 1940160 |
| 2/14/2007 | 56.34 | 55.56 | 56.30 | 1846005 |
| 2/15/2007 | 55.65 | 55.26 | 55.49 | 1266896 |
| 2/16/2007 | 56.08 | 55.50 | 56.06 | 918435 |
| 2/20/2007 | 56.03 | 55.64 | 55.97 | 1344482 |
| 2/21/2007 | 55.29 | 54.53 | 54.99 | 1593206 |
| 2/22/2007 | 55.16 | 54.56 | 54.82 | 724920 |
| 2/23/2007 | 54.93 | 54.52 | 54.90 | 1254415 |
| 2/26/2007 | 54.95 | 53.88 | 54.14 | 962317 |
| 2/27/2007 | 53.01 | 51.27 | 51.64 | 3212611 |
| 2/28/2007 | 52.86 | 52.18 | 52.58 | 6046063 |
| 3/1/2007 | 52.51 | 51.23 | 52.25 | 3532048 |
| 3/2/2007 | 52.25 | 51.40 | 51.45 | 2070526 |
| 3/5/2007 | 51.74 | 50.74 | 50.76 | 2894059 |
| 3/6/2007 | 51.66 | 50.96 | 51.50 | 2077498 |
| 3/7/2007 | 52.23 | 51.44 | 51.91 | 1452764 |
| 3/8/2007 | 52.71 | 52.18 | 52.32 | 2046913 |
| 3/9/2007 | 52.09 | 51.55 | 51.84 | 1499316 |
| 3/12/2007 | 51.85 | 51.23 | 51.68 | 1088674 |
| 3/13/2007 | 51.79 | 49.33 | 49.82 | 3666768 |
| 3/14/2007 | 50.62 | 49.26 | 50.28 | 3947426 |
| 3/15/2007 | 51.02 | 50.18 | 50.58 | 2028810 |
| 3/16/2007 | 51.00 | 50.41 | 50.83 | 2050062 |
| 3/19/2007 | 51.69 | 51.31 | 51.44 | 1569593 |
| 3/20/2007 | 51.97 | 51.55 | 51.88 | 1614233 |
| 3/21/2007 | 53.81 | 52.20 | 53.74 | 3795853 |
| 3/22/2007 | 54.08 | 52.94 | 53.16 | 2728093 |
| 3/23/2007 | 53.71 | 53.21 | 53.51 | 1394379 |
| 3/26/2007 | 53.44 | 52.68 | 53.40 | 1215847 |
| 3/27/2007 | 53.05 | 52.64 | 52.84 | 2002723 |
| 3/28/2007 | 52.60 | 52.12 | 52.25 | 1770753 |
| 3/29/2007 | 53.08 | 52.50 | 52.95 | 1241596 |
| 3/30/2007 | 53.22 | 52.60 | 52.85 | 3287160 |
| 4/2/2007 | 53.00 | 52.48 | 52.99 | 1258609 |
| 4/3/2007 | 53.79 | 53.33 | 53.36 | 1164798 |
| 4/4/2007 | 53.76 | 53.42 | 53.60 | 748646 |
| 4/5/2007 | 54.05 | 53.82 | 53.99 | 1017272 |
| 4/9/2007 | 54.04 | 53.41 | 53.60 | 685565 |
| 4/10/2007 | 54.45 | 54.07 | 54.30 | 2142040 |
| 4/11/2007 | 54.36 | 53.65 | 53.76 | 1244970 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 4/12/2007 | 54.29 | 53.75 | 54.10 | 1382611 |
| 4/13/2007 | 55.06 | 54.46 | 54.71 | 1130615 |
| 4/16/2007 | 55.76 | 55.19 | 55.57 | 1566557 |
| 4/17/2007 | 55.98 | 55.28 | 55.44 | 1283762 |
| 4/18/2007 | 56.70 | 55.92 | 56.57 | 1996179 |
| 4/19/2007 | 55.86 | 55.25 | 55.31 | 1258977 |
| 4/20/2007 | 57.67 | 56.90 | 57.39 | 2897695 |
| 4/23/2007 | 57.27 | 56.87 | 56.92 | 779287 |
