# EXHIBIT DD

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

--------------------------------------------------------------

FORM 8-K

CURRENT REPORT
Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported):      October 24, 2007
------------------------------------------------------------------------------

Merrill Lynch & Co., Inc.
------------------------------------------------------------------------------
(Exact Name of Registrant as Specified in its Charter)

| Delaware | 1-7182 | 13-2740599 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

4 World Financial Center, New York, New York                    10080
------------------------------------------------------------------------------
(Address of Principal Executive Offices)              (Zip Code)

Registrant's telephone number, including area code:      (212) 449-1000
------------------------------------------------------------------------------


------------------------------------------------------------------------------
(Former Name or Former Address, if Changed Since Last Report.)

Check the appropriate box below if the Form 8-K filing is intended to
simultaneously satisfy the filing obligation of the registrant under any of the
following provisions:

|_|  Written communications pursuant to Rule 425 under the Securities Act
     (17 CFR 230.425)

|_|  Soliciting material pursuant to Rule 14a-12 under the Exchange Act
     (17 CFR 240.14a-12)

|_|  Pre-commencement communications pursuant to Rule 14d-2(b) under the
     Exchange Act (17 CFR 240.14d-2(b))

|_|  Pre-commencement communications pursuant to Rule 13e-4(c) under the
     Exchange Act (17 CFR 240.13e-4(c))

Exhibit 99.1

## Merrill Lynch Reports Third Quarter 2007 Net Loss from Continuing Operations of $2.85 Per Diluted Share

### Record Net Revenues from Global Private Client, Equity Markets and Investment Banking for the First Nine Months of 2007

NEW YORK--(BUSINESS WIRE)--October 24, 2007--Merrill Lynch (NYSE: MER) today reported a net loss from continuing operations for the third quarter of $2.3 billion, or $2.85 per diluted share, significantly below net earnings of $2.22 per diluted share for the second quarter of 2007 and $3.14 for the third quarter of 2006. Third quarter 2006 net earnings per diluted share, excluding the impact of the one-time, after-tax net benefit of $1.1 billion ($1.8 billion pre-tax) related to the merger of Merrill Lynch Investment Managers (MLIM) and BlackRock (NYSE: BLK), were $1.97. Third quarter 2007 results reflect significant net write-downs and losses attributable to Merrill Lynch's Fixed Income, Currencies & Commodities (FICC) business, including write-downs of $7.9 billion across CDOs and U.S. sub-prime mortgages, which are significantly greater than the incremental $4.5 billion write-down Merrill Lynch disclosed at the time of its earnings pre-release. These write-downs and losses were partially offset by strong revenues in Global Wealth Management (GWM), Equity Markets, and Investment Banking, particularly in regions outside of the U.S. The results described above and herein, exclude Merrill Lynch Insurance Group (MLIG) which is reported under discontinued operations.

1

Third quarter 2007 total net revenues of $577 million decreased 94% from $9.8 billion in the prior-year period and were down 94% from $9.7 billion in the second quarter of 2007. Merrill Lynch's third quarter 2007 pre-tax net loss was $3.5 billion. At the end of the third quarter, book value per share was $39.75, down slightly from the end of the third quarter of 2006.

"Mortgage and leveraged finance-related write-downs in our FICC business depressed our financial performance for the quarter. In light of difficult credit markets and additional analysis by management during our quarter-end closing process, we re-examined our remaining CDO positions with more conservative assumptions. The result is a larger write-down of these assets than initially anticipated," said Stan O'Neal, chairman and chief executive officer. "We expect market conditions for sub-prime mortgage-related assets to continue to be uncertain and we are working to resolve the remaining impact from our positions," Mr. O'Neal continued. "Away from the mortgage-related areas, we continue to believe that secular trends in the global economy are favorable and that our businesses can perform well, as they have all year."

Net revenues for the first nine months of 2007 were $20.0 billion, down 23% from $25.8 billion in the comparable 2006 period. Net earnings per diluted share of $1.94 were down 62% from $5.12 in the prior-year period, and net earnings of $2.0 billion were down 61%. Results for the first nine months of 2006 included $1.2 billion of one-time, after-tax compensation expenses ($1.8 billion pre-tax) related to the adoption of Statement of Financial Accounting Standards No. 123R ("one-time compensation expenses") incurred in the first quarter of 2006, as well as the net benefit associated with the MLIM merger. Excluding these one-time items, net revenues for the first nine months of 2007 were down 16%, net earnings per diluted share were down 63% and net earnings were down 62% from the prior-year period. The pre-tax profit margin for the first nine months was 12.8%, down 14.2 percentage points from the comparable 2006 period, or down 16.3 percentage points excluding the one-time items. The annualized return on average common equity was 6.5%, down 13.0 percentage points from the first nine months of 2006, or down 13.4 percentage points excluding the one-time items.

2

Business Segment Review:

In the first quarter of 2006, Merrill Lynch recorded the one-time compensation expenses (pre-tax) in the business segments as follows: $1.4 billion to Global Markets and Investment Banking, $281 million to Global Wealth Management and $109 million to Merrill Lynch Investment Managers (which ceased to exist as a business segment upon its merger with BlackRock). The one-time net benefit associated with the MLIM merger was recorded in the Corporate Segment. Comparisons to results from the third quarter and first nine months of 2006 in the following discussion of business segment results exclude the impact of these one-time items. A reconciliation of these segment results appears on Attachment V to this release.

