# EXHIBIT PP

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Expires: January 31, 2008<br>Estimated average burden hours per response... 0.5 |

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br>**FAKAHANY AHMASS L**<br>(Last) (First) (Middle)<br>**C/O MERRILL LYNCH & CO., INC., 4 WORLD FINANCIAL CENTER**<br>(Street)<br>**NEW YORK, NY 10080**<br>(City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>**MERRILL LYNCH & CO INC [ MER ]**<br>3. Date of Earliest Transaction (MM/DD/YYYY)<br>**2/2/2007**<br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>____ Director          ____ 10% Owner<br>__ X __ Officer (give title below)   ____ Other (specify below)<br>**Executive Vice President**<br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_ **X** _ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 2/6/2007 | | S | | 131 | D | $94.12 | 622111 | D | |
| Common Stock | 2/6/2007 | | S | | 1397 | D | $94.14 | 620714 | D | |
| Common Stock | 2/6/2007 | | S | | 218 | D | $94.15 | 620496 | D | |
| Common Stock | 2/6/2007 | | S | | 393 | D | $94.16 | 620103 | D | |
| Common Stock | 2/6/2007 | | S | | 262 | D | $94.17 | 619841 | D | |
| Common Stock | 2/6/2007 | | S | | 1397 | D | $94.18 | 618444 | D | |
| Common Stock | 2/6/2007 | | S | | 568 | D | $94.19 | 617876 | D | |
| Common Stock | 2/6/2007 | | S | | 4934 | D | $94.25 | 612942 | D | |
| Common Stock | 2/6/2007 | | S | | 44 | D | $94.26 | 612898 | D | |
| Common Stock | 2/6/2007 | | S | | 87 | D | $94.27 | 612811 | D | |
| Common Stock | 2/6/2007 | | S | | 306 | D | $94.28 | 612505 | D | |
| Common Stock | 2/6/2007 | | S | | 305 | D | $94.29 | 612200 (1) | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option - Right to Acquire (2) | $36.1718 | 2/2/2007 | | M | | | 35594 | (3) | 1/29/2009 | Common Stock | 35594 | $0 | 0 | D | |

**Explanation of Responses:**

( **1** ) This total also reflects the acquisition of shares of Merrill Lynch & Co., Inc. Common Stock as a result of contributions, allocations or dividend reinvestments through Merrill Lynch plans which are exempt from the reporting requirements under the provisions of Rule 16a-3 and/or 16a-11.

( **2** ) These stock options were granted under the Merrill Lynch & Co., Inc. Long Term Incentive Compensation Plan. Transactions under this Plan are exempt under the provisions of Rule 16b-3.

( **3** ) All options are exercisable.

**Remarks:**
All reported positions have been rounded down to the nearest whole number.

This is Form 2 of 2 forms reporting transactions between 2/2/2007 and 2/6/2007 by this reporting person.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **FAKAHANY AHMASS L**<br>**C/O MERRILL LYNCH & CO., INC.**<br><br>**4 WORLD FINANCIAL CENTER**<br>**NEW YORK, NY 10080** | | | **Executive Vice President** | |

**Signatures**

| **Ahmass L. Fakahany (By Pia K. Thompson, as agent)** | **2/6/2007** |
|---|---|
| [**] Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*       If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Expires: January 31, 2008<br>Estimated average burden hours per response... 0.5 |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | | |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br>**FAKAHANY AHMASS L**<br>(Last)    (First)    (Middle)<br>**C/O MERRILL LYNCH & CO., INC., 4 WORLD FINANCIAL CENTER**<br>(Street)<br>**NEW YORK, NY 10080**<br>(City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>**MERRILL LYNCH & CO INC [ MER ]**<br>3. Date of Earliest Transaction (MM/DD/YYYY)<br>**2/2/2007**<br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>____ Director    ____ 10% Owner<br>__ X __ Officer (give title below)    ____ Other (specify below)<br>**Executive Vice President**<br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_ X _ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 2/2/2007 | | M | | 35594 | A | $36.1719 | 714583 | D | |
| Common Stock | 2/2/2007 | | F | | 24119 | D | $94.615 | 690464 | D | |
| Common Stock | 2/5/2007 | | S | | 2098 | D | $94.35 | 688366 | D | |
| Common Stock | 2/5/2007 | | S | | 287 | D | $94.36 | 688079 | D | |
| Common Stock | 2/5/2007 | | S | | 3650 | D | $94.37 | 684429 | D | |
| Common Stock | 2/5/2007 | | S | | 259 | D | $94.38 | 684170 | D | |
| Common Stock | 2/5/2007 | | S | | 1322 | D | $94.39 | 682848 | D | |
| Common Stock | 2/5/2007 | | S | | 8852 | D | $94.4 | 673996 | D | |
| Common Stock | 2/5/2007 | | S | | 690 | D | $94.41 | 673306 | D | |
| Common Stock | 2/5/2007 | | S | | 431 | D | $94.42 | 672875 | D | |
| Common Stock | 2/5/2007 | | S | | 287 | D | $94.43 | 672588 | D | |
| Common Stock | 2/5/2007 | | S | | 1063 | D | $94.44 | 671525 | D | |
| Common Stock | 2/5/2007 | | S | | 5202 | D | $94.45 | 666323 | D | |
| Common Stock | 2/5/2007 | | S | | 1868 | D | $94.46 | 664455 | D | |
| Common Stock | 2/5/2007 | | S | | 1753 | D | $94.47 | 662702 | D | |
| Common Stock | 2/5/2007 | | S | | 2730 | D | $94.48 | 659972 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 2/5/2007 | | S | | 2184 | D | $94.49 | 657788 | D | |
| Common Stock | 2/5/2007 | | S | | 2472 | D | $94.5 | 655316 | D | |
| Common Stock | 2/5/2007 | | S | | 862 | D | $94.51 | 654454 | D | |
| Common Stock | 2/5/2007 | | S | | 2558 | D | $94.52 | 651896 | D | |
| Common Stock | 2/5/2007 | | S | | 1811 | D | $94.53 | 650085 | D | |
| Common Stock | 2/5/2007 | | S | | 546 | D | $94.54 | 649539 | D | |
| Common Stock | 2/5/2007 | | S | | 720 | D | $94.55 | 648819 | D | |
| Common Stock | 2/5/2007 | | S | | 86 | D | $94.56 | 648733 | D | |
| Common Stock | 2/5/2007 | | S | | 287 | D | $94.57 | 648446 | D | |
| Common Stock | 2/5/2007 | | S | | 747 | D | $94.59 | 647699 | D | |
| Common Stock | 2/5/2007 | | S | | 345 | D | $94.6 | 647354 | D | |
| Common Stock | 2/6/2007 | | G | | 266 | D | $0 | 647088 | D | |
| Common Stock | 2/6/2007 | | S | | 16114 | D | $94 | 630974 | D | |
| Common Stock | 2/6/2007 | | S | | 8732 | D | $94.1 | 622242 | D | |

## Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

**Remarks:**
All reported positions have been rounded down to the nearest whole number.

This is Form 1 of 2 forms reporting transactions between 2/2/2007 and 2/6/2007 by this reporting person.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **FAKAHANY AHMASS L<br>C/O MERRILL LYNCH & CO., INC.<br><br>4 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10080** | | | **Executive Vice President** | |

**Signatures**

| **Ahmass L. Fakahany (By Pia K. Thompson, as agent)** | **2/6/2007** |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.