# EXHIBIT RR

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1 (b).

| 1. Name and Address of Reporting Person* **ONEAL E STANLEY** | 2. Issuer Name **and** Ticker or Trading Symbol **MERRILL LYNCH & CO INC** [ MER ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle) MERRILL LYNCH & CO., INC. 4 WORLD FINANCIAL CENTER | 3. Date of Earliest Transaction (Month/Day/Year) 02/25/2005 | X  Director              10% Owner X  Officer (give title below)    Other (specify below) Chairman of the Board & CEO |
| (Street) NEW YORK    NY    10080 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X  Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/25/2005 | | M | | 28,064 | A | $13.6406 | 1,052,003 | D | |
| Common Stock | 02/25/2005 | | F | | 17,160 | D | $58.96 | 1,034,843 | D | |
| Common Stock | 02/25/2005 | | M | | 47,856 | A | $20.2969 | 1,082,699 | D | |
| Common Stock | 02/25/2005 | | F | | 31,994 | D | $58.96 | 1,050,705 | D | |
| Common Stock | 02/28/2005 | | S | | 5,800 | D | $59.03 | 1,044,905 | D | |
| Common Stock | 02/28/2005 | | S | | 200 | D | $59.04 | 1,044,705 | D | |
| Common Stock | 02/28/2005 | | S | | 32,300 | D | $59.05 | 1,012,405 | D | |
| Common Stock | 02/28/2005 | | S | | 1,700 | D | $59.06 | 1,010,705 | D | |
| Common Stock | 02/28/2005 | | S | | 10,000 | D | $59.07 | 1,000,705 | D | |
| Common Stock | 02/28/2005 | | S | | 31,109 | D | $59.1 | 969,596 | D | |
| Common Stock | 02/28/2005 | | S | | 4,100 | D | $59.13 | 965,496 | D | |
| Common Stock | 02/28/2005 | | S | | 900 | D | $59.14 | 964,596 | D | |
| Common Stock | 02/28/2005 | | S | | 12,600 | D | $59.15 | 951,996 | D | |
| Common Stock | | | | | | | | 31,364 | I | Trust |
| Common Stock | | | | | | | | 9,600 | I | Trust |

| | | | | | | |
|---|---|---|---|---|---|---|
| Common Stock | | | | 15,531 | I | Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | |
| Stock Option - Right to Acquire | $13.6406 | 02/25/2005 | | M | | | 28,064 | (1) | 01/24/2006 | Common Stock | 28,064 | $0 |
| Stock Option - Right to Acquire | $20.2969 | 02/25/2005 | | M | | | 47,856 | (1) | 01/29/2007 | Common Stock | 47,856 | $0 |

**Explanation of Responses:**

1. All stock options are exercisable.

**Remarks:**

All reported positions have been rounded down to the nearest whole number.

| | |
|---|---|
| E. Stanley O'Neal (by Michael A. LaMaina, as agent) | 03/01/2005 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | February 28, 2011 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] <br> ONEAL E STANLEY <br> (Last)  (First)  (Middle) <br> C/O MERRILL LYNCH & CO., INC. <br> 4 WORLD FINANCIAL CENTER <br> (Street) <br> NEW YORK   NY   10080 <br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> MERRILL LYNCH & CO INC <br> [ MER ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 02/22/2006 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director    10% Owner <br> X Officer (give title below)    Other (specify below) <br> Chairman of the Board and CEO <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/22/2006 | | M | | 75,030 | A | $31 | 957,049 | D | |
| Common Stock | 02/22/2006 | | F | | 51,731 | D | $76.53 | 905,318 | D | |
| Common Stock | 02/22/2006 | | M | | 173,560 | A | $36.17 | 1,078,878 | D | |
| Common Stock | 02/22/2006 | | F | | 125,786 | D | $76.53 | 953,092 | D | |
| Common Stock | 02/22/2006 | | M | | 190,790 | A | $43.78 | 1,143,882 | D | |
| Common Stock | 02/22/2006 | | F | | 148,177 | D | $76.53 | 995,705 | D | |
| Common Stock | 02/23/2006 | | S | | 10,038 | D | $76.55 | 985,667 | D | |
| Common Stock | 02/23/2006 | | S | | 36,400 | D | $76.52 | 949,267 | D | |
| Common Stock | 02/23/2006 | | S | | 100,000 | D | $76.5 | 849,280 (1) | D | |
| Common Stock | | | | | | | | 22,964 | I | Trust |
| Common Stock | | | | | | | | 7,900 | I | Trust |
| Common Stock | | | | | | | | 735 | I | Trust |
| Common Stock | | | | | | | | 92,823 | I | Trust |
| Common Stock | | | | | | | | 275,529 | I | Trust |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | |
| Stock Option - Right to Acquire (2) | $31 | 02/22/2006 | | M | | | 75,030 | (3) | 01/26/2008 | Common Stock | 75,030 | $0 |
| Stock Option - Right to Acquire (2) | $36.1719 | 02/22/2006 | | M | | | 173,560 | (3) | 01/25/2009 | Common Stock | 173,560 | $0 |
| Stock Option - Right to Acquire (2) | $43.7812 | 02/22/2006 | | M | | | 190,790 | (3) | 01/27/2010 | Common Stock | 190,790 | $0 |

