UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
IN RE MERRILL LYNCH & CO., INC.          :   Master File No.:
SECURITIES, DERIVATIVE AND ERISA         :   07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                               :
---------------------------------- x         **ECF Case**
This Document Relates to:                :
Derivative Action, 07cv9696 (LBS)(AJP)(DFE) : **Electronically Filed**
                                         :
---------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dennis J. Block, a member of the law firm Cadwalader, Wickersham & Taft LLP, hereby enters his appearance as counsel for defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti in the above-captioned action. Mr. Block is admitted to practice in this Court.

Dated:   New York, New York
         July 21, 2008

                                         /s/ Dennis J. Block
                                         Dennis J. Block
                                         Gregory A. Markel
                                         Jason M. Halper
                                         CADWALADER, WICKERSHAM
                                            & TAFT LLP
                                         One World Financial Center
                                         New York, New York 10281
                                         (212) 504-6000

                                         Attorneys for Defendants Carol T. Christ,
                                         Armando M. Codina, Virgis W. Colbert,
                                         Alberto Cribiore, John D. Finnegan,
                                         Judith Mayhew Jonas, Joseph W. Prueher,
                                         Ann N. Reese and Charles O. Rossotti