UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | : Master File No.:<br>: 07-CV-9633 (LBS)(AJP)(DFE)<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x  **ECF Case**

| | |
|---|---|
| This Document Relates to:<br>Derivative Action, 07cv9696 (LBS)(AJP)(DFE) | :<br>: **Electronically Filed**<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason M. Halper, a member of the law firm Cadwalader, Wickersham & Taft LLP, hereby enters his appearance as counsel for defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti in the above-captioned action. Mr. Halper is admitted to practice in this Court.

Dated:    New York, New York
         July 21, 2008

                                                                          /s/ Jason M. Halper
                                           Dennis J. Block
                                           Gregory A. Markel
                                           Jason M. Halper
                                           CADWALADER, WICKERSHAM
                                              & TAFT LLP
                                           One World Financial Center
                                           New York, New York 10281
                                           (212) 504-6000

                                           Attorneys for Defendants Carol T. Christ,
                                           Armando M. Codina, Virgis W. Colbert,
                                           Alberto Cribiore, John D. Finnegan,
                                           Judith Mayhew Jonas, Joseph W. Prueher,
                                           Ann N. Reese and Charles O. Rossotti