SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MERRILL LYNCH & CO., INC.         :    Master File No.:
SECURITIES, DERIVATIVE AND ERISA        :    07-CV-9633 (LBS)(AJP)(DFE)
LITIGATION                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    **ECF Case**
This Document Relates to:               :
Derivative Action, 07-CV-               :    **Electronically Filed**
9696(LBS)(AJP)(DFE)                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**NOTICE OF MOTION OF NOMINAL DEFENDANT MERRILL LYNCH & CO.,
INC. TO DISMISS THE VERIFIED CONSOLIDATED AND AMENDED
SHAREHOLDERS' DERIVATIVE COMPLAINT PURSUANT TO RULE 23.1**

PLEASE TAKE NOTICE that, upon the annexed Verified Consolidated and Amended Shareholders' Derivative Complaint in the above-captioned action, the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Verified Consolidated and Amended Shareholders' Derivative Complaint; the accompanying Declaration of Jay B. Kasner, dated July 21, 2008; and all prior papers and proceedings herein, nominal defendant Merrill Lynch & Co., Inc., will move this Court, before the Honorable Leonard B. Sand, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York  10007, on a date and at a time designated by the Court, for an Order:  (a) dismissing the Verified Consolidated and Amended Shareholders' Derivative Complaint with prejudice pursuant to Fed. R. Civ. P. 23.1 and (b) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
July 21, 2008

                                                      SKADDEN, ARPS, SLATE,
                                                        MEAGHER & FLOM LLP


By: _____ /s/ Jay B. Kasner _____
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Nominal Defendant
Merrill Lynch & Co., Inc.

TO:

David A.P. Brower
**BROWER PIVEN**
A Professional Corporation
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

*Liaison Counsel and Executive Committee
Counsel for Derivative Plaintiffs*

Joseph E. White, III
Christopher S. Jones
**SAXENA WHITE P.A.**
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Executive Committee Counsel for
Derivative Plaintiff*

Francis A. Bottini
**JOHNSON BOTTINI, LLP**
655 W. Broadway
Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 233-5535

*Executive Committee Counsel for
Derivative Plaintiffs*

James N. Benedict
George Canellos
**MILBANK TWEED HADLEY & McCLOY LLP**
One Chase Manhattan Plaza
New York, New York 10005
 (212) 530-5000

*Attorneys for Defendant Ahmass Fakahany*

Dennis J. Block
Gregory A. Markel
Jason M. Halper
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, New York 10281
(212) 504-6000

*Attorneys for Defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti*

Michael Chepiga
Paul C. Curnin
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
(212) 455-20000

*Attorneys for Defendant E. Stanley O'Neal*

Richard D. Bernstein
Michael R. Young
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 728-8000

*Attorneys for Defendant Jeffrey N. Edwards*

Joseph S. Allerhand
Jonathan D. Polkes
**WEIL GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Gregory J. Fleming*