**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | : : : | Master File No.: 07cv9633(LBS)(AJP)(DFE) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| This Document Relates to: Derivative Action, 07cv9696 (LBS)(AJP)(DFE) | : : : : | RULE 7.1 STATEMENT |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

      Defendant Merrill Lynch & Co., Inc. states that it is a publicly held company whose shares are traded on the New York Stock Exchange and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       July 21, 2008

                                               /s/ Jay B. Kasner_____
                                      Jay B. Kasner (jay.kasner@skadden.com)
                                      Scott D. Musoff (scott.musoff@skadden.com)
                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                      Four Times Square
                                      New York, NY  10036
                                      (212) 735-3000

                                      Attorneys for Defendants
                                        Merrill Lynch & Co., Inc.