| 4/24/2007 | 57.53 | 56.76 | 57.40 | 2095872 |
| 4/25/2007 | 58.39 | 57.63 | 58.31 | 1672366 |
| 4/26/2007 | 58.93 | 58.22 | 58.83 | 1475208 |
| 4/27/2007 | 58.25 | 57.77 | 58.13 | 749096 |
| 4/30/2007 | 58.57 | 57.71 | 57.72 | 1350441 |
| 5/1/2007 | 58.19 | 57.47 | 57.98 | 1669779 |
| 5/2/2007 | 58.47 | 56.96 | 58.21 | 3249604 |
| 5/3/2007 | 56.85 | 55.14 | 56.41 | 7366763 |
| 5/4/2007 | 56.88 | 56.29 | 56.52 | 1419594 |
| 5/7/2007 | 57.23 | 56.58 | 56.83 | 1758609 |
| 5/8/2007 | 55.88 | 55.17 | 55.76 | 1637958 |
| 5/9/2007 | 56.36 | 55.85 | 56.24 | 1321993 |
| 5/10/2007 | 55.94 | 54.92 | 55.01 | 1073044 |
| 5/11/2007 | 56.76 | 55.84 | 56.38 | 2158367 |
| 5/14/2007 | 56.45 | 55.67 | 55.81 | 1696541 |
| 5/15/2007 | 56.47 | 55.62 | 55.98 | 1882184 |
| 5/16/2007 | 56.81 | 55.85 | 56.59 | 1898938 |
| 5/17/2007 | 56.67 | 56.32 | 56.43 | 1548459 |
| 5/18/2007 | 57.68 | 56.93 | 57.63 | 2488590 |
| 5/21/2007 | 57.55 | 56.75 | 56.86 | 1887772 |
| 5/22/2007 | 56.93 | 56.47 | 56.69 | 657904 |
| 5/23/2007 | 57.36 | 56.92 | 56.94 | 735490 |
| 5/24/2007 | 56.94 | 55.99 | 56.22 | 1000314 |
| 5/25/2007 | 57.29 | 56.84 | 57.19 | 1498529 |
| 5/29/2007 | 57.84 | 57.24 | 57.49 | 1394969 |
| 5/30/2007 | 57.77 | 56.86 | 57.72 | 1031215 |
| 5/31/2007 | 58.28 | 57.88 | 58.02 | 730880 |
| 6/1/2007 | 57.97 | 57.57 | 57.84 | 837139 |
| 6/4/2007 | 57.89 | 57.54 | 57.74 | 482268 |
| 6/5/2007 | 57.37 | 56.60 | 56.91 | 1622891 |
| 6/6/2007 | 56.47 | 55.69 | 56.12 | 1741743 |
| 6/7/2007 | 55.27 | 54.31 | 54.31 | 1667418 |
| 6/8/2007 | 54.82 | 53.95 | 54.75 | 1244295 |
| 6/11/2007 | 55.09 | 54.56 | 54.96 | 698834 |
| 6/12/2007 | 54.73 | 53.88 | 53.88 | 1354714 |
| 6/13/2007 | 54.66 | 54.02 | 54.57 | 768436 |
| 6/14/2007 | 55.14 | 54.58 | 54.76 | 1555875 |
| 6/15/2007 | 56.12 | 55.49 | 55.56 | 1782897 |
| 6/18/2007 | 56.16 | 55.46 | 55.56 | 1543618 |
| 6/19/2007 | 55.75 | 55.36 | 55.65 | 608429 |
| 6/20/2007 | 56.04 | 54.80 | 54.90 | 657567 |
| 6/21/2007 | 54.81 | 54.00 | 54.74 | 1523266 |
| 6/22/2007 | 54.71 | 53.81 | 53.94 | 1195495 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 6/25/2007 | 54.16 | 53.13 | 53.26 | 2338141 |
| 6/26/2007 | 53.73 | 53.06 | 53.06 | 2079634 |
| 6/27/2007 | 53.36 | 52.23 | 53.36 | 1065119 |
| 6/28/2007 | 53.40 | 52.91 | 52.91 | 897633 |
| 6/29/2007 | 53.58 | 52.76 | 53.37 | 2806804 |