Global Markets and Investment Banking (GMI)

GMI recorded negative net revenues and a pre-tax loss for the third quarter of 2007 of $3.0 billion and $4.4 billion, respectively, as strong net revenues from Equity Markets and Investment Banking were more than offset by the net losses in FICC. GMI's third quarter net revenues also included a net benefit of approximately $600 million due to the impact of the widening of Merrill Lynch's credit spreads on the carrying value of certain long-term debt liabilities.


-- Third quarter and year-to-date 2007 net revenues from GMI's three major business lines were as follows:

FICC net revenues were negative $5.6 billion for the quarter, impacted primarily by losses across CDOs and U.S. sub-prime mortgages. These positions consist of CDO trading positions and warehouses, as well as U.S. sub-prime mortgage related whole loans, warehouse lending, residual positions and residential mortgage backed securities. See below for details.

3

| ($ billions) | Net Exposures at Period End: | | Percent |
|---|---|---|---|
| | Sept. 28, 2007 | June 29, 2007 | Inc / Dec |
| Total ABS CDO-related exposures | $15.2 | $32.1 | (53)% |
| Total U.S. sub-prime mortgage-related exposures | 5.7 | 8.8 | (35) |

| | Net Exposures at Sept. 28, 2007 | Net Write-downs For the Three Months Ended Sept. 28, 2007 |
|---|---|---|
| AAA-rated super senior exposures: | | |
| High-grade | $8.3 | ($1.9) |
| Mezzanine | 5.3 | (3.1) |
| CDO-squared | 0.6 | (0.8) |
| Total ABS CDO super senior exposures | 14.2 | (5.8) |
| Other retained and warehouse exposures | 1.0 | (1.1) |
| Total ABS CDO-related exposures | $15.2 | ($6.9) |
| Total U.S. sub-prime mortgage-related exposures | 5.7 | (1.0) |
| Total Net Write-downs | | ($7.9) |

Third quarter write-downs of $7.9 billion across CDOs and U.S. sub-prime mortgages are significantly greater than the incremental $4.5 billion write-downs Merrill Lynch disclosed at the time of its earnings pre-release. This is due to additional analysis and price verification completed as part of the quarter-end closing process, including the use of more conservative loss assumptions in valuing the underlying collateral.

FICC net revenues were also impacted by write-downs of $967 million on a gross basis, and $463 million net of related fees, related to all corporate and financial sponsor, non-investment grade lending commitments, regardless of the expected timing of funding or closing. These commitments totaled approximately $31 billion at the end of the third quarter of 2007, a net reduction of 42% from $53 billion at the end of the second quarter. The net losses related to these commitments were limited through aggressive and effective risk management, including disciplined and selective underwriting and exposure reductions through syndication, sales and transaction restructurings.

Other FICC businesses reported strong results with record net revenues in interest rates and currencies and solid results in commodities and commercial real estate.

For the first nine months of 2007, FICC net revenues were negative $153 million as strength in interest rate products, currencies and commercial real estate was more than offset by declines in credit products and the structured finance and investments business.

4

-- Equity Markets net revenues increased 4% from the
   prior-year quarter to $1.6 billion, driven by substantial
   growth in client volumes. Revenues from cash trading,
   equity-linked trading, and financing and services were
   significantly higher compared to the prior-year period,
   while revenues declined in the Strategic Risk Group and
   the private equity business. Excluding the private equity
   business, net revenues for the remaining Equity Markets
   businesses increased 40% from the 2006 third quarter. For
   the first nine months of 2007, Equity Markets net revenues
   were a record $6.1 billion, up 23% from the prior-year
   period, driven by strength in cash equities, equity-linked
   and the financing and services businesses.

-- Investment Banking generated record net revenues for a
   fiscal third quarter, up 23% from the prior-year period to
   $1.0 billion. Revenues were driven by growth in both
   merger and acquisition advisory services and equity
   origination, partially offset by declines in debt
   origination. Investment Banking net revenues for the first
   nine months of 2007 were a record $3.8 billion, up 38%
   from the 2006 period, reflecting the momentum in Merrill
   Lynch's global origination franchise. Compared with the
   first nine months of 2006, significant increases in
   acquisition advisory services, equity and debt
   origination, more than offset a decline in leveraged
   finance origination revenues.

-- The third quarter 2007 pre-tax net loss for GMI was $4.4
   billion compared with $1.5 billion of pre-tax earnings in the
   prior-year period.

-- GMI's net revenues for the first nine months of 2007 were
   $9.7 billion, down 28% from the record prior-year period.
   Pre-tax earnings were $6 million, down from $4.5 billion in
   the prior-year period.

Global Wealth Management (GWM)

   GWM generated robust net revenues and pre-tax earnings for the
third quarter and for the first nine months of 2007, driven by strong
results in Global Private Client (GPC), as well as by a solid
contribution from Global Investment Management (GIM), which includes
earnings from Merrill Lynch's investment in BlackRock.

-- GWM's third quarter 2007 net revenues were $3.5 billion, up
   29% from the third quarter of 2006:

   -- GPC's net revenues increased 23% to $3.3 billion from the
      prior-year period, driven by year-over-year increases in
      every major revenue category, including record fee-based
      revenues, which reflected higher asset values and
      continued strength in flows into annuitized-revenue
      products, as well as sizeable increases in transaction and
      origination revenues, which included a few particularly
      large deals, and net interest revenues. For the first nine
      months of 2007, GPC's net revenues increased 16% over the
      prior-year period to a record $9.6 billion, also driven by
      every major revenue category.