**Explanation of Responses:**

1. This total also reflects the acquisition of shares of Merrill Lynch & Co., Inc. Common Stock as a result of an allocation in a Merrill Lynch plan which is exempt from the reporting requirements under the provisions of Rule 16a-3.

2. These stock options were granted under the Merrill Lynch & Co., Inc. Long Term Incentive Compensation Plan. Transactions under this Plan are exempt under the provisions of Rule 16b-3.

3. All options are exercisable.

**Remarks:**

All reported positions have been rounded down to the nearest whole number.

| | |
|---|---|
| E. Stanley O'Neal (by Michael A. LaMaina, as agent) | 02/24/2006 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**



**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person * **ONEAL E STANLEY** (Last) (First) (Middle) C/O MERRILL LYNCH & CO., INC., 4 WORLD FINANCIAL CENTER (Street) NEW YORK, NY 10080 (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol **MERRILL LYNCH & CO INC [ MER ]** 3. Date of Earliest Transaction (MM/DD/YYYY) **2/2/2007** 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) ____ Director ____ 10% Owner __ X __ Officer (give title below) ____ Other (specify below) **Chairman and CEO** 6. Individual or Joint/Group Filing (Check Applicable Line) _ X _ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 2/2/2007 | | M | | 199650 | A | $43.7812 | 1331067 | D | |
| Common Stock | 2/2/2007 | | F | | 143658 | D | $94.615 | 1187409 | D | |
| Common Stock | 2/5/2007 | | S | | 5202 | D | $94.35 | 1182207 | D | |
| Common Stock | 2/5/2007 | | S | | 713 | D | $94.36 | 1181494 | D | |
| Common Stock | 2/5/2007 | | S | | 9050 | D | $94.37 | 1172444 | D | |
| Common Stock | 2/5/2007 | | S | | 641 | D | $94.38 | 1171803 | D | |
| Common Stock | 2/5/2007 | | S | | 3278 | D | $94.39 | 1168525 | D | |
| Common Stock | 2/5/2007 | | S | | 21948 | D | $94.4 | 1146577 | D | |
| Common Stock | 2/5/2007 | | S | | 1710 | D | $94.41 | 1144867 | D | |
| Common Stock | 2/5/2007 | | S | | 1069 | D | $94.42 | 1143798 | D | |
| Common Stock | 2/5/2007 | | S | | 713 | D | $94.43 | 1143085 | D | |
| Common Stock | 2/5/2007 | | S | | 2637 | D | $94.44 | 1140448 | D | |
| Common Stock | 2/5/2007 | | S | | 12898 | D | $94.45 | 1127550 | D | |
| Common Stock | 2/5/2007 | | S | | 4632 | D | $94.46 | 1122918 | D | |
| Common Stock | 2/5/2007 | | S | | 4347 | D | $94.47 | 1118571 | D | |
| Common Stock | 2/5/2007 | | S | | 6770 | D | $94.48 | 1111801 | D | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 2/5/2007 | | S | | 5416 | D | $94.49 | 1106385 | D | |
| Common Stock | 2/5/2007 | | S | | 6128 | D | $94.5 | 1100257 | D | |
| Common Stock | 2/5/2007 | | S | | 2138 | D | $94.51 | 1098119 | D | |
| Common Stock | 2/5/2007 | | S | | 6342 | D | $94.52 | 1091777 | D | |
| Common Stock | 2/5/2007 | | S | | 4489 | D | $94.53 | 1087288 | D | |
| Common Stock | 2/5/2007 | | S | | 1354 | D | $94.54 | 1085934 | D | |
| Common Stock | 2/5/2007 | | S | | 1780 | D | $94.55 | 1084154 | D | |
| Common Stock | 2/5/2007 | | S | | 214 | D | $94.56 | 1083940 | D | |
| Common Stock | 2/5/2007 | | S | | 713 | D | $94.57 | 1083227 | D | |
| Common Stock | 2/5/2007 | | S | | 1853 | D | $94.59 | 1081374 | D | |
| Common Stock | 2/5/2007 | | S | | 855 | D | $94.6 | 1080519 | D | |
| Common Stock | 2/6/2007 | | S | | 200 | D | $93.9 | 1080319 | D | |
| Common Stock | 2/6/2007 | | S | | 2800 | D | $93.91 | 1077519 | D | |
| Common Stock | 2/6/2007 | | S | | 1300 | D | $93.92 | 1076219 | D | |

## Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**
All reported positions have been rounded down to the nearest whole number.