| 7/2/2007 | 54.37 | 53.81 | 54.25 | 1318845 |
| 7/3/2007 | 54.43 | 54.12 | 54.21 | 529269 |
| 7/5/2007 | 53.96 | 53.56 | 53.88 | 622372 |
| 7/6/2007 | 54.48 | 54.18 | 54.35 | 1142984 |
| 7/9/2007 | 54.86 | 54.26 | 54.33 | 1925250 |
| 7/10/2007 | 54.23 | 53.14 | 53.34 | 2013865 |
| 7/11/2007 | 53.97 | 53.08 | 53.62 | 2893980 |
| 7/12/2007 | 54.25 | 53.76 | 54.23 | 4666162 |
| 7/13/2007 | 54.96 | 54.40 | 54.69 | 2437987 |
| 7/16/2007 | 55.44 | 54.97 | 55.12 | 1637733 |
| 7/17/2007 | 55.20 | 54.32 | 54.34 | 2439115 |
| 7/18/2007 | 54.22 | 53.49 | 54.00 | 2713363 |
| 7/19/2007 | 54.33 | 52.68 | 52.88 | 6213716 |
| 7/20/2007 | 52.20 | 51.58 | 51.70 | 4474784 |
| 7/23/2007 | 51.95 | 50.86 | 51.45 | 5811057 |
| 7/24/2007 | 52.03 | 50.67 | 50.97 | 3769653 |
| 7/25/2007 | 50.94 | 49.87 | 50.23 | 5836108 |
| 7/26/2007 | 49.51 | 47.44 | 48.36 | 5866432 |
| 7/27/2007 | 49.09 | 48.07 | 48.38 | 3620518 |
| 7/30/2007 | 49.04 | 48.10 | 48.87 | 2994442 |
| 7/31/2007 | 50.53 | 48.88 | 48.98 | 5357321 |
| 8/1/2007 | 49.09 | 47.20 | 48.08 | 8748725 |
| 8/2/2007 | 49.31 | 48.64 | 49.02 | 2815911 |
| 8/3/2007 | 49.03 | 47.94 | 48.10 | 3821721 |
| 8/6/2007 | 49.14 | 48.24 | 49.12 | 5208287 |
| 8/7/2007 | 50.10 | 48.64 | 49.57 | 2873895 |
| 8/8/2007 | 51.33 | 50.07 | 50.73 | 2963448 |
| 8/9/2007 | 50.12 | 49.12 | 49.17 | 4081683 |
| 8/10/2007 | 49.72 | 48.04 | 48.87 | 2842301 |
| 8/13/2007 | 49.27 | 47.94 | 48.10 | 1865993 |
| 8/14/2007 | 47.19 | 45.79 | 45.79 | 5944752 |
| 8/15/2007 | 46.40 | 45.22 | 45.34 | 5378518 |
| 8/16/2007 | 46.46 | 44.28 | 46.36 | 7125741 |
| 8/17/2007 | 48.02 | 46.25 | 47.12 | 4382243 |
| 8/20/2007 | 46.93 | 46.01 | 46.55 | 2422473 |
| 8/21/2007 | 46.76 | 45.80 | 46.33 | 2117190 |
| 8/22/2007 | 47.05 | 46.39 | 46.92 | 2278546 |
| 8/23/2007 | 47.41 | 46.38 | 46.69 | 1750176 |
| 8/24/2007 | 47.38 | 46.63 | 47.38 | 1141747 |
| 8/27/2007 | 47.46 | 46.96 | 47.21 | 2948194 |
| 8/28/2007 | 46.97 | 45.91 | 46.05 | 4813800 |
| 8/29/2007 | 46.89 | 46.19 | 46.70 | 3376103 |
| 8/30/2007 | 46.42 | 45.61 | 45.85 | 2457106 |
| 8/31/2007 | 46.89 | 46.25 | 46.46 | 1666181 |
| 9/4/2007 | 47.72 | 47.01 | 47.39 | 1727350 |
| 9/5/2007 | 47.04 | 46.50 | 46.83 | 1511909 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 9/6/2007 | 46.95 | 46.11 | 46.68 | 1538558 |
| 9/7/2007 | 46.55 | 45.22 | 46.33 | 2437428 |