This is Form 1 of 2 forms reporting transactions between 2/2/2007 and 2/6/2007 by this reporting person.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **ONEAL E STANLEY**<br>**C/O MERRILL LYNCH & CO., INC.**<br><br>**4 WORLD FINANCIAL CENTER**<br>**NEW YORK, NY 10080** | | | **Chairman and CEO** | |

**Signatures**

| **E. Stanley O'Neal (By Pia K. Thompson, as agent)** | **2/6/2007** |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

| 1. Name and Address of Reporting Person * **ONEAL E STANLEY** | 2. Issuer Name **and** Ticker or Trading Symbol **MERRILL LYNCH & CO INC [ MER ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) ____ Director  ____ 10% Owner  __ X __ Officer (give title below)  ____ Other (specify below) **Chairman of the Board and CEO** |
|---|---|---|
| (Last)   (First)   (Middle) **C/O MERRILL LYNCH & CO., INC., 4 WORLD FINANCIAL CENTER** | 3. Date of Earliest Transaction (MM/DD/YYYY) **2/2/2007** | |
| (Street) **NEW YORK, NY 10080** | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) _ X _ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 2/6/2007 | | S | | 1300 | D | $93.93 | 1074919 | D | |
| Common Stock | 2/6/2007 | | S | | 5673 | D | $93.94 | 1069246 | D | |
| Common Stock | 2/6/2007 | | S | | 5527 | D | $93.95 | 1063719 | D | |
| Common Stock | 2/6/2007 | | S | | 5500 | D | $93.96 | 1058219 | D | |
| Common Stock | 2/6/2007 | | S | | 2200 | D | $93.97 | 1056019 | D | |
| Common Stock | 2/6/2007 | | S | | 4354 | D | $93.98 | 1051665 | D | |
| Common Stock | 2/6/2007 | | S | | 10600 | D | $93.99 | 1041065 | D | |
| Common Stock | 2/6/2007 | | S | | 42346 | D | $94 | 998719 | D | |
| Common Stock | 2/6/2007 | | S | | 2783 | D | $94.01 | 995936 | D | |
| Common Stock | 2/6/2007 | | S | | 2533 | D | $94.02 | 993403 | D | |
| Common Stock | 2/6/2007 | | S | | 1982 | D | $94.03 | 991421 | D | |
| Common Stock | 2/6/2007 | | S | | 1900 | D | $94.04 | 989521 | D | |
| Common Stock | 2/6/2007 | | S | | 829 | D | $94.05 | 988692 | D | |
| Common Stock | 2/6/2007 | | S | | 1170 | D | $94.08 | 987522 [1] | D | |
| Common Stock | | | | | | | | 6620 | I | Trust |
| Common Stock | | | | | | | | 61259 | I | Trust |
| Common Stock | | | | | | | | 218716 | I | Trust |
| Common Stock | | | | | | | | 89657 | I | Trust |

**Table II - Derivative Securities Beneficially Owned** ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option - Right to Acquire (2) | $43.7812 | 2/2/2007 | | M | | | 199650 | (3) | 1/27/2010 | Common Stock | 199650 | $0 | 0 | D | |

**Explanation of Responses:**

( **1** ) This total also reflects the acquisition of shares of Merrill Lynch & Co., Inc. Common Stock as a result of contributions, allocations or dividend reinvestments through Merrill Lynch plans which are exempt from the reporting requirements under the provisions of Rule 16a-3 and/or 16a-11.

( **2** ) These stock options were granted under the Merrill Lynch & Co., Inc. Long Term Incentive Compensation Plan (the "Plan"). Transactions under this Plan are exempt under the provisions of Rule 16b-3.

( **3** ) All options are exercisable.

**Remarks:**
All reported positions have been rounded down to the nearest whole number.

This is Form 2 of 2 forms reporting transactions between 2/2/2007 and 2/6/2007 by this reporting person.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **ONEAL E STANLEY**<br>**C/O MERRILL LYNCH & CO., INC.**<br><br>**4 WORLD FINANCIAL CENTER**<br>**NEW YORK, NY 10080** | | | **Chairman of the Board and CEO** | |

**Signatures**

| | |
|---|---|
| **E. Stanley O'Neal (By Pia K. Thompson, as agent)** | 2/6/2007 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:  File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.