| 9/10/2007 | 46.09 | 45.25 | 45.66 | 2542787 |
| 9/11/2007 | 46.29 | 45.73 | 45.79 | 1798639 |
| 9/12/2007 | 46.21 | 45.74 | 45.89 | 1638408 |
| 9/13/2007 | 46.73 | 46.32 | 46.54 | 1535297 |
| 9/14/2007 | 46.20 | 45.54 | 46.13 | 818810 |
| 9/17/2007 | 45.96 | 45.45 | 45.70 | 904829 |
| 9/18/2007 | 48.14 | 45.85 | 47.96 | 3968903 |
| 9/19/2007 | 49.07 | 47.83 | 47.97 | 3107814 |
| 9/20/2007 | 48.69 | 47.81 | 48.00 | 1931884 |
| 9/21/2007 | 48.34 | 47.87 | 48.07 | 1421955 |
| 9/24/2007 | 48.02 | 47.25 | 47.25 | 1545642 |
| 9/25/2007 | 47.46 | 46.77 | 47.46 | 1581624 |
| 9/26/2007 | 47.29 | 46.65 | 46.89 | 3196081 |
| 9/27/2007 | 47.46 | 46.97 | 47.23 | 2672097 |
| 9/28/2007 | 47.90 | 47.35 | 47.36 | 2257632 |
| 10/1/2007 | 49.45 | 48.41 | 48.86 | 5536021 |
| 10/2/2007 | 50.73 | 49.95 | 50.35 | 3780560 |
| 10/3/2007 | 51.15 | 50.60 | 50.67 | 4285430 |
| 10/4/2007 | 51.60 | 50.88 | 51.07 | 2199723 |
| 10/5/2007 | 51.58 | 51.23 | 51.36 | 1367645 |
| 10/8/2007 | 51.41 | 51.01 | 51.09 | 1050668 |
| 10/9/2007 | 51.59 | 50.51 | 51.52 | 1435898 |
| 10/10/2007 | 51.43 | 50.97 | 51.16 | 826232 |
| 10/11/2007 | 51.15 | 50.46 | 50.74 | 2112805 |
| 10/12/2007 | 51.16 | 50.58 | 50.96 | 1029127 |
| 10/15/2007 | 51.10 | 50.51 | 50.73 | 2081402 |
| 10/16/2007 | 50.10 | 49.53 | 49.63 | 2582142 |
| 10/17/2007 | 50.48 | 49.40 | 49.94 | 1622947 |
| 10/18/2007 | 50.19 | 49.78 | 49.99 | 2075024 |
| 10/19/2007 | 49.48 | 48.47 | 48.49 | 1885895 |
| 10/22/2007 | 48.58 | 47.83 | 48.44 | 2854142 |
| 10/23/2007 | 48.98 | 48.33 | 48.92 | 2039155 |
| 10/24/2007 | 48.12 | 46.54 | 47.62 | 5734483 |
| 10/25/2007 | 47.60 | 46.52 | 47.09 | 4295437 |
| 10/26/2007 | 47.90 | 47.22 | 47.87 | 2156096 |
| 10/29/2007 | 47.82 | 47.15 | 47.36 | 1932109 |
| 10/30/2007 | 47.41 | 46.41 | 47.23 | 4693036 |
| 10/31/2007 | 48.01 | 47.03 | 47.75 | 5108850 |
| 11/1/2007 | 45.49 | 44.56 | 45.13 | 23282459 |
| 11/2/2007 | 44.25 | 42.72 | 43.82 | 10801730 |
| 11/5/2007 | 42.54 | 41.75 | 42.31 | 10871041 |
| 11/6/2007 | 43.48 | 42.62 | 43.34 | 3982396 |
| 11/7/2007 | 43.10 | 41.43 | 41.47 | 6112247 |
| 11/8/2007 | 42.45 | 40.67 | 41.86 | 5860616 |
| 11/9/2007 | 41.47 | 39.39 | 40.63 | 10076697 |
| 11/12/2007 | 42.24 | 41.24 | 41.27 | 5191046 |
| 11/13/2007 | 43.42 | 42.13 | 43.36 | 5099711 |
| 11/14/2007 | 44.48 | 43.56 | 43.80 | 6485738 |
| 11/15/2007 | 43.38 | 42.02 | 42.47 | 4077551 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 11/16/2007 | 42.67 | 41.72 | 42.29 | 2585291 |
| 11/19/2007 | 41.03 | 39.73 | 39.97 | 6690249 |
| 11/20/2007 | 40.60 | 39.14 | 40.24 | 5134365 |
| 11/21/2007 | 39.35 | 38.69 | 38.85 | 4058969 |
| 11/23/2007 | 40.63 | 39.94 | 40.23 | 1784309 |
| 11/26/2007 | 40.76 | 39.33 | 39.38 | 2762519 |
| 11/27/2007 | 41.59 | 40.91 | 41.50 | 4484149 |
| 11/28/2007 | 44.42 | 42.85 | 44.17 | 5692603 |
| 11/29/2007 | 44.16 | 43.42 | 43.91 | 3411005 |
| 11/30/2007 | 45.59 | 44.70 | 44.89 | 3668588 |
| 12/3/2007 | 44.81 | 43.77 | 44.07 | 3420630 |
| 12/4/2007 | 43.73 | 42.94 | 43.31 | 3878189 |
| 12/5/2007 | 44.28 | 43.47 | 43.90 | 3296156 |
| 12/6/2007 | 45.00 | 44.08 | 45.00 | 2436191 |
| 12/7/2007 | 45.28 | 44.74 | 44.89 | 3430981 |
| 12/10/2007 | 46.15 | 45.47 | 45.94 | 4648662 |
| 12/11/2007 | 45.27 | 43.38 | 43.38 | 7756529 |
| 12/12/2007 | 44.88 | 43.22 | 43.81 | 5864661 |
| 12/13/2007 | 43.28 | 42.14 | 42.89 | 3670046 |
| 12/14/2007 | 42.85 | 41.99 | 42.11 | 3679924 |
| 12/17/2007 | 41.53 | 40.93 | 41.01 | 2886751 |
| 12/18/2007 | 42.05 | 40.82 | 41.49 | 3493718 |
| 12/19/2007 | 40.96 | 40.15 | 40.45 | 6838112 |
| 12/20/2007 | 40.52 | 39.90 | 40.30 | 3739744 |
| 12/21/2007 | 40.31 | 39.78 | 40.27 | 4327259 |
| 12/24/2007 | 40.58 | 40.14 | 40.45 | 1088955 |
| 12/26/2007 | 40.68 | 40.27 | 40.61 | 1192121 |
| 12/27/2007 | 41.18 | 40.57 | 40.60 | 3251145 |
| 12/28/2007 | 41.53 | 40.78 | 41.00 | 2781798 |
| 12/31/2007 | 41.31 | 40.52 | 40.91 | 1355728 |
| 1/2/2008 | 41.30 | 40.34 | 40.72 | 2088368 |
| 1/3/2008 | 40.90 | 40.51 | 40.54 | 1900963 |
| 1/4/2008 | 40.14 | 38.77 | 38.94 | 4392768 |
| 1/7/2008 | 39.02 | 38.08 | 38.70 | 3646542 |
| 1/8/2008 | 40.24 | 38.42 | 38.51 | 3923007 |
| 1/9/2008 | 39.64 | 38.27 | 39.61 | 4453140 |
| 1/10/2008 | 40.92 | 39.25 | 40.43 | 4799899 |
| 1/11/2008 | 40.53 | 39.40 | 39.77 | 4510013 |
| 1/14/2008 | 40.69 | 40.11 | 40.50 | 2268442 |
| 1/15/2008 | 39.75 | 39.02 | 39.30 | 3915876 |
| 1/16/2008 | 38.76 | 37.84 | 38.09 | 5944778 |
| 1/17/2008 | 37.79 | 36.28 | 36.37 | 8157476 |
| 1/18/2008 | 36.55 | 34.29 | 35.57 | 10164445 |
| 1/22/2008 | 36.39 | 33.09 | 36.07 | 10203552 |
| 1/23/2008 | 37.81 | 34.43 | 37.69 | 7489375 |
| 1/24/2008 | 38.96 | 38.06 | 38.85 | 4901204 |
| 1/25/2008 | 39.31 | 36.86 | 37.01 | 3670453 |
| 1/28/2008 | 37.82 | 36.32 | 37.72 | 3960797 |
| 1/29/2008 | 38.35 | 37.69 | 38.29 | 2597504 |
| 1/30/2008 | 38.93 | 37.13 | 37.58 | 5005478 |
| 1/31/2008 | 37.01 | 34.84 | 36.71 | 7303190 |

| Date | High Price | Low Price | Closing Price | Volume |
|---|---|---|---|---|
| 2/1/2008 | 37.73 | 36.41 | 37.39 | 4942387 |
| 2/4/2008 | 36.16 | 35.57 | 35.68 | 4073516 |
| 2/5/2008 | 34.68 | 33.84 | 33.96 | 6435480 |
| 2/6/2008 | 34.42 | 33.51 | 33.71 | 4750829 |
| 2/7/2008 | 34.07 | 33.16 | 33.72 | 4553039 |
| 2/8/2008 | 33.28 | 32.51 | 32.76 | 4956539 |
| 2/11/2008 | 32.55 | 31.87 | 31.90 | 6536996 |
| 2/12/2008 | 33.05 | 32.37 | 32.75 | 5511934 |
| 2/13/2008 | 33.22 | 32.49 | 32.90 | 6790754 |
| 2/14/2008 | 30.98 | 29.88 | 30.18 | 14759306 |
| 2/15/2008 | 29.64 | 29.21 | 29.47 | 8010943 |
| 2/19/2008 | 30.07 | 28.91 | 29.09 | 5090317 |
| 2/20/2008 | 30.02 | 29.16 | 30.02 | 6438058 |
| 2/21/2008 | 29.85 | 28.97 | 29.06 | 6810875 |
| 2/22/2008 | 30.23 | 29.00 | 29.93 | 9639228 |
| 2/25/2008 | 30.58 | 29.32 | 30.31 | 7273631 |
| 2/26/2008 | 30.88 | 30.07 | 30.71 | 6523171 |
| 2/27/2008 | 31.48 | 30.38 | 30.99 | 6648758 |
| 2/28/2008 | 30.38 | 29.88 | 30.05 | 6342527 |
| 2/29/2008 | 29.35 | 28.64 | 28.76 | 7322622 |
| 3/3/2008 | 28.69 | 28.03 | 28.32 | 6502037 |
| 3/4/2008 | 28.16 | 26.90 | 27.39 | 17809422 |
| 3/5/2008 | 28.18 | 27.07 | 27.42 | 9237940 |
| 3/6/2008 | 27.19 | 26.00 | 26.25 | 12642801 |
| 3/7/2008 | 26.49 | 25.69 | 26.00 | 7793019 |
| 3/10/2008 | 25.94 | 24.99 | 25.20 | 8430502 |
| 3/11/2008 | 27.40 | 25.74 | 26.80 | 9525336 |
| 3/12/2008 | 28.00 | 27.11 | 27.19 | 9578548 |
| 3/13/2008 | 27.28 | 26.00 | 26.94 | 13968655 |
| 3/14/2008 | 27.48 | 24.39 | 24.69 | 22801062 |
| 3/17/2008 | 23.72 | 19.73 | 21.93 | 27511725 |
| 3/18/2008 | 25.78 | 23.92 | 25.66 | 19109561 |
| 3/19/2008 | 26.16 | 23.58 | 23.70 | 13876239 |
| 3/20/2008 | 25.44 | 23.45 | 25.36 | 10178583 |
| 3/24/2008 | 26.56 | 25.44 | 26.05 | 7425127 |
| 3/25/2008 | 26.82 | 25.86 | 26.76 | 8371886 |
| 3/26/2008 | 26.34 | 25.72 | 25.93 | 7334698 |
| 3/27/2008 | 27.11 | 25.82 | 25.91 | 10253092 |
| 3/28/2008 | 26.30 | 24.55 | 24.70 | 11275596 |
| 3/31/2008 | 26.21 | 25.16 | 25.61 | 9064533 |

*** source:  Bloomberg**